UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Jose Cruz
                        Plaintiff,

v.                                                  Case No.: 1:23−cv−04268
                                                 Honorable Jeremy C. Daniel

Reynaldo Guevara, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 29, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Status hearing on discovery progress and motion hearing held on plaintiff's motions to compel (doc. #s [117], [120], [121]). The parties updated the Court on fact discovery progress, and no adjustment is made to the 6/14/24 fact discovery cutoff (doc. #[51]). Deadline for discovery motions directed at third party subpoena recipients, after Rule 37.2 compliance as stated in open court, is 5 p.m. on 3/14/24, and deadline for discovery motions as to party written discovery is 5 p.m. on 3/21/24. Plaintiff's motion to compel (doc. #[117]) is denied without prejudice at to the Soto CRs for the reasons stated on the record, with the parties directed to confer as to discoverability of the three CR topics the Court posited as likely relevant and proportional during the hearing. This motion to compel (doc. #[117]) is entered and continued as to the Schalk and Bogucki CRs, with defendants' response on those issues due by noon on 3/7/24, with no reply yet ordered. Plaintiff's motions to compel certain Rule 30(b)(6) testimony from the City (doc. #s [120], [121]) are denied for the reasons stated on the record. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.