**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOSE CRUZ, | ) | |
| | ) | Case No. 23-cv-4268 |
| Plaintiff, | ) | |
| | ) | Honorable Judge Daniel |
| v. | ) | Magistrate Judge Fuentes |
| | ) | |
| FORMER DETECTIVE REYNALDO | ) | |
| GUEVARA, et al, | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO COMPEL CCSAO**

**EXHIBIT LIST**

Exhibit A          CCSAO Subpoena

Exhibit B          CCSAO Privilege Log 1

Exhibit C          Communications between Officer Defendants' counsel and CCSAO

Exhibit D          CCSAO Privilege Log 2

Exhibit E          CCSAO Amended Privilege Log 1