*Cruz v. Guevara, et al.*
Case No.: 23 CV 4268

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jose Cruz, | ) |
|     Plaintiff, | ) Case No: 23 CV 4268 |
| v. | ) |
| Guevara, et al., | ) |
|     Defendant. | ) |

## PRIVILEGE LOG OF THE COOK COUNTY STATE'S ATTORNEY'S OFFICE IN RESPONSE TO SUBPOENA

NOW COMES the Cook County State's Attorney's Office, by and through Assistant State's Attorney, Brian R. Hallett, and submits the following Privilege Log with respect to documents in its possession or control, in response to the subpoena issued by Alexis M. Gamboa, The Sotos Law Firm, P.C. on September 11, 2023 to the Cook County State's Attorney's Office.

| Bates Stamped CCSAO | Withheld or Redacted | Description | Privilege(s) Asserted |
|---|---|---|---|
| 000003 | Withheld | Grand Jury | 725 ILCS 5/112-6(c)(3) |
| 000005-000006 | Redacted | Addresses, Telephone Numbers | Personal Identity Information |
| 000007-000009 | Redacted | Grand Jury | 725 ILCS 5/112-6(c)(3) |
| 000010 | Redacted | Address | Personal Identity Information |
| 000011 | Withheld | Grand Jury | 725 ILCS 5/112-6(c)(3) |
| 000012 | Redacted | Addresses, Telephone Numbers | Personal Identity Information |
| 000013-000016 | Redacted | ASA Notes; Telephone Numbers, Address | Attorney Work Product, Deliberative Process; Personal Identity Information |
| 000017 | Withheld | Grand Jury | 725 ILCS 5/112-6(c)(3) |
| 000019-000027 | Withheld | Grand Jury | 725 ILCS 5/112-6(c)(3) |
| 000028 | Redacted | Addresses, Telephone Numbers | Personal Identity Information |
| 000029 | Withheld | Grand Jury | 725 ILCS 5/112-6(c)(3) |

| 000041-000077 | Redacted | Physical Line Up Photos | 725 ILCS 5/107A-2(i) |
|---|---|---|---|
| 000130-000134 | Redacted | ASA Notes | Attorney Work Product, Deliberative Process |
| 000135-000204 | Redacted | Addresses, SSNs, Telephone Numbers, Biographic Data, License Plate Number; ASA Notes | Personal Identity Information; Attorney Work Product, Deliberative Process |
| 000205-000211 | Redacted | Medical Treatment Information | HIPPA |
| 000212-000219 | Withheld | Grand Jury | 725 ILCS 5/112-6(c)(3) |
| 000225-000238 | Withheld | LEADS | 20 Ill. Admin. Code 1240.80(d); 20 U.S.A. 534, 28 C.F.R. 20.20, 20.21, 20.30, 20.33 |
| 000239 | Redacted | ASA Notes | Attorney Work Product, Deliberative Process |
| 000240-00447 | Redacted | DOBs, Addresses, Telephone Numbers, SSNs, Biographic Data; ASA Notes | Personal Identity Information; Attorney Work Product, Deliberative Process |
| 000448 | Withheld | LEADS | 20 Ill. Admin. Code 1240.80(d); 20 U.S.A. 534, 28 C.F.R. 20.20, 20.21, 20.30, 20.33 |
| 000449-000603 | Redacted | DOBs, Addresses, Biographic Data, Telephone Numbers, SSNs | Personal Identity Information |
| 000604 | Withheld | LEADS | 20 Ill. Admin. Code 1240.80(d); 20 U.S.A. 534, 28 C.F.R. 20.20, 20.21, 20.30, 20.33 |
| 000605-000685 | Redacted | DOBs, SSNs, Addresses, Biographic Data, Telephone Numbers | Personal Identity Information |
| 000686 | Withheld | LEADS | 20 Ill. Admin. Code 1240.80(d); 20 U.S.A. 534, 28 C.F.R. 20.20, 20.21, 20.30, 20.33 |
| 000688-000714 | Redacted | DOBs, Addresses, SSNs, Telephone Numbers | Personal Identity Information |
| 000715 | Withheld | Medical Treatment Information | HIPPA |
| 000717-000831 | Redacted | Address | Personal Identity Information |
| 000832-000837 | Withheld | Medical Treatment Information | HIPPA |
| 000838-000852 | Withheld | Grand Jury | 725 ILCS 5/112-6(c)(3) |
| 000856-000893 | Redacted | Addresses, Telephone Numbers, | Personal Identity Information |
| 000894-000898 | Withheld | Medical Treatment Information | HIPPA |

| 000899-000937 | Redacted | Addresses, Biographic Data, DOBs; ASA Notes | Personal Identity Information; Attorney Work Product, Deliberative Process |
|---|---|---|---|
| 000938-000942 | Withheld | LEADS | 20 Ill. Admin. Code 1240.80(d); 20 U.S.A. 534, 28 C.F.R. 20.20, 20.21, 20.30, 20.33 |
| 000943-000955 | Redacted | Addresses, DOBs, Biographic Data, Telephone Numbers | Personal Identity Information |
| 000956 | Withheld | Grand Jury | 725 ILCS 5/112-6(c)(3) |
| 000958-000962 | Redacted | ASA Notes | Attorney Work Product, Deliberative Process |
| 000963-000978 | Withheld | Grand Jury | 725 ILCS 5/112-6(c)(3) |
| 000979-001007 | Redacted | Addresses, Biographic Data, DOBs, Biographic Data | Personal Identity Information |
| 001035 | Redacted | Physical Line Up Photo | 725 ILCS 5/107A-2(i) |
| 001047-001086 | Withheld | Juvenile Records | Juvenile Court Act, 705 ILCS 405 |

Respectfully submitted,

KIMBERLY M. FOXX
Cook County State's Attorney

By: /s/*Brian R. Hallett*
Brian R. Hallett
Assistant State's Attorney
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-3187
brian.hallett@cookcountysao.org