**From:** Alexis M. Gamboa <AGamboa@jsotoslaw.com>
**Sent:** Monday, January 22, 2024 3:03 PM
**To:** Brian Hallett <Brian.Hallett@cookcountysao.org>
**Cc:** Elise A. Lindsley <elindsley@jsotoslaw.com>; Lisa Meador <LMeador@jsotoslaw.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>
**Subject:** RE: Cruz SDT Documents

> **External Message Disclaimer**
>
> This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Hello Brian,

We were able to view and download the documents from Batch 1 successfully, thank you! I appreciate all the effort you have put into producing these documents for us.

I do have a few follow up questions, first, We have a looming deadline from the Court this week, so I wanted to circle back and see if there has been any update as to the production of Batch 2. Second, can you confirm from your review of the documents that the CCSAO has included both the Bluebacks and any/all felony review materials in the production? Third, after reviewing the privilege log, we feel we are missing some information that would be helpful to our review. Pursuant to Fed. R. Civ. P. 26(b)(5), as followed by the Northern District, the privilege log should be detailed enough for us to assess the applicability of the privilege CCSAO is asserting. For some of the documents that were redacted or withheld such a "Grand Jury" we are missing further descriptions of what these documents are (are they GJ transcripts? Etc.)

We truly do appreciate you working with us, and we are hopeful that we will not need to file motions to compel, but should it come to that please know that it is because we are being pressed to meet certain deadlines by the court.

Sincerely.

**Alexis M. Gamboa**
The Sotos Law Firm, P.C.
141 W. Jackson Blvd. - Suite 1240A
Chicago, Illinois 60604
(630)735-3316 (direct)
(630) 773-0980 (fax)

*This e-mail, including attachments, is covered by the* **Electronic Communications Privacy Act***, 18 U.S.C. 2510-2521.  It contains information that is confidential and it may be protected by the attorney/client or other privileges.  This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipients.  If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at 630-735-3300.  The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.*

| | |
|---|---|
| **From:** | Brian Hallett |
| **To:** | Alexis M. Gamboa |
| **Cc:** | Elise A. Lindsley; Lisa Meador; Josh M. Engquist |
| **Subject:** | RE: Cruz SDT Documents |
| **Date:** | Monday, January 22, 2024 3:24:26 PM |
| **Attachments:** | image001.png |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Alexis,

I'm glad the link worked. There is still no timeframe in which the second batch will be provided, nothing has changed since our prior conversations and the work on it remains ongoing.

In terms of what CCSAO has provided, everything that was located in response to the subpoena is included in either Batch 1 or Batch 2. I have not yet seen the contents of Batch 2 so I cannot go into specifics on that but the office provides everything located in full, subject to all applicable privileges.

As far as the privilege logs go, that is a standard federal court privilege log as our office provides and no additional information will be added as the provision of anything further may run afoul of state and federal laws, as well as potentially waiving the very privileges asserted.

Let me know if you have any further questions!



**Please note that my email address has changed to**
**brian.hallett@cookcountysao.org**
**Brian R. Hallett**
Assistant State's Attorney
Civil Actions Bureau – Specialized Discovery Section
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
P: 312.603.3187   E: brian.hallett@cookcountysao.org

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.

**From:** Alexis M. Gamboa <AGamboa@jsotoslaw.com>
**Sent:** Tuesday, January 30, 2024 12:03 PM
**To:** Brian Hallett <Brian.Hallett@cookcountysao.org>
**Cc:** Lisa Meador <LMeador@jsotoslaw.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Elise A. Lindsley <elindsley@jsotoslaw.com>
**Subject:** RE: Cruz SDT Documents

**External Message Disclaimer**

This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Brian,

We have discussed our issues with the privilege log that was provided for batch one of the documents, just to confirm are you guys are still planning on not providing us with any further explanation as to the documents being withheld?

