*Cruz v. Guevara, et al.*
Case No.: 23 CV 4268

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jose Cruz, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 23 CV 4268 |
| | ) | |
| v. | ) | |
| | ) | |
| Guevara, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PRIVILEGE LOG OF THE COOK COUNTY STATE'S ATTORNEY'S OFFICE IN RESPONSE TO SUBPOENA**

NOW COMES the Cook County State's Attorney's Office, by and through Assistant State's Attorney, Brian R. Hallett, and submits the following supplemental Privilege Log with respect to documents in its possession or control, in response to the subpoena issued by Alexis M. Gamboa, The Sotos Law Firm, P.C. on September 11, 2023, to the Cook County State's Attorney's Office. This is the second of two Privilege Logs responding to the aforementioned subpoena.

| Bates stamped CCSAO | Withheld or Redacted | Description | Privilege(s) Asserted |
|---|---|---|---|
| 001088-001092 | Redacted | Addresses, DOB, Telephone Number | Personal Identity Information |
| 001107-001108 | Redacted | Addresses, DOB, Telephone Number | Personal Identity Information |
| 001124-001160 | Redacted | Addresses, DOBs, Telephone Numbers, Biographic Data, SSN, License Plate Number | Personal Identity Information |
| 001162-001165 | Redacted | Physical Lineup Photos | 725 ILCS 5/107A-2 |
| 001167 | Redacted | Address | Personal Identity Information |
| 002059-002073 | Redacted | DOB, Address, Telephone Numbers | Personal Identity Information |
| 002102 | Redacted | Address | Personal Identity Information |
| 002209 | Redacted | Address | Personal Identity Information |
| 002282-002283 | Redacted | Addresses, Biographic Data | Personal Identity Information |
| 002294 | Redacted | DOB | Personal Identity Information |
| 002324-002327 | Redacted | Addresses | Personal Identity Information |
| 002330-002334 | Redacted | DOB, Address | Personal Identity Information |
| 002338 | Redacted | Address | Personal Identity Information |

| | | | |
|---|---|---|---|
| 002401 | Redacted | Address | Personal Identity Information |
| 002415-002445 | Redacted | Addresses, Biographic Data, Phone Numbers, License Plate Number, VIN, SSN | Personal Identity Information |
| 002666-002688 | Redacted | Addresses, DOB, SSN | Personal Identity Information |
| 002769-002824 | Redacted | Addresses, DOBs, Biographic Data | Personal Identity Information |
| 002831-002919 | Redacted | Addresses, Telephone Number, DOB, SSN | Personal Identity Information |
| 003185 | Redacted | Address | Personal Identity Information |
| 003261 | Redacted | DOB | Personal Identity Information |
| 003264-003291 | Redacted | Addresses | Personal Identity Information |
| 003306 | Redacted | DOB, Address | Personal Identity Information |
| 003393 | Redacted | Address | Personal Identity Information |
| 003409-003437 | Redacted | DOB, Addresses, Telephone Numbers, Biographic Data, VIN, License Number | Personal Identity Information |
| 003448 | Redacted | Physical Lineup Photos | 725 ILCS 5/107A-2 |
| 003450 | Redacted | Address | Personal Identity Information |
| 003485 | Redacted | Address | Personal Identity Information |
| 003498-003554 | Redacted | DOB, Address | Personal Identity Information |
| 003586-003593 | Redacted | Biographic Data, Addresses, Telephone Number | Personal Identity Information |
| 003594-003598 | Redacted | Medical Records | HIPPA |
| 003601-003720 | Redacted | Addresses, Biographic Data, Telephone Numbers, DOB | Personal Identity Information |
| 003768-003941 | Redacted | Addresses | Personal Identity Information |
| 003942-004513 | Redacted | DOBs, Addresses, Biographic Data, SSNs, Telephone Numbers, License Plates, VIN, SSNs | Personal Identity Information |

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

                Respectfully submitted,

                KIMBERLY M. FOXX
                Cook County State's Attorney

By:    /s/*Brian R. Hallett*
Assistant State's Attorney
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-3187
brian.hallett@cookcountysao.org