*Cruz v. Guevara, et al.*
Case No.: 23 CV 4268

# EXHIBIT E

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Jose Cruz, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 23 CV 4268 |
| | ) | |
| v. | ) | |
| | ) | |
| Guevara, et al., | ) | |
| | ) | |
| Defendant. | ) | |

### PRIVILEGE LOG OF THE COOK COUNTY STATE'S ATTORNEY'S OFFICE IN RESPONSE TO SUBPOENA

NOW COMES the Cook County State's Attorney's Office, by and through Assistant

State's Attorney, Brian R. Hallett, and submits the following Privilege Log with respect to

documents in its possession or control, in response to the subpoena issued by Alexis M. Gamboa,

The Sotos Law Firm, P.C. on September 11, 2023 to the Cook County State's Attorney's Office.

| Bates Stamped CCSAO | Withheld or Redacted | Description | Privilege(s) Asserted |
|---|---|---|---|
| 000003 | Withheld | Grand Jury | 725 ILCS 5/112-6(c)(3); Release Prohibited by Statute |
| 000005-000006 | Redacted | Addresses, Telephone Numbers | Personal Identity Information |
| 000007-000009 | Redacted | Grand Jury | 725 ILCS 5/112-6(c)(3); Release Prohibited by Statute |
| 000010 | Redacted | Address | Personal Identity Information |
| 000011 | Withheld | Grand Jury | 725 ILCS 5/112-6(c)(3); Release Prohibited by Statute |
| 000012 | Redacted | Addresses, Telephone Numbers | Personal Identity Information |
| 000013-000016 | Redacted | ASA Notes; Telephone Numbers, Address | Attorney Work Product, Deliberative Process; Personal Identity Information |
| 000017 | Withheld | Grand Jury | 725 ILCS 5/112-6(c)(3); Release Prohibited by Statute |
| 000019-000027 | Withheld | Grand Jury | 725 ILCS 5/112-6(c)(3); Release Prohibited by Statute |

| 000028 | Redacted | Addresses, Telephone Numbers | Personal Identity Information |
|---|---|---|---|
| 000029 | Withheld | Grand Jury | 725 ILCS 5/112-6(c)(3); Release Prohibited by Statute |
| 000041-000077 | Redacted | Physical Line Up Photos | 725 ILCS 5/107A-2(i); Release Prohibited by Statute |
| 000130-000134 | Redacted | ASA Notes | Attorney Work Product, Deliberative Process |
| 000135-000204 | Redacted | Addresses, SSNs, Telephone Numbers, Biographic Data, License Plate Number; ASA Notes | Personal Identity Information; Attorney Work Product, Deliberative Process |
| 000205-000211 | Redacted | Medical Treatment Information | HIPPA; Medical treatment information is protected by law from disclosure without a valid HIPPA waiver |
| 000212-000219 | Withheld | Grand Jury | 725 ILCS 5/112-6(c)(3); Release Prohibited by Statute |
| 000225-000238 | Withheld | LEADS | 20 Ill. Admin. Code 1240.80(d); 20 U.S.A. 534, 28 C.F.R. 20.20, 20.21, 20.30, 20.33; Release Prohibited by Statute and CCSAO Contract with Illinois State Police |
| 000239 | Redacted | ASA Notes | Attorney Work Product, Deliberative Process |
| 000240-00447 | Redacted | DOBs, Addresses, Telephone Numbers, SSNs, Biographic Data; ASA Notes | Personal Identity Information; Attorney Work Product, Deliberative Process |
| 000448 | Withheld | LEADS | 20 Ill. Admin. Code 1240.80(d); 20 U.S.A. 534, 28 C.F.R. 20.20, 20.21, 20.30, 20.33; Release Prohibited by Statute and CCSAO Contract with Illinois State Police |
| 000449-000603 | Redacted | DOBs, Addresses, Biographic Data, Telephone Numbers, SSNs | Personal Identity Information |
| 000604 | Withheld | LEADS | 20 Ill. Admin. Code 1240.80(d); 20 U.S.A. 534, 28 C.F.R. 20.20, 20.21, 20.30, 20.33; Release Prohibited by Statute and CCSAO Contract with Illinois State Police |
| 000605-000685 | Redacted | DOBs, SSNs, Addresses, Biographic Data, Telephone Numbers | Personal Identity Information |
| 000686 | Withheld | LEADS | 20 Ill. Admin. Code 1240.80(d); 20 U.S.A. 534, 28 C.F.R. 20.20, 20.21, 20.30, 20.33; Release |

| | | | Prohibited by Statute and CCSAO Contract with Illinois State Police |
|---|---|---|---|
| 000688-000714 | Redacted | DOBs, Addresses, SSNs, Telephone Numbers | Personal Identity Information |
| 000715 | Withheld | Medical Treatment Information | HIPPA; Medical treatment information is protected by law from disclosure without a valid HIPPA waiver |
| 000717-000831 | Redacted | Address | Personal Identity Information |
| 000832-000837 | Withheld | Medical Treatment Information | HIPPA; Medical treatment information is protected by law from disclosure without a valid HIPPA waiver |
| 000838-000852 | Withheld | Grand Jury | 725 ILCS 5/112-6(c)(3); Release Prohibited by Statute |
| 000856-000893 | Redacted | Addresses, Telephone Numbers, | Personal Identity Information |
| 000894-000898 | Withheld | Medical Treatment Information | HIPPA; Medical treatment information is protected by law from disclosure without a valid HIPPA waiver |
| 000899-000937 | Redacted | Addresses, Biographic Data, DOBs; ASA Notes | Personal Identity Information; Attorney Work Product, Deliberative Process |
| 000938-000942 | Withheld | LEADS | 20 Ill. Admin. Code 1240.80(d); 20 U.S.A. 534, 28 C.F.R. 20.20, 20.21, 20.30, 20.33; Release Prohibited by Statute and CCSAO Contract with Illinois State Police |
| 000943-000955 | Redacted | Addresses, DOBs, Biographic Data, Telephone Numbers | Personal Identity Information |
| 000956 | Withheld | Grand Jury | 725 ILCS 5/112-6(c)(3); Release Prohibited by Statute |
| 000958-000962 | Redacted | ASA Notes | Attorney Work Product, Deliberative Process |
| 000963-000978 | Withheld | Grand Jury | 725 ILCS 5/112-6(c)(3); Release Prohibited by Statute |
| 000979-001007 | Redacted | Addresses, Biographic Data, DOBs, Biographic Data | Personal Identity Information |
| 001035 | Redacted | Physical Line Up Photo | 725 ILCS 5/107A-2(i); Release Prohibited by Statute |
| 001047-001086 | Withheld | Juvenile Records | Juvenile Court Act, 705 ILCS 405 |

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Respectfully submitted,

KIMBERLY M. FOXX
Cook County State's Attorney

By:   /s/ *Brian R. Hallett*
       Brian R. Hallett
       Assistant State's Attorney
       Civil Actions Bureau
       500 Richard J. Daley Center
       Chicago, Illinois 60602
       (312) 603-3187
       brian.hallett@cookcountysao.org