**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOSE CRUZ, ) | |
| ) | Case No. 23-cv-4268 |
| Plaintiff, ) | |
| ) | Honorable Judge Daniel |
| v. ) | Magistrate Judge Fuentes |
| ) | |
| FORMER DETECTIVE REYNALDO ) | |
| GUEVARA, et al, ) | JURY DEMAND |
| ) | |
| Defendants. ) | |

**OFFICER DEFENDANTS REPLY IN SUPPORT OF DEFENDANTS'**
**MOTION TO COMPEL COOK COUNTY STATE'S ATTORNEY'S OFFICE**

**EXHIBIT LIST**

Exhibit A — Motion for Release of Grand Jury Materials, *People v. Jose Cruz*

Exhibit B — Motion for Release of Grand Jury Materials, CCSAO Response, and Order granting motion, *People v. Juan and Rosendo Hernandez*

Exhibit C — Email Correspondence