*Cruz v. Guevara, et al.*
Case No.: 23 CV 4268

# EXHIBIT C

RE: People v. Jose Cruz, No. 93 CR 25151 - Motion to Release Grand Jury Materials

Brian Hallett <Brian.Hallett@cookcountysao.org>

Thu 3/21/2024 3:02 PM

To:Jeffrey C. Grossich <JGrossich@jsotoslaw.com>
Cc:Lisa Meador <LMeador@jsotoslaw.com>;Alexis M. Gamboa <AGamboa@jsotoslaw.com>;Elise A. Lindsley <elindsley@jsotoslaw.com>;Olivia Blauert <Olivia.Blauert@cookcountysao.org>

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Mr. Grossich,

Thank you for your email. The State will not be withdrawing its objection at this time.

Thank you.



**Please note that my email address has changed to brian.hallett@cookcountysao.org**
**Brian R. Hallett**
Assistant State's Attorney
Civil Actions Bureau – Specialized Discovery Section
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
P: 312.603.3187    E: brian.hallett@cookcountysao.org

This communication is private and confidential and may be subject to attorney-client and/or work product privileges.  If you have received this message in error, please notify the sender and remove it from your system.

**From:** Jeffrey C. Grossich <JGrossich@jsotoslaw.com>
**Sent:** Thursday, March 21, 2024 2:50 PM
**To:** Brian Hallett <Brian.Hallett@cookcountysao.org>
**Cc:** Lisa Meador <LMeador@jsotoslaw.com>; Alexis M. Gamboa <AGamboa@jsotoslaw.com>; Elise A. Lindsley <elindsley@jsotoslaw.com>; Olivia Blauert <Olivia.Blauert@cookcountysao.org>
**Subject:** People v. Jose Cruz, No. 93 CR 25151 - Motion to Release Grand Jury Materials

**External Message Disclaimer**

This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Mr. Hallett,

Today, Judge Erica Reddick granted our Motion to Release Grand Jury Materials in the matter *People v. Juan and Rosendo Hernandez*, No. 97 CR 21329.

Judge Reddick stated, on the record, that she found all of the arguments in our Motion to be persuasive. However, the argument she found most persuasive is the following:

Juan and Rosendo Hernandez were indicted by a grand jury. In Illinois, indictment by a grand jury is prima facie evidence of probable cause, which can only be rebutted by evidence that the indictments were obtained through improper or fraudulent means. The grand jury materials are therefore essential to the federal civil rights case to show what evidence and testimony were presented to obtain the Hernandez brothers' indictments. Judge Reddick noted that this goes to the very heart of the Hernandez brothers' claims in their federal civil rights case that they were maliciously prosecuted absent probable cause.

ASA Blauert was present for Judge Reddick's oral ruling and can confirm what Judge Reddick said.

The situation in the matter *People v. Jose Cruz*, No. 93 CR 25151 is exactly the same. Jose Cruz was also indicted by a grand jury. And like the Hernandez brothers, Mr. Cruz is alleging that he was maliciously prosecuted absent probable cause. Therefore, a record of the evidence and testimony presented before the grand jury is necessary to determine the basis for Mr. Cruz's indictment, and goes to the very heart of Mr. Cruz's claims in his federal civil rights case.

In this regard, there is no meaningful distinction between the Hernandez brothers' case and Mr. Cruz's case. We have made the exact same arguments in our Motion to Release Grand Jury Materials in the Cruz case as we did in the Hernandez case. Judge Reddick will undoubtedly follow the same reasoning when ruling on our Motion to Release Grand Jury Materials in Mr. Cruz's case.

Therefore, in light of Judge Reddick's ruling today, we respectfully request that the CCSAO withdraw its objection to our Motion to Release Grand Jury Materials in the matter *People v. Jose Cruz*, No. 93 CR 25151.

If you wish to discuss this matter further, please let me know.

Sincerely,

Jeff Grossich

**Jeffrey C. Grossich**

The Sotos Law Firm, P.C.

141 W. Jackson Boulevard, Suite 1240A

Chicago, Illinois 60604

Direct Line: (630) 735-3319

This e-mail, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information that is confidential and it may be protected by the attorney/client or other privileges. This e-mail, including attachments, consitutes non-public information intended to be conveyed only to the designated recipients. If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at 630-735-3300. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.