# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jose Cruz

                      Plaintiff,

v.                                     Case No.: 1:23–cv–04268

                                         Honorable Jeremy C. Daniel

Reynaldo Guevara, et al.

                      Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 10, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: The Officer Defendants' motion to compel the CCSAO (doc. #[135]) is granted in part, denied without prejudice in part, and entered and continued in part per the accompanying order. Enter Order. Per the Order, the CIU Memo and the 39 pages of purported JCA materials are ordered to be supplied to the Court for in camera review no later than noon on 4/17/24. The revised declaration in support of the deliberative process privilege claims concerning the ASA Notes and the ASA Trial Preparation Materials, and the CCSAO's revised privilege log as to the 39 withheld JCA documents, must be filed no later than noon on 4/17/24. Documents ordered to be produced pursuant to the portions of the Motion to Compel being granted must be served on counsel for the Officer Defendants and counsel for Plaintiff no later than noon on 4/17/24. The Court is abstaining from deciding the discoverability of the nine withheld grand jury documents pending further order of court. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.