UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Jose Cruz

                           Plaintiff,

v.                                                      Case No.: 1:23–cv–04268
                                                                Honorable Jeremy C. Daniel

Reynaldo Guevara, et al.

                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 18, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: In camera submission of CCSAO received as ordered. The Officer Defendants' motion to compel document production by the CCSAO (doc. #[135]) remains under advisement. In the meantime, the Court has reviewed the revised Henretty Declaration (doc. #[150]) and has preliminarily determined that while the declaration may not support assertion of the deliberative process privilege, the declaration offers the Court further basis for consideration of proportionality of the requested discovery of the ASA Notes and the ASA Trial Preparation Materials insofar as discovery may burden the CCSAO's commonly held expectations that its work product will not be subject to discovery. The possible disproportionality of this discovery under Rule 26(b)(1) is distinct from whether such discovery is shielded by the work product doctrine itself. To allow the Court to consider the question further, the Court now needs to review in camera the ASA Notes and the ASA Trial Preparation Materials. Although the Court is not clear about whether the revised Henretty Declaration actually identifies all of the foregoing materials, all of the ASA Notes and the ASA Trial Preparation Materials are ordered to be provided to the Court for in camera review by 5 p.m. on 4/22/24 so the Court may conclude its consideration of this motion. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.