# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jose Cruz

                          Plaintiff,

v.                                                 Case No.: 1:23−cv−04268
                                                              Honorable Jeremy C. Daniel

Reynaldo Guevara, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 10, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Hearing held on Defendant Maloney's motion to compel (doc. #[148]) and Plaintiff's motion to clawback (doc. #[152]). For the reasons stated on the record, and in the Court's broad discretion to manage discovery under Jones v. City of Elkhart, Ind., 737 F.3d 1107, 1115 (7th Cir. 2013) and Fed. R. Civ. P. 1: (1) Defendant Maloney's motion to compel is denied without prejudice as to contention interrogatories 2, 3, 5, 9 and denied as to interrogatories 14, 15 and 17 aimed at disgorging work−product protected information; and (2) Plaintiff's clawback motion is granted, and all copies of the 67 documents clawed back must be returned or destroyed, and not used directly or derivatively in the litigation. A joint status report regarding progress toward the closure of fact discovery is to be filed on the docket by noon on 5/17/24. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.