# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jose Cruz

                        Plaintiff,

v.                                                Case No.: 1:23−cv−04268
                                                        Honorable Jeremy C. Daniel

Reynaldo Guevara, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 13, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: On the Court's consideration of the Officer Defendants' motion to compel the CCSAO (doc. #[135]), the Officer Defendants are ordered to file a supplemental submission by noon on 5/14/24, stating whether the CCSAO already has produced its 2020 interview memoranda of witnesses Jaramillo, Rios, Valverde and attorney Swygert (concerning statements made to Swygert by deceased witness Meadors), and if so, attaching those interview memoranda as produced by the CCSAO. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.