IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE CRUZ, | ) | |
| | ) | Case No. 23-cv-4268 |
| Plaintiff, | ) | |
| | ) | Honorable Judge Daniel |
| v. | ) | Magistrate Judge Fuentes |
| | ) | |
| FORMER DETECTIVE REYNALDO GUEVARA, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**SUPPLEMENTAL SUBMISSION PER COURT ORDER
REGARDING PRODUCTION OF CERTAIN DOCUMENTS
BY COOK COUNTY STATE'S ATTORNEY'S OFFICE**

Defendants Stephen Gawrys, Robert Rutherford, Anthony Riccio, Edward Mingey, Anthony Wojcik, Robert Boris, and Geri Lynn Yanow, as Special Representative for Ernest Halvorsen, deceased (collectively, "Officer Defendants"), through their attorneys, The Sotos Law Firm, P.C., and pursuant to this Honorable Court's May 13, 2024 order (Dkt. 166), submit the following supplemental submission regarding whether certain documents have been produced by the Cook County State's Attorney's Office ("CCSAO"):

On March 8, 2024, Officer Defendants filed their Motion to Compel CCSAO to Comply with Subpoena. (Dkt. 135.) This Court *inter alia* issued an order directing the CCSAO to submit certain records for *in camera* inspection and file a revised declaration in support of the deliberative process privilege claims and revised privilege log (Dkts. 146, 147.) On May 13, 2024, this Court ordered Officer Defendants to file a supplemental statement indicating "whether the CCSAO already has produced its 2020 interview memoranda of witnesses Jaramillo, Rios, Valverde and attorney Swygert (concerning statements made to Swygert by deceased witness Meadors), and if so, attaching those interview memoranda as produced by the CCSAO." (Dkt.

166.) Pursuant to that Order, Officer Defendants provide this Court with the following supplemental statement:

On April 17, 2024, the CCSAO produced Investigative Reports summarizing interviews conducted by the CCSAO of Francisco Valverde, Ivan Rios, and Pedro Jaramillo. (Exhibit A.)[1] The CCSAO has not produced any interview memoranda for attorney Swygert concerning statements made to Swygert by deceased witness Meadors.

Dated: May 14, 2024

Respectfully submitted,

/s/ Alexis M. Gamboa
ALEXIS M. GAMBOA, Atty. No. 6331348
*Special Assistant Corporation Counsel for Defendants Officers*

James G. Sotos
Josh M. Engquist
Lisa M. Meador
Alexis M. Gamboa
Jeffrey R. Grossich
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd, Suite 1240A
Chicago, IL 60604
P: (630) 735-3300
agamboa@jsotoslaw.com

---

[1] This Court ordered Officer Defendants to attach these reports "as produced by the CCSAO." (Dkt. 166.) However, the reports contain certain personal information (social security numbers) which cannot be publicly filed. (Fed. R. Civ. P. 5.2) Officer Defendants have redacted the witnesses' social security numbers and dates of birth for purposes of this filing but advise this Court that the reports were not so redacted by the CCSAO when produced in response to Officer Defendants' subpoena. *See Wachala v. Astellas U.S. LLC.*, No. 20 C 3882, 2022 WL 408108 at *2 (N.D. Ill. 2022). If the Court desires, Officer Defendants can submit unredacted versions of the reports via the Court's proposed order email address.

**CERTIFICATE OF SERVICE**

      I certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that May 14, 2024, I electronically filed the foregoing **Supplemental Submission per Court Order Regarding Production of Certain Documents by Cook County State's Attorney's Office** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed in the below service list.

***Attorneys for Plaintiff***
Stuart J. Chanen (Stuart@ChanenOlstein.com)
Ariel Olstein (Ariel@ChanenOlstein.com)
CHANEN & OLSTEIN LLP
7373 Lincoln Ave., Suite 100
Lincolnwood, IL 60712
P: 847-469-4669

Jack Samuel Tenenbaum
Northwestern Pritzker School of Law
375 E. Chicago Ave., Suite 411
Chicago, IL 60611
P: 312-503-4808
s-tenenbaum@law.northwestern.edu

***Attorneys for the City of Chicago***
Eileen E. Rosen (erosen@rfclaw.com)
Andrew J. Grill (agrill@rfclaw.com)
Austin G. Rahe (arahe@rfclaw.com)
Catherine M. Barber (cbarber@rfclaw.com)
Jessica Zehner (jzehner@rfclaw.com)
Lauren M. Ferrise (lferrise@rfclaw.com)
Theresa B. Carney (tcarney@rfclaw.com)
Rock, Fusco & Connelly
333 West Wacker Drive, 19th Floor
Chicago, IL 60606
P: (312) 494-1000

***Attorneys for Reynaldo Guevara***
Steven B. Borkan (Sborkan@borkanscahill.com)
Timothy P. Scahill (tscahill@borkanscahill.com)
Graham P. Miller (gmiller@borkanscahill.com)
Emily E. Schnidt (eschnidt@borkanscahill.com)
Molly Boekeloo (mboekeloo@borkanscahill.com)
Whitney Hutchinson (whutchinson@borkanscahill.com)
Mischa Itchhaporia (mitchhaporia@borkanscahill.com)
Kathryn E. Boyle (kboyle@borkanscahill.com)
Krystal Gonzalez (kgonzalez@borkanscahill.com)
Borkan & Scahill

20 S. Clark Street, Suite 1700
Chicago, IL 60603
P: (312)-580-1030

***Attorneys for Edward Maloney***
William B. Oberts (wboberts@obertsgalasso.com)
Kevin C. Kirk (kckirk@obertsgalasso.com)
Oberts Galasso Law Group.
161 N. Clark Street, Suite 1600
Chicago, IL 60601
P: (312) 741-1024

/s/ Alexis M. Gamboa
Alexis M. Gamboa, Atty. No. 6331348