*Cruz v. Guevara, et al.*
Case No.: 23 CV 4268

# EXHIBIT A



# Cook County State's Attorney's Office
## Investigations Bureau

## INVESTIGATIVE REPORT

| IB FILE / CONTROL #: | DOCKET #: | REPORT |
|---|---|---|
| 93CR25151 | 93CR25151 | 00 |
| SUBJECT(s) OF INVESTIGATION: | CRIMES #/CL NUMBER: | DATE DRAFTED |
| JOSE CRUZ | SA-1993-17592 | 11/18/202 |
| SYNOPSIS OF REPORT: | PERIOD COVERED: | INVESTIGATOR(S |
| Defense Witness Interview | 2/07/20 –10/27/20 | J. Stewart #52 |

Date Assigned: February 07, 2020

Personnel Assigned: Investigator's James Stewart #524, Ernest Magana #558

On February 07, 2020, the Reporting Investigator (R/I) received a request from Supervisory ASA Carol Rogala, Special Litigation Unit to locate and interview defense witness Francisco "Frank" Valverde in this case. The R/I had assistance from Inv. Magana in this matter for interpreting purposes if needed for translation from Spanish to English.

Due to public health related issues this matter was delayed until such time Investigators were authorized to travel from Chicago to Florida to conduct this interview.

The following information was identified through investigative means:

NME: Francisco "Frank" Valverde
LKA: 190 NW 130th Ave. Miami, FL. 33182
1890 NW 107th Street, Sweetwater, FL. 33172 (Owner/Operator) Gas and Wash.
RCE: M/W-H; DOB: ▇▇▇/1955; SSN: ▇▇▇
TEL: 305-989-1067
Crim/History: Negative

On October 6, 1993, Francisco Valverde was the Owner/Operator of a gas station at the corner of 3142 W. North Avenue and Kedzie Avenue where the victim Antwane Douglas was shot and killed. A second victim Vernon Meadors was shot and wounded. The Chicago Police investigation led to the identification of Jose Cruz who was arrested and subsequently convicted in this matter.

On July 11, 2018, Mr. Valverde signed an affidavit after being interviewed by a Defense Attorney and a Defense Investigator who represent the Defendant Jose Cruz. Mr. Valverde provided information to them from the best of his recollection as to what his role was on the night of the shootings October 6, 1993.

On October 26, 2020, the R/I's attempted to contact Mr. Valverde through various addresses identified in the Miami, Florida area without success. Subsequently that evening Mr. Valverde telephonically contacted the R/I's and agreed to meet them the following day October 27, 2020, around 8:00 am at his business identified above.

Investigator's Initials: _____ Supervisor's Initials: _____

File/Control #: 93CR25151

Synopsis: Defense Witness Interview

On October 27, 2020, the R/I's met with Mr. Valverde as scheduled. Due to his health concerns the interview was conducted in a safe and secure area of his business. Mr. Valverde asked Inv. Magana to converse with him in Spanish for better understanding.

The following are the non-verbatim statements made by Mr. Valverde.

Mr. Valverde stated that he was contacted by a Defense Attorney from Chicago. The Defense Attorney had asked to speak with him about the October 6, 1993, matter. Mr. Valverde stated he called his own Attorney Mr. Sal Udos 312-372-8888 in Chicago to see if he should speak to the Defense Attorney and his Investigator. Mr. Valverde stated he agreed to speak with them and provided information to them to the best of his recollection. Mr. Valverde then signed the affidavit after it was prepared by the investigator. Mr. Valverde stated he felt responsible for his employee Pedro Jaramillo who was working for him the night of October 6, 1993. Mr. Valverde stated that Pedro Jaramillo at that time had questionable legal immigration status in the United States so he provided his Attorney Mr. Udos to represent Jaramillo in the event he needed any legal assistance. Mr. Valverde stated Jaramillo has been a very dependable employee for him for many years as well as other members of his family. Mr. Valverde stated that Jaramillo has been so loyal to him that he followed him to Florida from Chicago after he (Valverde) sold his businesses. Mr. Valverde stated he permanently moved to Florida in approximately 2006.

