**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Jose Cruz
                       Plaintiff,

v.                                                      Case No.: 1:23–cv–04268
                                                      Honorable Jeremy C. Daniel

Reynaldo Guevara, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 16, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: The Court appreciates the Officer Defendants' supplemental submission (doc. #[167]). For the sake of precision before the Court enters an order on the Officer Defendants' motion to compel the CCSAO (doc. #[135]), the Court orders the Officer Defendants to submit a status report by noon on 5/17/24 stating whether the CCSAO produced to the Officer Defendants an 11/2/21 email from attorney Swygert to the attorney DeWald of the CCSAO containing information about witness Meadors. The Court's order (doc. #[166]) directing the supplemental submission referred too narrowly to "interview memoranda." The email should not be attached to the status report. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.