IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE CRUZ, | ) | |
| | ) | Case No. 23-cv-4268 |
| Plaintiff, | ) | |
| | ) | Honorable Judge Daniel |
| v. | ) | Magistrate Judge Fuentes |
| | ) | |
| FORMER DETECTIVE REYNALDO GUEVARA, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' STATUS REPORT[1]**

Defendants, by and through their undersigned counsel, and pursuant to this Honorable Court's May 10, 2024 order (Dkt. 165), submit the following Status Report regarding progress toward the closure of fact discovery:

1. **Status of Written Discovery:**

The parties have propounded and answered written discovery. Defendants have issued record subpoenas to the Cook County State's Attorney's Office ("CCSAO"), the Law Office of the Cook County Public Defender ("OCCPD"), the Illinois Department of Corrections, the Cook County Department of Corrections, the Center on Wrongful Convictions ("CWC"), the Clerk of the Illinois First District Appellate Court, the Cook County Medical Examiner, Cermak Health Services of Cook County, Ascension St. Mary's Hospital, and the Illinois Attorney Registration and Disciplinary Commission. Defendants filed Motions to Compel against the CCSAO, OCCPD, and CWC. (Dkt. 133,

---

[1] The parties attempted to work together in good faith to submit a Joint Status Report, but were unable to agree on the contents of the Report. Upon information and belief, Plaintiff will be submitting his own Status Report.

134, and 135.) Defendants also filed a Motion to Release Grand Jury Materials in the Circuit Court of Cook County, Illinois.

The following issues related to written discovery remain outstanding:

- The parties are waiting for the Court to rule on Officer Defendants' Motion to Compel against the CCSAO (Dkt. 135);

- Officer Defendants are waiting for the CCSAO to respond to their second subpoena, served on April 26, 2024. This subpoena seeks documents from the criminal case *People v. Jose Cruz*, No. 93 CR 1347801;

- The parties are waiting for the Circuit Court of Cook County to rule on their Motion to Release Grand Jury Materials. The motion is currently set for oral argument on May 20, 2024;

- Counsel for Officer Defendants and Plaintiff are currently engaged in Local Rule 37.2 discussions regarding Plaintiff's privilege log for documents produced by the CWC and Plaintiff's Answers to Defendant Boris's Second Set of Interrogatories. These issues are not yet ripe for court intervention.

- Plaintiff recently issued written additional discovery requests to the City pertaining to his *Monell* claim. Plaintiff also recently provided additional information regarding forensic testing on CPD's original files for the Douglas homicide, and the City is evaluating Plaintiff's proposal. Any additional *Monell* discovery conducted by Plaintiff may necessitate the City conducting additional discovery in defense of Plaintiff's *Monell* claim and/or amending its Rule 26(a) disclosures.

- Plaintiff identified the individuals mentioned in Plaintiff's Complaint, seemingly 52 individuals, as Plaintiff's Rule 404(b) witnesses. Counsel for Officer Defendants and counsel for Defendant Guevara requested Plaintiff reasonably limit and identify the 404(b) witnesses Plaintiff intends to call for trial. Counsel for Defendant Guevara requested that Plaintiff respond by May 13, 2024, but Plaintiff has not responded to this request.

2. **Status of Oral Discovery:**

The parties have taken the depositions of Defendants Reynaldo Guevara, Robert Boris, Stephen Gawrys, and Robert Rutherford. Defendants anticipate that approximately twenty (20) more depositions are necessary, including the following:

- Plaintiff Jose Cruz;
- Defendants Anthony Wojcik, Anthony Riccio, Edward Mingey, and Edward Maloney;
- Third-party Chicago police officers Maria Soto and K. Fleming;[2]
- Third-party witnesses Pedro Jaramillo, Francisco Valverde, and Ivan Rios;
- Two to three CCSAO prosecutors;
- One or two individuals from the CWC;
- One or two damages witnesses for Plaintiff; and
- Plaintiff's alibi witnesses Luis Tartabu and Luis Rodriguez.

---

[2] On May 9, 2024, Plaintiff requested the deposition of Officer Fleming. The City is working on making contact with him to coordinate his deposition.

Officer Defendants are waiting to receive the documents that are the subject of the Motion to Compel against the CCSAO (Dkt. 135) and the grand jury materials before scheduling the depositions of Defendants Maloney, Wojcik, Riccio, and Mingey.

Defense counsel is also currently conferring with Plaintiff's counsel to schedule the depositions of Pedro Jaramillo and Francisco Valverde, who live near Miami, Florida. Plaintiff has requested the depositions proceed in one day, and Defendants do not agree.

- Plaintiff noticed the deposition of Valverde at 9:30 a.m. and the deposition of Jaramillo to start at 10:30A.M. the same day.
- Defendants appreciate that Plaintiff may only have a few questions for Valverde, but Defendants will also have questions for the witness and cannot complete their questioning of him in the minutes that remain after Plaintiff's questioning, particularly spread across four different sets of Defendants. Further, the deposition of Jaramillo cannot proceed on the same day as Valverde because the deposition Jaramillo could last the full seven hours. Not only is Jaramillo one of the main witnesses Plaintiff is using to support his case, but Jaramillo does not speak English. Accordingly, additional time is needed to accommodate the time for translation.

