# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jose Cruz

                Plaintiff,

v.                                                Case No.: 1:23–cv–04268
                                                               Honorable Jeremy C. Daniel

Reynaldo Guevara, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 17, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: The undecided remainder of the Officer Defendants' motion to compel the CCSAO (doc. #[135]) is partially granted and partially denied as follows: (1) the motion is granted as to the ASA Notes and the ASA Trial Preparation Materials, which are to be produced no later than May 31, 2024; (2) the motion is denied as to the CIU Memo; and (3) the motion is denied as to the juvenile records, all for the reasons stated in the accompanying order. Enter Order. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.