IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE CRUZ, ) | |
| ) | Case No. 23-cv-4268 |
| Plaintiff, ) | |
| ) | Honorable Judge Daniel |
| v. ) | Magistrate Judge Fuentes |
| ) | |
| FORMER DETECTIVE REYNALDO ) | |
| GUEVARA, et al., ) | |
| ) | |
| Defendants. ) | |

**OFFICER DEFENDANTS' STATUS REPORT
CONCERNING STATUS OF RULING AND DISCOVERY
OF THE GRAND JURY MATERIALS**

Defendants Stephen Gawrys, Robert Rutherford, Anthony Riccio, Edward Mingey, Anthony Wojcik, Robert Boris, and Geri Lynn Yanow, as Special Representative for Ernest Halvorsen, deceased (collectively, "Officer Defendants"), through their attorneys, The Sotos Law Firm, P.C., and pursuant to this Honorable Court's May 20, 2024 order (Dkt. 175), submit the following status report concerning the status of ruling and discovery of the grand jury materials:

1. On March 8, 2024, Officer Defendants filed their Motion to Release Grand Jury Materials in the Circuit Court of Cook County, Illinois. All Defendants to this cause joined in that Motion, and Plaintiff did not object to the Motion.

2. On March 15, 2024, counsel for Officer Defendants appeared in the Circuit Court of Cook County for presentment of the Motion before Judge Erica Reddick. A representative from the Cook County State's Attorney's Office ("CCSAO") also appeared and requested leave to file a Response based on the CCSAO's objection to the Motion.

Judge Reddick granted the CCSAO leave to file a Response on or before April 15, 2024. Oral argument was set for April 22, 2024.

  3. On April 12, 2024, the CCSAO filed its Response in Opposition to the Motion to Release Grand Jury Materials.

  4. On April 22, 2024, counsel for Officer Defendants appeared in the Circuit Court of Cook County for oral argument on the Motion. Judge Reddick was not present in court, and the matter was reset for oral argument on May 14, 2024.

  5. On May 14, 2024, counsel for Officer Defendants appeared in the Circuit Court of Cook County for oral argument on the Motion. Judge Reddick was present in court and stated that she had not had sufficient time to review the briefing on the Motion. The matter was reset for oral argument on May 16, 2024.

  6. On May 16, 2024, counsel for Officer Defendants appeared in the Circuit Court of Cook County for oral argument on the Motion. Judge Reddick was not present in court, and the matter was reset for oral argument on May 20, 2024.

  7. On May 20, 2024, counsel for Officer Defendants again appeared in the Circuit Court of Cook County for oral argument on the Motion. Counsel for all other parties to this cause were also present in court. After hearing oral argument, Judge Reddick granted the Motion to Release Grand Jury Materials, and ordered the CCSAO to produce the grand jury materials in its possession to the parties in this action no later than May 29, 2024. (*See* Exhibit A, Order Granting Motion.) Additionally, over Officer Defendants' objection, Judge Reddick ordered the movants to agree to a separate

protective order related to the production of the Grand Jury materials produced by the CCSAO. (Exhibit B.)

Date: May 22, 2024                          Respectfully submitted,

/s/ Jeffrey C. Grossich
JEFFREY C. GROSSICH
*Special Assistant Corporation Counsel for Defendant Officers*

James G. Sotos
Josh M. Engquist
Alexis M. Gamboa
Jeffrey C. Grossich
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd, Suite 1240A
Chicago, IL 60604
P: (630) 735-3300
jgrossich@jsotoslaw.com

## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that May 22, 2024, I electronically filed the foregoing **Officer Defendants' Status Report Concerning Status of Ruling and Discovery of the Grand Jury Material**s with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed in the below service list.

***Attorneys for Plaintiff***
Stuart J. Chanen (Stuart@ChanenOlstein.com)
Ariel Olstein (Ariel@ChanenOlstein.com)
CHANEN & OLSTEIN LLP
7373 Lincoln Ave., Suite 100
Lincolnwood, IL 60712
P: 847-469-4669

Jack Samuel Tenenbaum
Northwestern Pritzker School of Law
375 E. Chicago Ave., Suite 411
Chicago, IL 60611
P: 312-503-4808
s-tenenbaum@law.northwestern.edu

***Attorneys for the City of Chicago***
Eileen E. Rosen (erosen@rfclaw.com)
Andrew J. Grill (agrill@rfclaw.com)
Austin G. Rahe (arahe@rfclaw.com)
Catherine M. Barber (cbarber@rfclaw.com)
Jessica Zehner (jzehner@rfclaw.com)
Lauren M. Ferrise (lferrise@rfclaw.com)
Theresa B. Carney (tcarney@rfclaw.com)
Rock, Fusco & Connelly
333 West Wacker Drive, 19th Floor
Chicago, IL 60606
P: (312) 494-1000

***Attorneys for Reynaldo Guevara***
Steven B. Borkan (Sborkan@borkanscahill.com)
Timothy P. Scahill (tscahill@borkanscahill.com)
Graham P. Miller (gmiller@borkanscahill.com)
Emily E. Schnidt (eschnidt@borkanscahill.com)
Molly Boekeloo (mboekeloo@borkanscahill.com)
Whitney Hutchinson (whutchinson@borkanscahill.com)
Mischa Itchhaporia (mitchhaporia@borkanscahill.com)
Kathryn E. Boyle (kboyle@borkanscahill.com)
Krystal Gonzalez (kgonzalez@borkanscahill.com)
Borkan & Scahill

20 S. Clark Street, Suite 1700
Chicago, IL 60603
P: (312)-580-1030

**<u>Attorneys for Edward Maloney</u>**
William B. Oberts (wboberts@obertsgalasso.com)
Kevin C. Kirk (kckirk@obertsgalasso.com)
Oberts Galasso Law Group.
161 N. Clark Street, Suite 1600
Chicago, IL 60601
P: (312) 741-1024

          /s/ Jeffrey C. Grossich
          JEFFREY C. GROSSICH, Atty. No. 6316511