*Cruz v. Guevara, et al.*
Case No.: 23 CV 4268

# EXHIBIT A

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, CRIMINAL DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, ) | |
| ) | |
| Plaintiff, ) | Case No.: 93 CR 25151 |
| ) | |
| v. ) | |
| ) | Hon. Judge Erica L. Reddick |
| JOSE CRUZ, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This cause coming to be heard on Petitioners' Motion to Release Grand Jury Materials in Case No. 93 CR 25151 for the purpose of the federal case, *Jose Cruz v. Reynaldo Guevara, et al.*, U.S. Dist. Ct. Case No. 23-cv-04268 (the "Civil Action"), due notice having been given, and the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

Petitioners' Motion to Release Grand Jury Materials is GRANTED. If the grand jury proceedings have not been transcribed, the Court hereby orders the court reporter to transcribe the proceedings at Petitioners' expense. The Court further orders the Cook County State's Attorney's Office to produce the grand jury materials in its possession, including which only transcripts and exhibits dth dth presented and identified in the proceedings, and subpoenas for individuals who were brought before the grand jury, to the parties in the Civil Action no later than May 29, 2024

ENTERED:

*[signature]* 2008
Circuit Court Judge

ENTERED
MAY 20 2024
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL