*Cruz v. Guevara, et al.*
Case No.: 23 CV 4268

# EXHIBIT B

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, CRIMINAL DIVISION

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS | ) | |
| | ) | No.: 93 CR 25151 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE CRUZ, | ) | Hon. Judge Erica L. Reddick |
| | ) | |
| Defendant, | ) | |
| | ) | |

## PROTECTIVE ORDER FOR GRAND JURY MATERIALS

Jose Cruz (hereinafter "Federal Civil Plaintiff") was charged and convicted under the above captioned case number. His conviction was vacated in 2022. Thereafter, Federal Civil Plaintiff initiated a federal civil rights lawsuit in the Northern District of Illinois against the City of Chicago and various individuals, including Reynaldo Guevara, Anthony Wojcik, Robert Rutherford, Anthony Riccio, Robert Boris, Stephen Gawrys, Edward Mingey, Geri Lynn Yanow (As Special Representative of Ernest Halvorsen, deceased), and Edward Maloney (hereinafter "Federal Civil Defendants"). The federal case number for this lawsuit is 23 cv 4268 (N.D. Ill. 2023).

The Federal Civil Defendants and the Federal Civil Plaintiff filed a motion in this Honorable Court seeking access to all grand jury materials related to the above-captioned criminal case. The Cook County State's Attorney's Office objected.

Having considered the Motion, the Cook County State's Attorney's objection, and the arguments of the parties, this Court grants the Motion via a separate court order subject to this protective order which includes the following conditions:

1. The Cook County State's Attorney's Office shall tender grand jury materials to the parties in the civil case. *as set forth in the separate court order referred to above.*
2. Only the counsel for the parties in the civil case and their staff shall have access to the materials. The parties in the civil case may utilize the materials for discovery and trial as allowed by the Federal Rules of Civil Procedure and the protective order already entered in the federal case, but only as it applies to the federal civil case involving these parties under 23 cv 4268 (N.D. Ill. 2023). The grand jury materials shall not be disclosed directly or indirectly to any other person or entity for any purpose other than those articulated in the Protective Order. No individual should be given access to grand jury materials lightly and all efforts should be made to limit dissemination within the current federal civil case under 23 cv 4268 (N.D. Ill. 2023) within the bounds of all applicable statutes and rules.

1

3. Upon conclusion of the civil litigation, including direct appeals, the grand jury materials disclosed pursuant to this Order must either be returned to the Cook County State's Attorney's Office or destroyed, with proof of the chosen option being served upon the Cook County State's Attorney's Office. This service is to be made physically to the Cook County State's Attorney's Office via mailing or delivery.

4. All persons permitted access to the grand jury materials based upon the Order of release shall be bound by the terms of this Protective Order.

Entered:

*[signature]*

Honorable Erica L Reddick, No. 2038
Presiding Judge, Criminal Division
Circuit Court of Cook County

20 May 2024

ENTERED
MAY 20 2024
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

2