# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jose Cruz

                Plaintiff,

v.                                                  Case No.: 1:23–cv–04268
                                                  Honorable Jeremy C. Daniel

Reynaldo Guevara, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 22, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: On review of the Officer Defendants' status report (doc. #[176]) informing the Court of the Cook County Circuit Court's order granting the Officer Defendants' motion in that court for release of grand jury materials, the Court notes that the CCSAO has been ordered to release to the parties in the instant action the grand jury materials referenced in the Circuit Court's order (doc. #[176]–1) no later than 5/29/24. This action resolves any last vestige of the Officer Defendants' motion to compel the CCSAO (doc. #[135]), which is granted in part as to the foregoing grand jury materials to be produced under the terms of the foregoing Circuit Court order. Further, this Court orders all parties in this action to be bound by the terms of the Circuit Court's protective order (doc. #[176]–2) governing release and handling of such grand jury materials. In view of the Circuit Court's order for production of such grand jury materials, the Court's previous discovery scheduling order (doc. #[175]) stands and is unchanged. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.