# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jose Cruz

                              Plaintiff,

v.                                                         Case No.: 1:23−cv−04268
                                                                    Honorable Jeremy C. Daniel

Reynaldo Guevara, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 14, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Hearing held on plaintiff's motion to compel deposition transcript production (doc. #[195]). For the reasons stated on the record, the motion is granted in part, denied in part, and denied without prejudice in part. Plaintiff's request for all 30(b)(6) deposition transcripts in the matters listed in Request No. 2 is granted. The request for sanctions is denied. The remainder of the motion is denied without prejudice pending further conferral between parties. Plaintiff's counsel is directed to file any additional exhibits used during today's hearing on the docket as soon as possible. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.