**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Jose Cruz
                          Plaintiff,

v.                                                     Case No.: 1:23−cv−04268
                                                        Honorable Georgia N Alexakis

Reynaldo Guevara, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 30, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Telephonic motion hearing held on objection by defendant Guevara and the other officer defendants to the making, by counsel for the Cook County State's Attorney's Office, of in−deposition deliberative process privilege objections to questions posed to deponent and former Cook County Assistant State's Attorney Kevin Byrne. After hearing argument from the officer defendants, joined by Guevara, and from counsel representing the Cook County State's Attorney's Office, the objection is overruled for the reasons stated on the record, and the Cook County State's Attorney's Office is permitted to make such privilege objections in good faith and to instruct not to answer in accord with applicable law. Specific rulings on privilege objections and instructions pertaining to particular deposition questions or answers is reserved. The hearing was held with transcription by a privately retained court reporter. Defendant Guevara is ordered to obtain an expedited copy of the transcript of the hearing and to file it on the public docket as soon as possible. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.