IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE CRUZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 2023 CV 04268 |
| | ) |
| FORMER DETECTIVES REYNALDO GUEVARA, ERNEST HALVORSEN, ANTHONY WOJCIK, KEVIN McDONALD, ROBERT RUTHERFORD, ANTHONY RICCIO, ROBERT BORIS, STEPHEN GAWRYS, SERGEANT EDWARD MINGEY, ASST. COOK COUNTY STATE'S ATTORNEY EDWARD MALONEY and the CITY OF CHICAGO, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF FILING**

To:     Attorneys of Record

     YOU ARE HEREBY NOTIFIED that on September 4, 2024, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Transcript of 8-30-24 Hearing, copy of which is attached hereto.

Steven B. Borkan (6193463)       /s/ Borkan & Scahill, Ltd.
Timothy P. Scahill (6287296)      BORKAN & SCAHILL, LTD.
BORKAN & SCAHILL, LTD.
Two First National Plaza
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030

     I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on September 4, 2024.

                                             /s/ Krystal Gonzalez
                                               Krystal Gonzalez
                                               Special Assistant Corporation Counsel