# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jose Cruz

                Plaintiff,

v.                                                                      Case No.: 1:23−cv−04268
                                                                     Honorable Georgia N Alexakis

Reynaldo Guevara, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 5, 2024:

       MINUTE entry before the Honorable Gabriel A. Fuentes: Plaintiff's motion to quash seven subpoenas served by defendant Guevara on or about 9/3/24 as coming after the 8/30/24 close of written discovery (doc. #[208]) is denied. Assuming as the motion does that written discovery closed on 8/30/24 and that third−party subpoenas are within the definition of written discovery, the exceedance is de minimis enough to cause the Court to conclude, in its substantial discretion to manage discovery, Jones v. City of Elkhart, Ind., 737 F.3d 1107, 1115 (7th Cir. 2013), that allowing these subpoenas will promote the fair and just resolution of the matter. Fed. R. Civ. P. 1. In their upcoming Rule 26(f) conference and report due 9/17/24, the parties should consider all the circumstances in addressing whether fact discovery will close on time on 9/27/24, or whether a reasonably short but sufficient amount of additional time is needed. The Court will have little patience for extended delays due to the late service and slow response time on any of these subpoenas, so Guevara should be arranging now for prompt compliance and/or motion practice. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.