# Catherine M. Barber

| | |
|---|---|
| **From:** | Stuart Chanen <Stuart@ChanenOlstein.com> |
| **Sent:** | Monday, August 12, 2024 1:29 PM |
| **To:** | Catherine M. Barber; Tracy Jones in Orland Park (info@lit3c.com) |
| **Cc:** | Eileen E. Rosen; Theresa B. Carney; Alexis M. Gamboa; Ariel Olstein; Deborah McClain; Josh M. Engquist; Bill Oberts; eschnidt@borkanscahill.com; Andrew Grill; Austin Rahe; Jessica Zehner; gmiller@borkanscahill.com; Lauren Ferrise; sborkan@borkanscahill.com; tscahill@borkanscahill.com; mitchhaporia@borkanscahill.com; mboekeloo@borkanscahill.com; whutchinson@borkanscahill.com; kboyle@borkanscahill.com; Krystal Gonzalez; Kevin Kirk; Kara Hutson; Elva Lopez; elena@borkanscahill.com; kellie@kmlltdlaw.com; Liana Favela; Elise A. Lindsley; Jeffrey C. Grossich; Lisa Meador |
| **Subject:** | RE: Cruz v. Guevara et al., Re: Plaintiff Deposition |

In light of the court hearing conflict, in an attempt to accommodate the Oberts/Galasso firm, and because Mr. Fleming's deposition does not need to be completed until September 27, we will postpone it to a later date. We are available to take his deposition on any of the following days, and it will be an approximately ½ day deposition (approximately 3 hours):

August 15
August 21
August 22 (if Ms. Foxx does not go),
August 27 (if Ms. Monsees does not go)
August 28 (if Mr. Finkle does not go), and
August 29 (if Mr. Byrne does not go)
September 9 (if Ms. McAllister does not go)
September 10
September 11
September 12 (if Mr. Cruz does not go on this date)
September 16 (if Mr. Cruz does not go on this date)
September 17 (if Mr. Cruz does not go on this date); and
September 18 (if Mr. Cruz does not go on this date).

Stuart Chanen

**From:** Catherine M. Barber <cbarber@rfclaw.com>
**Sent:** Monday, August 12, 2024 11:03 AM
**To:** Stuart Chanen <Stuart@ChanenOlstein.com>
**Cc:** Eileen E. Rosen <ERosen@rfclaw.com>; Theresa B. Carney <tcarney@rfclaw.com>; Alexis M. Gamboa <AGamboa@jsotoslaw.com>; Ariel Olstein <Ariel@ChanenOlstein.com>; Deborah McClain <Admin@ChanenOlstein.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Bill Oberts <wboberts@obertsgalasso.com>; eschnidt@borkanscahill.com; Andrew Grill <agrill@rfclaw.com>; Austin Rahe <arahe@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; gmiller@borkanscahill.com; Lauren Ferrise <lferrise@rfclaw.com>; sborkan@borkanscahill.com; tscahill@borkanscahill.com; mitchhaporia@borkanscahill.com; mboekeloo@borkanscahill.com; whutchinson@borkanscahill.com; kboyle@borkanscahill.com; Krystal Gonzalez <kgonzalez@borkanscahill.com>; Kevin Kirk <kckirk@obertsgalasso.com>; Kara Hutson <khutson@rfclaw.com>; Elva Lopez <elopez@rfclaw.com>; elena@borkanscahill.com; kellie@kmlltdlaw.com; Liana Favela

1

<LFavela@borkanscahill.com>; Elise A. Lindsley <elindsley@jsotoslaw.com>; Jeffrey C. Grossich <JGrossich@jsotoslaw.com>; Lisa Meador <lmeador@jsotoslaw.com>
**Subject:** Re: Cruz v. Guevara et al., Re: Plaintiff Deposition

1:00 at our office will not work us. We would like to keep the dep time and location the same. 9:30 in Skokie.

