UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Jose Cruz

                Plaintiff,

v.                                                      Case No.: 1:23−cv−04268
                                                        Honorable Georgia N Alexakis

Reynaldo Guevara, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 20, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Plaintiff's renewed (doc. #[227]) motion to compel handwriting exemplars from defendant Wojcik (doc. #[215]), on review of the Officer Defendants' response (doc. #[232]), is denied without prejudice and subject to renewal during expert discovery, as the Court exercises its discretion in managing discovery, Jones v. City of Elkhart, Ind., 737 F.3d 1107, 1115 (7th Cir. 2013), in determining that plaintiff should produce more information, before the exemplars are given, about the handwriting expert's procedures and protocols, and that production of such information is better suited for the expert discovery phase in the case. That said, the Court notes that grounds for this denial do not include arguments that Wojcik already testified to what his handwriting was or looked like, and the Court saw no real obstacle to taking the examplars now, other than the Officer Defendants' concern about not having any disclosure concerning procedures and protocols. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.