Sincerely,

**Alexis M. Gamboa**

| | |
|---|---|
| **From:** | Brian Hallett |
| **To:** | Alexis M. Gamboa |
| **Cc:** | Lisa Meador; Josh M. Engquist; Elise A. Lindsley |
| **Subject:** | RE: Cruz SDT Documents |
| **Date:** | Tuesday, January 30, 2024 12:16:32 PM |
| **Attachments:** | image001.png |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

We're reverifying so it will take time to answer. Hopefully by the end of the week we will be able to give one.



**Please note that my email address has changed to**
**brian.hallett@cookcountysao.org**

**Brian R. Hallett**
Assistant State's Attorney
Civil Actions Bureau – Specialized Discovery Section
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
P: 312.603.3187   E: brian.hallett@cookcountysao.org

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.

**From:** Alexis M. Gamboa <AGamboa@jsotoslaw.com>
**Sent:** Tuesday, February 6, 2024 12:15 PM
**To:** Brian Hallett <Brian.Hallett@cookcountysao.org>
**Cc:** Lisa Meador <LMeador@jsotoslaw.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Elise A. Lindsley <elindsley@jsotoslaw.com>
**Subject:** RE: Cruz SDT Documents

**External Message Disclaimer**

This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Hi Brian,

Just circling back to this, just wanted to know if you had an answer yet.

Sincerely,

**Alexis M. Gamboa**

| | |
|---|---|
| **From:** | Brian Hallett |
| **To:** | Alexis M. Gamboa |
| **Cc:** | Lisa Meador; Josh M. Engquist; Elise A. Lindsley |
| **Subject:** | RE: Cruz SDT Documents |
| **Date:** | Tuesday, February 6, 2024 3:07:21 PM |
| **Attachments:** | image001.png |
| | 2024-01-05 Privilege Log Bates 1-1086 AMENDED.pdf |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Alexis,

Attached is the updated privilege log. This is as detailed as the law allows us to get.



**Please note that my email address has changed to**
**brian.hallett@cookcountysao.org**

**Brian R. Hallett**
Assistant State's Attorney
Civil Actions Bureau – Specialized Discovery Section
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
P: 312.603.3187    E: brian.hallett@cookcountysao.org

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.

**From:** Joseph Vaia <Joseph.Vaia@trustarray.com>
**Sent:** Wednesday, February 28, 2024 3:11 PM
**To:** Alexis M. Gamboa <AGamboa@jsotoslaw.com>; Elise A. Lindsley <elindsley@jsotoslaw.com>
**Cc:** Brian.Hallett@cookcountysao.org; sao.cabsubpoenas@cookcountysao.org
**Subject:** Project Quote - Scanning

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hello,

We have received a scanning request from the Cook County States Attorney's office for Case Name: **Cruz, Jose v. Guevara, et al. (People v. Jose Cruz, Case No. 93 CR 25151)** / Case No.: **23 C 4268** / Subpoena No. **23-252**

The estimated cost to scan to searchable files will be…

**B/W Scan – $110.00**
**Color Scan – $10.00**
**PDF OCR – $16.00**
**Tech-Time – $120.00**
**Total Estimate: $256.00**

If you would like us to proceed with this request and agree to be responsible for the total cost please respond giving us authorization.

Please note, you should already have received the acknowledgment letter from the assigned ASA. The digital files will be given to the States Attorney's office to be reviewed/redacted. if you have any questions regarding updates, please contact their office.

Thank you,



**Joe Vaia**
**Managing Partner**
**C: (312) 468-6744**
trustArray.com



**Joseph Vaia**
**Managing Partner**

**From:** Alexis M. Gamboa <AGamboa@jsotoslaw.com>
**Sent:** Wednesday, February 28, 2024 4:01:48 PM
**To:** Brian Hallett <Brian.Hallett@cookcountysao.org>
**Cc:** Elise A. Lindsley <elindsley@jsotoslaw.com>
**Subject:** RE: Project Quote - Scanning

**External Message Disclaimer**

This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Brian,

Hope you're doing well. Just wanted to see if you would be able to tell me what these documents are? I was under the impression that CCSAO has produced everything? Are these the documents pertaining to the conviction integrity investigation we asked for?