Mr. Valverde stated on the night of the shootings at his station he cooperated as he would have normally with providing the Chicago Police with whatever they needed from his business. Mr. Valverde wasn't sure if he provided any video or not. Mr. Valverde was looking out specifically for his employee Pedro Jaramillo who was the station attendant that night. Mr. Valverde stated he did not know the Detectives who handled this investigation and he never had any direct dealings with them before, during or after this matter. The RI's asked Mr. Valverde if he knew CPD Detective Guevara. Mr. Valverde stated he only heard about Detective Guevara only from what people would say on the street. Mr. Valverde stated you only then speculate whether the information you hear is true or not. Mr. Valverde stated he did not know Detective Guevara nor did he ever have any dealings with him. Mr. Valverde stated the pressure Jaramillo felt at the time of this case was probably because of his legal status. Jaramillo was afraid of probably being arrested. Mr. Valverde stated that Jaramillo was afraid to cooperate with the Defense Attorney and Investigator. Jaramillo didn't want to get involved but he eventually did meet with a Defense Investigator and was interviewed and signed an affidavit.

Mr. Valverde stated he did not have anything more relevant to provide in this matter and this interview was concluded.

Investigator's Signature — 11/18/2020 Date

Supervisor's Signature #534 499 — 12/4/2020 Date

This document is the property of the Cook County State's Attorney's Office Investigations Bureau. It and its contents are confidential and may not be disseminated outside your agency without authorization



# Cook County State's Attorney's Office
# Investigations Bureau

## INVESTIGATIVE REPORT

| IB FILE / CONTROL #: | DOCKET #: | REPOR' |
|---|---|---|
| 93CR25151 | 93CR25151 | C |
| SUBJECT(s) OF INVESTIGATION: | CRIMES #/CL NUMBER: | DATE DRAFT |
| JOSE CRUZ | SA-1993-17592 | 10/27/2( |
| SYNOPSIS OF REPORT: | PERIOD COVERED: | INVESTIGATOR |
| Defense Witness Interview | 02/07/20 – 10/27/20 | J. Stewart #5 |

Date Assigned: February 7, 2020

Personnel Assigned: Investigator's James Stewart #524, Ernest Magana #558

On February 7, 2020, the Reporting Investigator (R/I) received a request from Supervisory ASA Carol Rogala Special Litigation Unit to locate and interview Defense Witness Pedro Jaramillo in this case. On October 6, 199: Pedro Jaramillo was an employee at a gas station located at the corner of North Avenue and Kedzie Avenue an where victim Antwane Douglas was shot and killed and a second victim Vernon Meadors was shot and woundec

On May 25, 2017, Jaramillo was interviewed by a Defense Investigator about this incident and a copy of transcript is provided as to a series of events witnessed by Jaramillo on October 6, 1993. In addition there is a affidavit signed by Pedro Jaramillo that is prepared in the Spanish language by a Defense Investigator and date November 30, 2017. There was also a statement of Pedro Jaramillo dated October 9, 1993, and witnessed b CPD Detective's Wojick and Maria Soto and ASA Ed Maloney detailing his knowledge of events from October 6 1993, in the death investigation of Antwane Douglas and the shooting of Vernon Meadors.

Due to a public health issue this matter was delayed until such time authorization was given for the R/I's t travel to Florida in an attempt to interview Pedro Jaramillo.

Due to a language barrier with Pedro Jaramillo, Inv. Magana translated the interview from Spanish to English.

The following information was identified through investigative means:

NME: Pedro Jaramillo aka Pedro Jaramillo-Dominguez
LKA: 9372 SW 37th St. Miami, FL. 33165
 1890 NW 107th Ave. Sweetwater, FL. 33172
 (786) 614-7706
RCE: M/W-H, DOB: ▉▉/1973, SSN: ▉▉▉
IR: 0951128, SID: IL/29586590, FBI: 498396MA2

On October 26, 2020, the R/I's traveled to Miami Florida in an attempt to locate Pedro Jaramillo for an interviev The R/I's learned that Jaramillo was not working that day at the business identified above. The R/I's left contact number for correspondence purposes. Subsequently Jaramillo contacted the R/I's and agreed to mee on October 27, 2020, at his Miami residence identified above.