3. **Defendants' position on an extension of time to complete fact discovery:**

It is Defendants' position that an additional six to nine months are needed to complete fact discovery. This is fairly consistent with Defendants' initial estimate in the August 30, 2023 Joint Status Report that non-*Monell* fact discovery should be completed by October 15, 2024. (*See* Dkt. 42, p. 5.)

| | |
|---|---|
| Date: May 17, 2024 | Respectfully submitted, |
| /s/ William B. Oberts | /s/ Jeffrey C. Grossich |
| WILLIAM B. OBERTS | JEFFREY C. GROSSICH |
| *Special States Attorney for Former ASA Edward Maloney* | *Special Assistant Corporation Counsel for Defendant Officers* |
| William B. Oberts<br>Kevin C. Kirk<br>Oberts Galasso Law Group<br>161 N. Clark Street, Suite 1600<br>Chicago, IL 60601<br>P: (312) 741-1024<br>wboberts@obertsgalasso.com | James G. Sotos<br>Josh M. Engquist<br>Alexis M. Gamboa<br>Jeffrey C. Grossich<br>THE SOTOS LAW FIRM, P.C.<br>141 W. Jackson Blvd, Suite 1240A<br>Chicago, IL 60604<br>P: (630) 735-3300<br>jgrossich@jsotoslaw.com |
| /s/Krystal Gonzalez | /s/Catherine M. Barber |
| KRYSTAL GONZALEZ | CATHERINE M. BARBER |
| *One of the Attorneys for Defendant Guevara* | *One of the Attorneys for Defenant City of Chicago* |
| Steven B. Borkan<br>Timothy P. Scahill<br>Graham P. Miller<br>Emily E. Schnidt<br>Molly Boekeloo<br>Whitney Hutchinson<br>Mischa Itchhaporia<br>Kathryn E. Boyle<br>Krystal Gonzalez<br>Borkan & Scahill, Ltd.<br>20 S. Clark St., Suite 1700<br>Chicago, Illinois 60603<br>P: (312) 580-1030<br>sborkan@borkanscahill.com<br>kgonzalez@borkanscahill.com<br>eschnidt@borkanscahill.com | Eileen E. Rosen<br>Andrew J. Grill<br>Austin G. Rahe<br>Catherine M. Barber<br>Jessica Zehner<br>Lauren M. Ferrise<br>Thereasa B. Carney<br>Rock, Fusco, & Connelly<br>333 W. Wacker Drive, 19th Floor<br>Chicago, IL 60606<br>P: (312) – 494-1000<br>cbarber@rfclaw.com |

5

**CERTIFICATE OF SERVICE**

       I certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that May 17, 2024, I electronically filed the foregoing **Defendants' Status Report** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed in the below service list.

***Attorneys for Plaintiff***
Stuart J. Chanen (Stuart@ChanenOlstein.com)
Ariel Olstein (Ariel@ChanenOlstein.com)
CHANEN & OLSTEIN LLP
7373 Lincoln Ave., Suite 100
Lincolnwood, IL 60712
P: 847-469-4669

Jack Samuel Tenenbaum
Northwestern Pritzker School of Law
375 E. Chicago Ave., Suite 411
Chicago, IL 60611
P: 312-503-4808
s-tenenbaum@law.northwestern.edu

***Attorneys for the City of Chicago***
Eileen E. Rosen (erosen@rfclaw.com)
Andrew J. Grill (agrill@rfclaw.com)
Austin G. Rahe (arahe@rfclaw.com)
Catherine M. Barber (cbarber@rfclaw.com)
Jessica Zehner (jzehner@rfclaw.com)
Lauren M. Ferrise (lferrise@rfclaw.com)
Theresa B. Carney (tcarney@rfclaw.com)
Rock, Fusco & Connelly
333 West Wacker Drive, 19th Floor
Chicago, IL 60606
P: (312) 494-1000

***Attorneys for Reynaldo Guevara***
Steven B. Borkan (Sborkan@borkanscahill.com)
Timothy P. Scahill (tscahill@borkanscahill.com)
Graham P. Miller (gmiller@borkanscahill.com)
Emily E. Schnidt (eschnidt@borkanscahill.com)
Molly Boekeloo (mboekeloo@borkanscahill.com)
Whitney Hutchinson (whutchinson@borkanscahill.com)
Mischa Itchhaporia (mitchhaporia@borkanscahill.com)
Kathryn E. Boyle (kboyle@borkanscahill.com)
Krystal Gonzalez (kgonzalez@borkanscahill.com)
Borkan & Scahill

20 S. Clark Street, Suite 1700
Chicago, IL 60603
P: (312)-580-1030

***Attorneys for Edward Maloney***
William B. Oberts (wboberts@obertsgalasso.com)
Kevin C. Kirk (kckirk@obertsgalasso.com)
Oberts Galasso Law Group.
161 N. Clark Street, Suite 1600
Chicago, IL 60601
P: (312) 741-1024

    /s/ Jeffrey C. Grossich
    JEFFREY C. GROSSICH, Atty. No. 6316511