> On Aug 12, 2024, at 10:52 AM, Stuart Chanen <Stuart@chanenolstein.com> wrote:
>
> Eileen, Katie, Theresa,
> I have a scheduling suggestion that I think you may actually like.
> Instead of doing Mr. Fleming's deposition at 9:30 in Skokie, what would you think about doing Fleming's deposition at 1:00 p.m. at your offices? I will finish no later than 6:00, if not before. If that is not of interest, we can leave it at 9:30 in Skokie, but please tell me today so that Ariel and I can separately be prepared to cover both.
> Thank you.
>
> Stuart Chanen
>
> **From:** Stuart Chanen
> **Sent:** Sunday, August 11, 2024 9:18 PM
> **To:** Lisa Meador <LMeador@jsotoslaw.com>
> **Cc:** Alexis M. Gamboa <AGamboa@jsotoslaw.com>; Ariel Olstein <Ariel@ChanenOlstein.com>; Catherine M. Barber <cbarber@rfclaw.com>; Eileen E. Rosen <ERosen@rfclaw.com>; Deborah McClain <Admin@ChanenOlstein.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Bill Oberts <wboberts@obertsgalasso.com>; eschnidt@borkanscahill.com; agrill@rfclaw.com; Austin Rahe <arahe@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; gmiller@borkanscahill.com; lferrise@rfclaw.com; Theresa B. Carney <tcarney@rfclaw.com>; sborkan@borkanscahill.com; tscahill@borkanscahill.com; mitchhaporia@borkanscahill.com; mboekeloo@borkanscahill.com; whutchinson@borkanscahill.com; kboyle@borkanscahill.com; Krystal Gonzalez <kgonzalez@borkanscahill.com>; Kevin Kirk <kckirk@obertsgalasso.com>; Kara Hutson <khutson@rfclaw.com>; Elva Lopez <elopez@rfclaw.com>; elena@borkanscahill.com; kellie@kmlltdlaw.com; Liana Favela <LFavela@borkanscahill.com>; Elise A. Lindsley <elindsley@jsotoslaw.com>; Jeffrey C. Grossich <JGrossich@jsotoslaw.com>
> **Subject:** RE: Cruz v. Guevara et al., Re: Plaintiff Deposition
>
> Lisa, I realize now that I was a little flip in my us of the word "issue" below; sorry about that. If you were referring to _when_ Defendant Wojcik gave his exemplars, we are not at all hung up on when.
> I proposed Aug. 19 because I thought it would be the most convenient location for all involved (several of us will be at Police Headquarters that day), but if it is not, any time on or before August 28 works for us.
>
> Thanks.
>
> Stu

**From:** Stuart Chanen
**Sent:** Sunday, August 11, 2024 11:18 AM
**To:** Lisa Meador <LMeador@jsotoslaw.com>
**Cc:** Alexis M. Gamboa <AGamboa@jsotoslaw.com>; Ariel Olstein <Ariel@ChanenOlstein.com>; Catherine M. Barber <cbarber@rfclaw.com>; Eileen E. Rosen <ERosen@rfclaw.com>; Deborah McClain <Admin@ChanenOlstein.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Bill Oberts <wboberts@obertsgalasso.com>; eschnidt@borkanscahill.com; agrill@rfclaw.com; Austin Rahe <arahe@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; gmiller@borkanscahill.com; lferrise@rfclaw.com; Theresa B. Carney <tcarney@rfclaw.com>; sborkan@borkanscahill.com; tscahill@borkanscahill.com; mitchhaporia@borkanscahill.com; mboekeloo@borkanscahill.com; whutchinson@borkanscahill.com; kboyle@borkanscahill.com; Krystal Gonzalez <kgonzalez@borkanscahill.com>; Kevin Kirk <kckirk@obertsgalasso.com>; Kara Hutson <khutson@rfclaw.com>; Elva Lopez <elopez@rfclaw.com>; elena@borkanscahill.com; kellie@kmlltdlaw.com; Liana Favela <LFavela@borkanscahill.com>; Elise A. Lindsley <elindsley@jsotoslaw.com>; Jeffrey C. Grossich <JGrossich@jsotoslaw.com>
**Subject:** Re: Cruz v. Guevara et al., Re: Plaintiff Deposition

Lisa,

How did the trial go? Welcome back to the real world.

The best days for us are September 12, 13, 16, 17, and 18. If you choose the 12th, we should start at 10:30 a.m. The first time anyone mentioned Labor Day week was August 9, so those three days are already pretty booked with other stuff. Qqq

With respect to the handwriting "issue," there is no issue. The case law says he must give handwriting exemplars. At his dep., he said he was generally available in August. The whole thing should take 30 minutes. Happy to discuss dates, but wrapping it into the document testing on the 19th makes the most sense (if, for no other reason, location). If you disagree, we are happy to pick a date for him to come to Skokie. (Between you and me, he should not have lied so extensively at his deposition.)

Happy to talk today or tomorrow.

Thanks Lisa.

Sent from my iPhone. Please excuse typos.