Sincerely,

**Alexis M. Gamboa**
The Sotos Law Firm, P.C.
141 W. Jackson Blvd. - Suite 1240A
Chicago, Illinois 60604
(630)735-3316 (direct)
(630) 773-0980 (fax)

This e-mail, including attachments, is covered by the **Electronic Communications Privacy Act**, 18 U.S.C. 2510-2521. It contains information that is confidential and it may be protected by the attorney/client or other privileges. This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipients. If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at 630-735-3300. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.



**From:** Brian Hallett <Brian.Hallett@cookcountysao.org>
**Sent:** Wednesday, February 28, 2024 4:25 PM
**To:** Alexis M. Gamboa <AGamboa@jsotoslaw.com>
**Cc:** Elise A. Lindsley <elindsley@jsotoslaw.com>
**Subject:** Re: Project Quote - Scanning

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

**Subject:** Re: Project Quote - Scanning

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

CIU did not send the requested materials and now have. This is them. Apparently it was a misunderstanding between the paralegals.

Brian

Get Outlook for iOS

**From:** Brian Hallett <Brian.Hallett@cookcountysao.org>
**Sent:** Wednesday, February 28, 2024 4:32 PM
**To:** Alexis M. Gamboa <AGamboa@jsotoslaw.com>
**Cc:** Elise A. Lindsley <elindsley@jsotoslaw.com>
**Subject:** Re: Project Quote - Scanning

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Yes, this should be all they have from what I am told.

Brian

Get Outlook for iOS

**From:** Alexis M. Gamboa <AGamboa@jsotoslaw.com>
**Sent:** Wednesday, February 28, 2024 4:29:02 PM
**To:** Brian Hallett <Brian.Hallett@cookcountysao.org>
**Cc:** Elise A. Lindsley <elindsley@jsotoslaw.com>
**Subject:** RE: Project Quote - Scanning

> **External Message Disclaimer**
>
> This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Just to clarify, so this is the conviction integrity material then?

**From:** Brian Hallett <Brian.Hallett@cookcountysao.org>
**Sent:** Wednesday, February 28, 2024 4:25 PM
**To:** Alexis M. Gamboa <AGamboa@jsotoslaw.com>
**Cc:** Elise A. Lindsley <elindsley@jsotoslaw.com>

# Elise A. Lindsley

| | |
|---|---|
| **From:** | Alexis M. Gamboa |
| **Sent:** | Monday, March 11, 2024 10:10 AM |
| **To:** | Brian Hallett |
| **Cc:** | Elise A. Lindsley |
| **Subject:** | RE: Project Quote - Scanning |

Brian,

Do you have any idea of when we will get the link for the documents?

Sincerely,

**Alexis M. Gamboa**
The Sotos Law Firm, P.C.
141 W. Jackson Blvd. - Suite 1240A
Chicago, Illinois 60604
(630)735-3316 (direct)
(630) 773-0980 (fax)

*This e-mail, including attachments, is covered by the* **Electronic Communications Privacy Act***, 18 U.S.C. 2510-2521. It contains information that is confidential and it may be protected by the attorney/client or other privileges. This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipients. If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at 630-735-3300. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.*

# Elise A. Lindsley

| | |
|---|---|
| **From:** | Brian Hallett <Brian.Hallett@cookcountysao.org> |
| **Sent:** | Monday, March 11, 2024 10:14 AM |
| **To:** | Alexis M. Gamboa |
| **Cc:** | Elise A. Lindsley |
| **Subject:** | RE: Project Quote - Scanning |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

I do not, we have not received them back yet from scanning.

**Please note that my email address has changed to brian.hallett@cookcountysao.org**

**Brian R. Hallett**
Assistant State's Attorney
Civil Actions Bureau – Specialized Discovery Section
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
P: 312.603.3187    E: brian.hallett@cookcountysao.org

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.