Investigator's Initials: Supervisor's Initials:
Rev. 02/2018
Cruz, Jose v. Guevara, et al. - 23 C 4268, CCSAO_004725
Page 1 of :

File/Control #: 93CR25151

Synopsis: Defense Witness Interview

On October 27, 2020, the R/I's met with Pedro Jaramillo and the following non-verbatim statements were made by him: Jaramillo stated in 2007 or 2008 he had been contacted by a Private Investigator who came from Chicago and he spoke to him. Jaramillo stated he spoke to the PI for about an hour but he (Jaramillo) did not make a statement. Jaramillo stated in 2017, he received numerous calls from lawyers from Chicago but he did not answer the calls and he was avoiding any contact with them. Jaramillo stated he did meet eventually with a Defense Investigator in 2017 and that he was interviewed for a few hours at his residence. Jaramillo acknowledged the affidavit that was prepared and that he did sign. Jaramillo stated and again this is all he knows.

Jaramillo stated he remembers the incident at the gas station on October 6, 1993. Jaramillo began to describe what he remembers as the victim Antwane Douglas had come to the shop and had asked him for a jump for his car. Jaramillo was alone in the shop and he couldn't open the door. Jaramillo stated he denied Douglas a jump. Jaramillo stated Douglas then walked over by the bus stop where he encountered the second victim Vernon Meadors and they were talking. Jaramillo stated then a vehicle pulled up and entered the gas station area. Jaramillo stated what he remembers there were two people in the car (driver and front passenger). Jaramillo stated they got of the car on the passenger side and the passenger started shooting at Douglas. Jaramillo stated he couldn't really see the face of the subject shooting but the person had dark clothing on. Jaramillo described a black hat and black jacket on. Jaramillo stated he could just see the neck area of the subject and it appeared black but again it was late at night and dark outside. Jaramillo stated the second victim (Meadors) came to his shop and again he couldn't let him in though he was shot. Jaramillo told the victim (Meadors) he called the police.

Jaramillo stated the next morning after the shooting he was picked up by CPD Detective Guevara and another Spanish speaking Detective. Jaramillo stated they then drove to a CPD station that he believed was at either Armitage or Fullerton but wasn't completely sure. Jaramillo stated he spent the whole day there as the questioned him. Jaramillo stated Detective Guevara asked him if he had ever been in jail and he (Jaramillo) became concerned and nervous. Jaramillo was asked by Detective Guevara if he had papers to be legally in the United States. Jaramillo was nervous because he wasn't legal in the U.S. at that time.

Jaramillo stated over the next several days he spoke with CPD Detectives to include Guevara. Jaramillo stated every time he was interviewed, he told the same story and always told the truth. Jaramillo stated he was asked by Detective Guevara if the shooter had an olive complexion and Jaramillo stated "no". Jaramillo stated he was never told by Detective Guevara to pick out Jose Cruz, a Hispanic or any other nationality or race in a line up. Jaramillo couldn't pick anyone out of a lineup of any race because he didn't see the shooters face.

Jaramillo stated he wasn't ever verbally or physically threatened by Detective Guevara at any time. Jaramillo was shown a statement from October 9, 1993. Jaramillo didn't remember being interviewed by Detective's Wojick, Soto or ASA Maloney. Jaramillo stated he did not see Ivan Rios near the gas station the night of the shooting. Jaramillo stated he was called to 26th street to testify in the trial and spoke with an ASA but was never called to testify because he never saw the shooters face. Jaramillo stated that Mr. Valverde hired him a lawyer just in case he needed representation.

Investigator's Initials: _____ Supervisor's Initials: _____

File/Control #: 93CR25151

Synopsis: Defense Witness Interview

Jaramillo had nothing further to add and the interview was concluded.

_Investigator's Signature_ #524  Date 12-2-20

_Supervisor's Signature_ 499  Date 12/4/20

This document is the property of the Cook County State's Attorney's Office Investigations Bureau. It and its contents are confidential and may not be disseminated outside your agency without authorization.