> On Aug 11, 2024, at 7:48 AM, Lisa Meador <LMeador@jsotoslaw.com> wrote:
>
> Stuart-
>
> Thanks for the dates - I'm actually looking to set plaintiff's deposition by September 6th at the latest. I'm a bit crunched at the end of August due to post-trial motions so I'd like to set it for the week of September 2-6 if

3

possible. Let me know - I can move things around the last week of August as well if that's better on your end.

Also can we talk about the handwriting issue related to Wojcik? I'm trying to get back into the issues and relieve my partners of some things they kindly took on while I was on trial. Maybe Monday afternoon we can chat?

And I know it's Sunday - I'm trying to paddle my way through all the things I've set aside while on trial. Don't feel obligated to respond today.

Thanks!

> On Aug 10, 2024, at 6:06 PM, Stuart Chanen <Stuart@chanenolstein.com> wrote:
>
> CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
>
> Alexis,
> Mr. Cruz and his counsel are available for his deposition on September 12, 13, 16, 17, and 18. If it is on the 12th, it has to be a later start, around 10:30. Will the deposition take place at the Sotos firm?
>
> Stuart Chanen
>
> **From:** Alexis M. Gamboa <AGamboa@jsotoslaw.com>
> **Sent:** Friday, August 9, 2024 3:48 PM
> **To:** Stuart Chanen <Stuart@ChanenOlstein.com>; Ariel Olstein <Ariel@ChanenOlstein.com>
> **Cc:** Catherine M. Barber <cbarber@rfclaw.com>; Eileen E. Rosen <erosen@rfclaw.com>; Deborah McClain <Admin@ChanenOlstein.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Bill Oberts <wboberts@obertsgalasso.com>; eschnidt@borkanscahill.com; agrill@rfclaw.com; Austin Rahe <arahe@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; gmiller@borkanscahill.com; lferrise@rfclaw.com; Theresa B. Carney <tcarney@rfclaw.com>; sborkan@borkanscahill.com; tscahill@borkanscahill.com; mitchhaporia@borkanscahill.com; mboekeloo@borkanscahill.com; whutchinson@borkanscahill.com; kboyle@borkanscahill.com; Krystal Gonzalez <kgonzalez@borkanscahill.com>; Kevin Kirk <kckirk@obertsgalasso.com>; Kara Hutson <khutson@rfclaw.com>; Elva Lopez <elopez@rfclaw.com>; elena@borkanscahill.com; kellie@kmlltdlaw.com; Liana Favela <LFavela@borkanscahill.com>; Wendy Chasteen <wendy@kmlltdlaw.com>; s-

tenenbaum@law.northwestern.edu; Elise A. Lindsley <elindsley@jsotoslaw.com>; Lisa Meador <LMeador@jsotoslaw.com>; Jeffrey C. Grossich <JGrossich@jsotoslaw.com>
**Subject:** RE: Cruz v. Guevara et al., Re: Plaintiff Deposition

Stuart,

Can you please provide us with at least 3 alternative dates for Plaintiff's deposition. Defendants would like to depose Plaintiff no later than the first week of September.

**Alexis M. Gamboa**
The Sotos Law Firm, P.C.
141 W. Jackson Blvd. - Suite 1240A
Chicago, Illinois 60604
(630)735-3316 (direct)
(630) 773-0980 (fax)

*This e-mail, including attachments, is covered by the **Electronic Communications Privacy Act**, 18 U.S.C. 2510-2521. It contains information that is confidential and it may be protected by the attorney/client or other privileges. This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipients. If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at 630-735-3300. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.*