Cruz, Jose v. Guevara, et al. - 23 C 4268, CCSAO_004727

Rev. 02/2018  Page 3 of 3



# Cook County State's Attorney's Office
## Investigations Bureau

## INVESTIGATIVE REPORT

| IB FILE / CONTROL #: | DOCKET #: | REPO |
|---|---|---|
| 93CR25151 | 93CR25151 | |
| SUBJECT(s) OF INVESTIGATION: | CRIMES #/CL NUMBER: | DATE DRAF |
| JOSE CRUZ | SA-1993-17592 | 11/18/2 |
| SYNOPSIS OF REPORT: | PERIOD COVERED: | INVESTIGATO |
| Defense Witness Interview | 02/07/20 – 10/29/20 | J. Stewart # |

Date Assigned: February 7, 2020

Personnel Assigned: Investigator's James Stewart #524, Ernest Magana #558

On February 7, 2020, the Reporting Investigator (R/I) received a request from Supervisory ASA Carol Rogal Special Litigation Unit to locate and interview Defense Witness Ivan Rios. Ivan Rios had provided an affida dated January 3, 2018, to a Defense Attorney Investigator in Florida regarding his knowledge of events of shooting that occurred on October 6, 1993, at the corner of North Avenue and Kedzie Avenue. Rios had al spoken to a Defense Attorney representing Jose Cruz in this matter.

Due to public health related issues this interview was delayed until such time the Investigators were authorize to travel to Florida in an attempt to interview Mr. Rios on this matter.

The following information was identified through investigative means:

NME: Ivan Rios
LKA: 1625 N. Sawyer, Chicago, IL. 60647
    12212 Fawn Brindle St. Riverview, FL 33578 11734
RCE: M/W-H, DOB: ▮▮/1967, SSN: ▮▮▮▮▮▮
IR: 764423, SID: IL/25809910, FBI: 656312EA3
Tel.#708-477-1484

On October 6, 1993, the victim Antwane Douglas was shot and killed at the corner of North Avenue and Kedz Avenue. In addition a second victim Vernon Meadors was shot and wounded. Ivan Rios a member of the Lat King Street Gang was at his residence known as 1625 N. Sawyer selling drugs and heard the shooting ar responded over to the vicinity of the crime scene. Rios was subsequently interviewed by Chicago Police at tl crime scene where Douglas' body was lying on the southeast side of North Avenue by the National Gua Armory. Rios told the police he saw 3-4 black men in a car speeding west bound on North Avenue. Rios said I provided the police with his contact information but he was never contacted after that night.

On October 27, 2020, the R/I's attempted to locate Mr. Rios at the above address in Florida. A member of l family advised that Mr. Rios was currently in Chicago. The R/I's provided a contact number and subsequen that evening Mr. Rios contacted the R/I's and agreed to meet in Chicago on October 29, 2020.



# Cook County State's Attorney's Office
## Investigations Bureau

## INVESTIGATIVE REPORT

| IB FILE / CONTROL #: | DOCKET #: | REPO|
|---|---|---|
| 93CR25151 | 93CR25151 | |
| SUBJECT(s) OF INVESTIGATION: | CRIMES #/CL NUMBER: | DATE DRAF |
| JOSE CRUZ | SA-1993-17592 | 11/18/2 |
| SYNOPSIS OF REPORT: | PERIOD COVERED: | INVESTIGATO |
| Defense Witness Interview | 02/07/20 – 10/29/20 | J. Stewart # |

Date Assigned: February 7, 2020

Personnel Assigned: Investigator's James Stewart #524, Ernest Magana #558

On February 7, 2020, the Reporting Investigator (R/I) received a request from Supervisory ASA Carol Rogal Special Litigation Unit to locate and interview Defense Witness Ivan Rios. Ivan Rios had provided an affida dated January 3, 2018, to a Defense Attorney Investigator in Florida regarding his knowledge of events of shooting that occurred on October 6, 1993, at the corner of North Avenue and Kedzie Avenue. Rios had al spoken to a Defense Attorney representing Jose Cruz in this matter.

Due to public health related issues this interview was delayed until such time the Investigators were authorize to travel to Florida in an attempt to interview Mr. Rios on this matter.