---

**From:** Stuart Chanen <Stuart@ChanenOlstein.com>
**Sent:** Wednesday, August 7, 2024 5:29 PM
**To:** Alexis M. Gamboa <AGamboa@jsotoslaw.com>
**Cc:** Ariel Olstein <Ariel@ChanenOlstein.com>; Catherine M. Barber <cbarber@rfclaw.com>; Eileen E. Rosen <erosen@rfclaw.com>; Deborah McClain <Admin@ChanenOlstein.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Bill Oberts <wboberts@obertsgalasso.com>; eschnidt@borkanscahill.com; agrill@rfclaw.com; Austin Rahe <arahe@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; gmiller@borkanscahill.com; lferrise@rfclaw.com; Theresa B. Carney <tcarney@rfclaw.com>; sborkan@borkanscahill.com; tscahill@borkanscahill.com; mitchhaporia@borkanscahill.com; mboekeloo@borkanscahill.com; whutchinson@borkanscahill.com; kboyle@borkanscahill.com; Krystal Gonzalez <kgonzalez@borkanscahill.com>; Kevin Kirk <kckirk@obertsgalasso.com>; Kara Hutson <khutson@rfclaw.com>; Elva Lopez <elopez@rfclaw.com>; Elena Favela <Elena@borkanscahill.com>; Kellie Voss <Kellie@kmlltdlaw.com>; Liana Favela <LFavela@borkanscahill.com>; Wendy Chasteen <wendy@kmlltdlaw.com>; s-tenenbaum@law.northwestern.edu; Elise A. Lindsley <elindsley@jsotoslaw.com>; Lisa Meador <LMeador@jsotoslaw.com>; Jeffrey C. Grossich <JGrossich@jsotoslaw.com>
**Subject:** Re: Cruz v. Guevara et al., Re: Plaintiff Deposition

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Alexis,
One of your messages was,
"Just following up on this, does the September 13 date work for plaintiff?"

We conflated that request with your repeated request for dates for Jose Cruz.

He is available September 13.
I am also available September 13 to attend the Swygert deposition.

Please let us know what you decide to do with the 13th. We can also speak with Jose about alternative dates.

Stuart

Sent from my iPhone. Please excuse typos.

> On Aug 7, 2024, at 4:17 PM, Alexis M. Gamboa <AGamboa@jsotoslaw.com> wrote:
>
> Stuart,
>
> That date was for the deposition of Greg Swygert.
>
> **Alexis M. Gamboa**
> The Sotos Law Firm, P.C.
> 141 W. Jackson Blvd. - Suite 1240A
> Chicago, Illinois 60604
> (630)735-3316 (direct)
> (630) 773-0980 (fax)
>
> *This e-mail, including attachments, is covered by the **Electronic Communications Privacy Act**, 18 U.S.C. 2510-2521. It contains information that is confidential and it may be protected by the attorney/client or other privileges. This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipients. If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at 630-735-3300. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.*

**From:** Stuart Chanen <Stuart@ChanenOlstein.com>
**Sent:** Wednesday, August 7, 2024 4:16 PM
**To:** Alexis M. Gamboa <AGamboa@jsotoslaw.com>
**Cc:** Ariel Olstein <Ariel@ChanenOlstein.com>; Catherine M. Barber <cbarber@rfclaw.com>; Eileen E. Rosen <erosen@rfclaw.com>; Deborah McClain <Admin@ChanenOlstein.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Bill Oberts <wboberts@obertsgalasso.com>; eschnidt@borkanscahill.com; agrill@rfclaw.com; Austin Rahe <arahe@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; gmiller@borkanscahill.com; lferrise@rfclaw.com; Theresa B. Carney <tcarney@rfclaw.com>; sborkan@borkanscahill.com; tscahill@borkanscahill.com; mitchhaporia@borkanscahill.com; mboekeloo@borkanscahill.com; whutchinson@borkanscahill.com; kboyle@borkanscahill.com; Krystal Gonzalez <kgonzalez@borkanscahill.com>; Kevin Kirk <kckirk@obertsgalasso.com>; Kara Hutson <khutson@rfclaw.com>; Elva Lopez <elopez@rfclaw.com>; Elena Favela <Elena@borkanscahill.com>; Kellie Voss <Kellie@kmlltdlaw.com>; Liana Favela <LFavela@borkanscahill.com>; Wendy Chasteen <wendy@kmlltdlaw.com>; s-tenenbaum@law.northwestern.edu; Elise A. Lindsley <elindsley@jsotoslaw.com>; Lisa Meador <LMeador@jsotoslaw.com>; Jeffrey C. Grossich <JGrossich@jsotoslaw.com>
**Subject:** Re: Cruz v. Guevara et al., Re: Plaintiff Deposition

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

I believe that yesterday Mr. Olstein confirmed September 13, a specific date suggested by Defendants.

Stuart

Sent from my iPhone. Please excuse typos.

On Aug 7, 2024, at 4:10 PM, Alexis M. Gamboa <AGamboa@jsotoslaw.com> wrote:

Stuart and Ariel,

I understand everyone is very busy and there are quite a few emails flying around-but can you please provide us with dates your client is available.