The following information was identified through investigative means:

NME: Ivan Rios
LKA: 1625 N. Sawyer, Chicago, IL. 60647
    12212 Fawn Brindle St. Riverview, FL 33578 11734
RCE: M/W-H, DOB: ▇▇/1967, SSN: ▇▇▇▇▇
IR: 764423, SID: IL/25809910, FBI: 656312EA3
Tel.#708-477-1484

On October 6, 1993, the victim Antwane Douglas was shot and killed at the corner of North Avenue and Kedz Avenue. In addition a second victim Vernon Meadors was shot and wounded. Ivan Rios a member of the Lat King Street Gang was at his residence known as 1625 N. Sawyer selling drugs and heard the shooting ar responded over to the vicinity of the crime scene. Rios was subsequently interviewed by Chicago Police at tl crime scene where Douglas' body was lying on the southeast side of North Avenue by the National Gua Armory. Rios told the police he saw 3-4 black men in a car speeding west bound on North Avenue. Rios said I provided the police with his contact information but he was never contacted after that night.

On October 27, 2020, the R/I's attempted to locate Mr. Rios at the above address in Florida. A member of F family advised that Mr. Rios was currently in Chicago. The R/I's provided a contact number and subsequent that evening Mr. Rios contacted the R/I's and agreed to meet in Chicago on October 29, 2020.

File/Control #: 93CR25151

Synopsis: Defense Witness Interview

On October 29, 2020, the R/I's met Mr. Rios in the vicinity of 1625 N. Sawyer to discuss the affidavit and th case.

The following are the non-verbatim statements made by Ivan Rios.

The R/I's showed Mr. Rios the affidavit and he stated yes he was contacted once in Florida and interviewed l a Defense Investigator. Mr. Rios stated he provided him with information from what he stated was to the be of his recollection and he had signed the affidavit.

Mr. Rios stated that he knew Jose Cruz was a Latin King from another neighborhood south of North Avenu Mr. Rios stated what actually happened with him on the night of the shooting that he was in the back all behind his house selling "rock" when he heard the shots ring out and the screams. Mr. Rios thought his broth maybe involved because he wasn't home yet so he (Rios) ran south on Sawyer to North Avenue. As he turne the corner on to North Ave. the funeral home is on the corner and he then stopped at the next building dow Rios stated he then heard the sound of screeching tires. Rios stated he saw the car traveling west bound in tl first lane from the center. Rios stated then he saw a light complected Hispanic male then stick his arm out tl window of the fleeing car and fired a shot at him. Mr. Rios stated he was certain there were two lig complected Hispanic males in the car and both had dark clothing on. Mr. Rios said he dove on the street ar luckily wasn't hit. Mr. Rios stated some neighbors from the building across the street came to his aid to mal sure he was ok. Mr. Rios stated he then went to the area of the National Guard Armory and saw the B/M lyir on the ground and presumed dead. Mr. Rios stated he spoke to the police and gave them the other story abo seeing 3-4 black males in the car. Mr. Rios stated he was very lucky he wasn't shot. Rios again stated that it w two lightly complected Hispanic males in the car not black males that took a shot at him and drove west bour on North Avenue.

Mr. Rios stated he didn't go to the gas station and look at the other victim. Mr. Rios stated he was unawa that a second victim had been shot over by the gas station and he never walked over there. Mr. Rios stated l didn't know who he spoke with as far as the Detectives or police officers investigating this case. Mr. Rios state he was never pressured by the police after the incident or called to testify in court.

Mr. Rios stated that this case was the second shooting of its kind at that gas station that same year 1993, b this one involved the black male who was killed. Mr. Rios thought the other shooting involved a latino kid wl was killed outside the car wash to the gas station.

Mr. Rios had no further information to provide and the interview was concluded.

Investigator's Signature                12-2-2(
                                        Date

Supervisor's Signature    459           12/4/2020
                                        Date

This document is the property of the Cook County State's Attorney's Office Investigations Bureau. It and its contents are confidential and may not be disseminated outside your agency without authorization

Rev. 02/2018     Cruz, Jose v. Guevara, et al. - 23 C 4268, CCSAO_004734     Page 2 of