Sincerely,

**Alexis M. Gamboa**
The Sotos Law Firm, P.C.
141 W. Jackson Blvd. - Suite 1240A
Chicago, Illinois 60604
(630)735-3316 (direct)
(630) 773-0980 (fax)

*This e-mail, including attachments, is covered by the **Electronic Communications Privacy Act**, 18 U.S.C. 2510-2521. It contains information that is confidential and it may be protected by the attorney/client or other privileges. This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipients. If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at 630-735-3300. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.*

**From:** Alexis M. Gamboa
**Sent:** Monday, August 5, 2024 9:30 AM
**To:** Stuart Chanen <Stuart@ChanenOlstein.com>; Ariel Olstein <Ariel@ChanenOlstein.com>
**Cc:** Catherine M. Barber <cbarber@rfclaw.com>; Eileen E. Rosen <erosen@rfclaw.com>; Deborah McClain <Admin@ChanenOlstein.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Bill Oberts <wboberts@obertsgalasso.com>; eschnidt@borkanscahill.com; agrill@rfclaw.com; Austin Rahe <arahe@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; gmiller@borkanscahill.com; lferrise@rfclaw.com; Theresa B. Carney

8

<tcarney@rfclaw.com>;
sborkan@borkanscahill.com;
tscahill@borkanscahill.com;
mitchhaporia@borkanscahill.com;
mboekeloo@borkanscahill.com;
whutchinson@borkanscahill.com;
kboyle@borkanscahill.com; Krystal Gonzalez <kgonzalez@borkanscahill.com>; Kevin Kirk <kckirk@obertsgalasso.com>; Kara Hutson <khutson@rfclaw.com>; Elva Lopez <elopez@rfclaw.com>; Elena Favela <Elena@borkanscahill.com>; Kellie Voss <Kellie@kmlltdlaw.com>; Liana Favela <LFavela@borkanscahill.com>; Wendy Chasteen <Wendy@kmlltdlaw.com>; s-tenenbaum@law.northwestern.edu; Elise A. Lindsley <elindsley@jsotoslaw.com>
**Subject:** RE: Cruz v. Guevara et al., Re: Plaintiff Deposition

Good Morning,

Wanted to follow up again, can you please send dates that your client is available today? Thank you.

Sincerely,

**Alexis M. Gamboa**
The Sotos Law Firm, P.C.
141 W. Jackson Blvd. - Suite 1240A
Chicago, Illinois 60604
(630)735-3316 (direct)
(630) 773-0980 (fax)

*This e-mail, including attachments, is covered by the **Electronic Communications Privacy Act**, 18 U.S.C. 2510-2521. It contains information that is confidential and it may be protected by the attorney/client or other privileges. This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipients. If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at 630-735-3300. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.*

---

**From:** Stuart Chanen <Stuart@ChanenOlstein.com>

**Sent:** Wednesday, July 31, 2024 6:34 PM
**To:** Alexis M. Gamboa <AGamboa@jsotoslaw.com>; Ariel Olstein <Ariel@ChanenOlstein.com>
**Cc:** Catherine M. Barber <cbarber@rfclaw.com>; Eileen E. Rosen <erosen@rfclaw.com>; Deborah McClain <Admin@ChanenOlstein.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Bill Oberts <wboberts@obertsgalasso.com>; eschnidt@borkanscahill.com; agrill@rfclaw.com; Austin Rahe <arahe@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; gmiller@borkanscahill.com; lferrise@rfclaw.com; Theresa B. Carney <tcarney@rfclaw.com>; sborkan@borkanscahill.com; tscahill@borkanscahill.com; mitchhaporia@borkanscahill.com; mboekeloo@borkanscahill.com; whutchinson@borkanscahill.com; kboyle@borkanscahill.com; Krystal Gonzalez <kgonzalez@borkanscahill.com>; Kevin Kirk <kckirk@obertsgalasso.com>; Kara Hutson <khutson@rfclaw.com>; Elva Lopez <elopez@rfclaw.com>; Elena Favela <Elena@borkanscahill.com>; Kellie Voss <Kellie@kmlltdlaw.com>; Liana Favela <LFavela@borkanscahill.com>; Wendy Chasteen <Wendy@kmlltdlaw.com>; s-tenenbaum@law.northwestern.edu; Elise A. Lindsley <elindsley@jsotoslaw.com>
**Subject:** RE: Cruz v. Guevara et al., Re: Plaintiff Deposition

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

I'll reach out to him.

Stuart

**From:** Alexis M. Gamboa <AGamboa@jsotoslaw.com>
**Sent:** Wednesday, July 31, 2024 6:12 PM
**To:** Stuart Chanen <Stuart@ChanenOlstein.com>; Ariel Olstein <Ariel@ChanenOlstein.com>
**Cc:** Catherine M. Barber <cbarber@rfclaw.com>; Eileen E. Rosen <erosen@rfclaw.com>; Deborah McClain <Admin@ChanenOlstein.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Bill Oberts <wboberts@obertsgalasso.com>; eschnidt@borkanscahill.com; agrill@rfclaw.com; Austin Rahe <arahe@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; gmiller@borkanscahill.com; lferrise@rfclaw.com; Theresa B. Carney <tcarney@rfclaw.com>; sborkan@borkanscahill.com; tscahill@borkanscahill.com; mitchhaporia@borkanscahill.com; mboekeloo@borkanscahill.com; whutchinson@borkanscahill.com; kboyle@borkanscahill.com; Krystal Gonzalez <kgonzalez@borkanscahill.com>; Kevin Kirk <kckirk@obertsgalasso.com>; Kara Hutson <khutson@rfclaw.com>; Elva Lopez <elopez@rfclaw.com>; Elena Favela <Elena@borkanscahill.com>; Kellie Voss <Kellie@kmlltdlaw.com>; Liana Favela <LFavela@borkanscahill.com>; Wendy Chasteen <Wendy@kmlltdlaw.com>; s-tenenbaum@law.northwestern.edu; Elise A. Lindsley <elindsley@jsotoslaw.com>
**Subject:** RE: Cruz v. Guevara et al., Re: Plaintiff Deposition

Stuart and Ariel,

We wanted to follow up on this- can you please provide us with some dates that work for Plaintiff? Thank you.

Sincerely,

**Alexis M. Gamboa**
The Sotos Law Firm, P.C.
141 W. Jackson Blvd. - Suite 1240A
Chicago, Illinois 60604
(630)735-3316 (direct)
(630) 773-0980 (fax)

*This e-mail, including attachments, is covered by the **Electronic Communications Privacy Act**, 18 U.S.C. 2510-2521. It contains information that is confidential and it may be protected by the attorney/client or other privileges. This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipients. If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at 630-735-3300. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.*

**From:** Alexis M. Gamboa
**Sent:** Sunday, July 28, 2024 6:06 PM
**To:** Stuart Chanen <Stuart@chanenolstein.com>
**Cc:** Catherine M. Barber <cbarber@rfclaw.com>; Eileen E. Rosen <erosen@rfclaw.com>; Deborah McClain <Admin@chanenolstein.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Jeffrey C. Grossich <JGrossich@jsotoslaw.com>; Bill Oberts <wboberts@obertsgalasso.com>; eschnidt@borkanscahill.com; Ariel Olstein <Ariel@chanenolstein.com>; agrill@rfclaw.com; Austin Rahe <arahe@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; gmiller@borkanscahill.com; lferrise@rfclaw.com; Theresa B. Carney <tcarney@rfclaw.com>; sborkan@borkanscahill.com; tscahill@borkanscahill.com; mitchhaporia@borkanscahill.com; mboekeloo@borkanscahill.com; whutchinson@borkanscahill.com; Lisa Meador <LMeador@jsotoslaw.com>; kboyle@borkanscahill.com; Krystal Gonzalez <kgonzalez@borkanscahill.com>; Kevin

Kirk <kckirk@obertsgalasso.com>; Kara Hutson <khutson@rfclaw.com>; Elva Lopez <elopez@rfclaw.com>; Elena Favela <Elena@borkanscahill.com>; Kellie Voss <Kellie@kmlltdlaw.com>; Liana Favela <LFavela@borkanscahill.com>; Wendy Chasteen <Wendy@kmlltdlaw.com>; s-tenenbaum@law.northwestern.edu; Elise A. Lindsley <elindsley@jsotoslaw.com>
**Subject:** Cruz v. Guevara et al., Re: Plaintiff Deposition


Stuart,

Can you please provide us with dates for Plaintiff's deposition?

Sincerely,


**Alexis M. Gamboa**
The Sotos Law Firm, P.C.
141 W. Jackson Blvd. - Suite 1240A
Chicago, Illinois 60604
(630)735-3316 (direct)
(630) 773-0980 (fax)


*This e-mail, including attachments, is covered by the **Electronic Communications Privacy Act**, 18 U.S.C. 2510-2521. It contains information that is confidential and it may be protected by the attorney/client or other privileges. This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipients. If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at 630-735-3300. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.*