*Cruz v. Guevara, et al.*
Case No.: 23 CV 4268

# EXHIBIT A

 Outlook

### Re: Cruz v. Guevara, et al

**From** Jeffrey C. Grossich <JGrossich@jsotoslaw.com>
**Date** Wed 9/25/2024 11:02 AM
**To** Stuart Chanen <Stuart@ChanenOlstein.com>; Ariel Olstein <Ariel@ChanenOlstein.com>; Kevin Kirk <kckirk@obertsgalasso.com>; Krystal Gonzalez <kgonzalez@borkanscahill.com>
**Cc** elena@borkanscahill.com <elena@borkanscahill.com>; Deborah McClain <Admin@ChanenOlstein.com>; s-tenenbaum@law.northwestern.edu <s-tenenbaum@law.northwestern.edu>; Bill Oberts <wboberts@obertsgalasso.com>; Eileen E. Rosen <erosen@rfclaw.com>; agrill@rfclaw.com <agrill@rfclaw.com>; Austin Rahe <arahe@rfclaw.com>; Catherine M. Barber <cbarber@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; lferrise@rfclaw.com <lferrise@rfclaw.com>; Theresa B. Carney <tcarney@rfclaw.com>; Kara Hutson <khutson@rfclaw.com>; Jim Sotos <JSotos@jsotoslaw.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Lisa Meador <LMeador@jsotoslaw.com>; Caroline P. Golden <CGolden@jsotoslaw.com>; Alexis M. Gamboa <AGamboa@jsotoslaw.com>; Elise A. Lindsley <elindsley@jsotoslaw.com>; David A. Brueggen <DBrueggen@jsotoslaw.com>; tscahill@borkanscahill.com <tscahill@borkanscahill.com>

Stuart,

Respectfully, you've known for weeks that Defendants would be seeking an extension of time. We have discussed it several times. We also put it in Defendants' Status Report (Dkt. 231), which described in detail the remaining fact discovery that Defendants seek to complete.

We have tried to get you a draft of the motion for extension as quickly as possible. But as you know, up until about 11:00 AM yesterday, I was planning on traveling to Tampa for Mr. Rios's deposition. That, along with the multiple other briefs we had to get on file in the last few days (Response to the CCSAO's Motion to Quash, Response to Plaintiff's Motion to Compel Handwriting Exemplars, etc.) prevented us from getting you the Motion for Extension of Time any earlier.

The other defense attorneys and I also have pressing deadlines in other cases besides this one. I'm sure you and Ariel, as busy lawyers, can understand.

Thank you for agreeing to send us your draft.

Jeff

**Jeffrey C. Grossich**
The Sotos Law Firm, P.C.
141 W. Jackson Boulevard, Suite 1240A
Chicago, Illinois 60604
Direct Line: (630) 735-3319

This e-mail, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information that is confidential and it may be protected by the attorney/client or other privileges. This e-mail, including attachments, consitutes non-public information intended to be conveyed only to the designated recipients. If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at 630-735-3300. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.

---

**From:** Stuart Chanen <Stuart@ChanenOlstein.com>
**Sent:** Wednesday, September 25, 2024 10:47 AM
**To:** Jeffrey C. Grossich <JGrossich@jsotoslaw.com>; Ariel Olstein <Ariel@ChanenOlstein.com>; Kevin Kirk <kckirk@obertsgalasso.com>; Krystal Gonzalez <kgonzalez@borkanscahill.com>
**Cc:** elena@borkanscahill.com <elena@borkanscahill.com>; Deborah McClain <Admin@ChanenOlstein.com>; s-tenenbaum@law.northwestern.edu <s-tenenbaum@law.northwestern.edu>; Bill Oberts <wboberts@obertsgalasso.com>; Eileen E. Rosen <erosen@rfclaw.com>; agrill@rfclaw.com <agrill@rfclaw.com>; Austin Rahe <arahe@rfclaw.com>; Catherine M. Barber <cbarber@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; lferrise@rfclaw.com <lferrise@rfclaw.com>; Theresa B. Carney <tcarney@rfclaw.com>; Kara Hutson <khutson@rfclaw.com>; Jim Sotos <JSotos@jsotoslaw.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Lisa Meador <LMeador@jsotoslaw.com>; Caroline P. Golden <CGolden@jsotoslaw.com>; Alexis M. Gamboa <AGamboa@jsotoslaw.com>; Elise A. Lindsley <elindsley@jsotoslaw.com>; David A. Brueggen <DBrueggen@jsotoslaw.com>; tscahill@borkanscahill.com <tscahill@borkanscahill.com>; eschnidt@borkanscahill.com <eschnidt@borkanscahill.com>; kellie@kmlltdlaw.com <kellie@kmlltdlaw.com>; Matthew J. Daley <mdaley@omfmlaw.com>; Mike McGrath <mmcgrath@omfmlaw.com>; DAVID ADELMAN <David.Adelman@cookcountysao.org>
**Subject:** RE: Cruz v. Guevara, et al

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Jeff, you told us for the first time yesterday at 4:13 that you would be seeking an extension, and you sent us a draft this morning at 8 a.m., which Ariel did not see until 9:00 a.m., and I did not see in California until 9:15 Central time, leaving us precisely 2 hours and 45 minutes to come up with a written response, which we are working on right now. There will not be any time for additional referral. I wrote to you yesterday several of the reasons that we oppose your motion. Given the complete failure to give us any notice of this – even though the Court set today's deadline, I believe, more than a week ago, this "conferral" will have to suffice.

You will get our written response as an edit to your "draft" in 1 hour. Please file it promptly.

Stuart Chanen

---

**From:** Jeffrey C. Grossich <JGrossich@jsotoslaw.com>
**Sent:** Wednesday, September 25, 2024 10:28 AM
**To:** Ariel Olstein <Ariel@ChanenOlstein.com>; Kevin Kirk <kckirk@obertsgalasso.com>; Stuart Chanen <Stuart@ChanenOlstein.com>; Krystal Gonzalez <kgonzalez@borkanscahill.com>
**Cc:** elena@borkanscahill.com; Deborah McClain <Admin@ChanenOlstein.com>; s-tenenbaum@law.northwestern.edu; Bill Oberts <wboberts@obertsgalasso.com>; Eileen E. Rosen <erosen@rfclaw.com>; agrill@rfclaw.com; Austin Rahe <arahe@rfclaw.com>; Catherine M. Barber <cbarber@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; lferrise@rfclaw.com; Theresa B. Carney <tcarney@rfclaw.com>; Kara Hutson <khutson@rfclaw.com>; Jim Sotos <JSotos@jsotoslaw.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Lisa Meador <LMeador@jsotoslaw.com>; Caroline P. Golden

&lt;CGolden@jsotoslaw.com&gt;; Alexis M. Gamboa &lt;AGamboa@jsotoslaw.com&gt;; Elise A. Lindsley &lt;elindsley@jsotoslaw.com&gt;; David A. Brueggen &lt;DBrueggen@jsotoslaw.com&gt;; tscahill@borkanscahill.com; eschnidt@borkanscahill.com; kellie@kmlltdlaw.com; Matthew J. Daley &lt;mdaley@omfmlaw.com&gt;; Mike McGrath &lt;mmcgrath@omfmlaw.com&gt;; DAVID ADELMAN &lt;David.Adelman@cookcountysao.org&gt;
**Subject:** Re: Cruz v. Guevara, et al

Stuart and Ariel,

I called you both last night and this morning and left messages. I also texted Stuart and I have not heard back from you. We want to include Plaintiff's position in the Motion for Extension so we can comply with the court's order. If I don't hear back from you in the next hour, we will have to file the Motion as-is and note that we were unable to confer.

Jeff


**Jeffrey C. Grossich**
The Sotos Law Firm, P.C.
141 W. Jackson Boulevard, Suite 1240A
Chicago, Illinois 60604
Direct Line: (630) 735-3319


This e-mail, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information that is confidential and it may be protected by the attorney/client or other privileges. This e-mail, including attachments, consitutes non-public information intended to be conveyed only to the designated recipients. If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at 630-735-3300. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.

---

**From:** Jeffrey C. Grossich &lt;JGrossich@jsotoslaw.com&gt;
**Sent:** Wednesday, September 25, 2024 7:56 AM
**To:** Ariel Olstein &lt;Ariel@ChanenOlstein.com&gt;; Kevin Kirk &lt;kckirk@obertsgalasso.com&gt;; Stuart Chanen &lt;Stuart@ChanenOlstein.com&gt;; Krystal Gonzalez &lt;kgonzalez@borkanscahill.com&gt;
**Cc:** elena@borkanscahill.com &lt;elena@borkanscahill.com&gt;; Deborah McClain &lt;Admin@ChanenOlstein.com&gt;; s-tenenbaum@law.northwestern.edu &lt;s-tenenbaum@law.northwestern.edu&gt;; Bill Oberts &lt;wboberts@obertsgalasso.com&gt;; Eileen E. Rosen &lt;erosen@rfclaw.com&gt;; agrill@rfclaw.com &lt;agrill@rfclaw.com&gt;; Austin Rahe &lt;arahe@rfclaw.com&gt;; Catherine M. Barber &lt;cbarber@rfclaw.com&gt;; Jessica Zehner &lt;jzehner@rfclaw.com&gt;; lferrise@rfclaw.com &lt;lferrise@rfclaw.com&gt;; Theresa B. Carney &lt;tcarney@rfclaw.com&gt;; Kara Hutson &lt;khutson@rfclaw.com&gt;; Jim Sotos &lt;JSotos@jsotoslaw.com&gt;; Josh M. Engquist &lt;JEngquist@jsotoslaw.com&gt;; Lisa Meador &lt;LMeador@jsotoslaw.com&gt;; Caroline P. Golden &lt;CGolden@jsotoslaw.com&gt;; Alexis M. Gamboa &lt;AGamboa@jsotoslaw.com&gt;; Elise A. Lindsley &lt;elindsley@jsotoslaw.com&gt;; David A. Brueggen &lt;DBrueggen@jsotoslaw.com&gt;; tscahill@borkanscahill.com &lt;tscahill@borkanscahill.com&gt;; eschnidt@borkanscahill.com &lt;eschnidt@borkanscahill.com&gt;; kellie@kmlltdlaw.com &lt;kellie@kmlltdlaw.com&gt;; Matthew J. Daley &lt;mdaley@omfmlaw.com&gt;; Mike McGrath &lt;mmcgrath@omfmlaw.com&gt;; DAVID ADELMAN &lt;David.Adelman@cookcountysao.org&gt;
**Subject:** Re: Cruz v. Guevara, et al

Good Morning, Stuart and Ariel,

Attached is Defendants' draft Motion for Extension of Time.

The court's order says it should be "a consolidated motion of no more than 25 pages after conferral, with all parties including their respective positions on contested aspects of any proposed extension."

Can you please add Plaintiff's position?

We need to file this by noon today.

Thank you.

Jeff


**Jeffrey C. Grossich**
The Sotos Law Firm, P.C.
141 W. Jackson Boulevard, Suite 1240A
Chicago, Illinois 60604
Direct Line: (630) 735-3319

This e-mail, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information that is confidential and it may be protected by the attorney/client or other privileges. This e-mail, including attachments, consitutes non-public information intended to be conveyed only to the designated recipients. If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at 630-735-3300. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.

---

**From:** Jeffrey C. Grossich <JGrossich@jsotoslaw.com>
**Sent:** Tuesday, September 24, 2024 4:12 PM
**To:** Ariel Olstein <Ariel@ChanenOlstein.com>; Kevin Kirk <kckirk@obertsgalasso.com>; Stuart Chanen <Stuart@ChanenOlstein.com>; Krystal Gonzalez <kgonzalez@borkanscahill.com>
**Cc:** elena@borkanscahill.com <elena@borkanscahill.com>; Deborah McClain <Admin@ChanenOlstein.com>; s-tenenbaum@law.northwestern.edu <s-tenenbaum@law.northwestern.edu>; Bill Oberts <wboberts@obertsgalasso.com>; Eileen E. Rosen <erosen@rfclaw.com>; agrill@rfclaw.com <agrill@rfclaw.com>; Austin Rahe <arahe@rfclaw.com>; Catherine M. Barber <cbarber@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; lferrise@rfclaw.com <lferrise@rfclaw.com>; Theresa B. Carney <tcarney@rfclaw.com>; Kara Hutson <khutson@rfclaw.com>; Jim Sotos <JSotos@jsotoslaw.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Lisa Meador <LMeador@jsotoslaw.com>; Caroline P. Golden <CGolden@jsotoslaw.com>; Alexis M. Gamboa <AGamboa@jsotoslaw.com>; Elise A. Lindsley <elindsley@jsotoslaw.com>; David A. Brueggen <DBrueggen@jsotoslaw.com>; tscahill@borkanscahill.com <tscahill@borkanscahill.com>; eschnidt@borkanscahill.com <eschnidt@borkanscahill.com>; kellie@kmlltdlaw.com <kellie@kmlltdlaw.com>; Matthew J. Daley <mdaley@omfmlaw.com>; Mike McGrath <mmcgrath@omfmlaw.com>; DAVID ADELMAN <David.Adelman@cookcountysao.org>
**Subject:** Re: Cruz v. Guevara, et al

Stuart and Ariel,

I called you both and it went to voicemail.

Defendants intend to file a motion by noon tomorrow requesting a 45-day extension of time (until November 11, 2024) to complete fact discovery. Please let us know Plaintiff's position.

Jeff


**Jeffrey C. Grossich**
The Sotos Law Firm, P.C.
141 W. Jackson Boulevard, Suite 1240A
Chicago, Illinois 60604
Direct Line: (630) 735-3319


This e-mail, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information that is confidential and it may be protected by the attorney/client or other privileges.  This e-mail, including attachments, consitutes non-public information intended to be conveyed only to the designated recipients.  If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at 630-735-3300.  The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.

---

**From:** Jeffrey C. Grossich <JGrossich@jsotoslaw.com>
**Sent:** Tuesday, September 24, 2024 11:02 AM
**To:** Ariel Olstein <Ariel@ChanenOlstein.com>; Kevin Kirk <kckirk@obertsgalasso.com>; Stuart Chanen <Stuart@ChanenOlstein.com>; Krystal Gonzalez <kgonzalez@borkanscahill.com>
**Cc:** elena@borkanscahill.com <elena@borkanscahill.com>; Deborah McClain <Admin@ChanenOlstein.com>; s-tenenbaum@law.northwestern.edu <s-tenenbaum@law.northwestern.edu>; Bill Oberts <wboberts@obertsgalasso.com>; Eileen E. Rosen <erosen@rfclaw.com>; agrill@rfclaw.com <agrill@rfclaw.com>; Austin Rahe <arahe@rfclaw.com>; Catherine M. Barber <cbarber@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; lferrise@rfclaw.com <lferrise@rfclaw.com>; Theresa B. Carney <tcarney@rfclaw.com>; Kara Hutson <khutson@rfclaw.com>; Jim Sotos <JSotos@jsotoslaw.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Lisa Meador <LMeador@jsotoslaw.com>; Caroline P. Golden <CGolden@jsotoslaw.com>; Alexis M. Gamboa <AGamboa@jsotoslaw.com>; Elise A. Lindsley <elindsley@jsotoslaw.com>; David A. Brueggen <DBrueggen@jsotoslaw.com>; tscahill@borkanscahill.com <tscahill@borkanscahill.com>; eschnidt@borkanscahill.com <eschnidt@borkanscahill.com>; kellie@kmlltdlaw.com <kellie@kmlltdlaw.com>; Matthew J. Daley <mdaley@omfmlaw.com>; Mike McGrath <mmcgrath@omfmlaw.com>; DAVID ADELMAN <David.Adelman@cookcountysao.org>
**Subject:** Re: Cruz v. Guevara, et al

Ariel,

As we just discussed, because of the hurricane that is predicted to hit the Tampa area in the next couple of days, we agreed to reschedule the deposition of Ivan Rios.  You said that, given the circumstances, you would not object to rescheduling Mr. Rios's deposition for a date after the current deadline for completion of fact discovery.

Dates that work for me are 10/07, 10/14-10/18, and 10/28-11/01. We will reach out to Mr. Rios and see when he is available.

Jeff

**Jeffrey C. Grossich**
The Sotos Law Firm, P.C.
141 W. Jackson Boulevard, Suite 1240A
Chicago, Illinois 60604
Direct Line: (630) 735-3319

This e-mail, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information that is confidential and it may be protected by the attorney/client or other privileges. This e-mail, including attachments, consitutes non-public information intended to be conveyed only to the designated recipients. If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at 630-735-3300. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.

**From:** Jeffrey C. Grossich <JGrossich@jsotoslaw.com>
**Sent:** Monday, September 23, 2024 10:10 PM
**To:** Ariel Olstein <Ariel@ChanenOlstein.com>; Kevin Kirk <kckirk@obertsgalasso.com>; Stuart Chanen <Stuart@ChanenOlstein.com>; Krystal Gonzalez <kgonzalez@borkanscahill.com>
**Cc:** elena@borkanscahill.com <elena@borkanscahill.com>; Deborah McClain <Admin@ChanenOlstein.com>; s-tenenbaum@law.northwestern.edu <s-tenenbaum@law.northwestern.edu>; Bill Oberts <wboberts@obertsgalasso.com>; Eileen E. Rosen <erosen@rfclaw.com>; agrill@rfclaw.com <agrill@rfclaw.com>; Austin Rahe <arahe@rfclaw.com>; Catherine M. Barber <cbarber@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; lferrise@rfclaw.com <lferrise@rfclaw.com>; Theresa B. Carney <tcarney@rfclaw.com>; Kara Hutson <khutson@rfclaw.com>; Jim Sotos <JSotos@jsotoslaw.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Lisa Meador <LMeador@jsotoslaw.com>; Caroline P. Golden <CGolden@jsotoslaw.com>; Alexis M. Gamboa <AGamboa@jsotoslaw.com>; Elise A. Lindsley <elindsley@jsotoslaw.com>; David A. Brueggen <DBrueggen@jsotoslaw.com>; tscahill@borkanscahill.com <tscahill@borkanscahill.com>; eschnidt@borkanscahill.com <eschnidt@borkanscahill.com>; kellie@kmlltdlaw.com <kellie@kmlltdlaw.com>; Matthew J. Daley <mdaley@omfmlaw.com>; Mike McGrath <mmcgrath@omfmlaw.com>; DAVID ADELMAN <David.Adelman@cookcountysao.org>
**Subject:** Re: Cruz v. Guevara, et al

Ariel,

Mr. Rios texted me tonight and said he will be back in the Tampa area tomorrow and will be at his deposition on Wednesday morning. I'm planning on traveling to Tampa tomorrow evening. I will let you know if anything changes.

Jeff


**Jeffrey C. Grossich**
The Sotos Law Firm, P.C.
141 W. Jackson Boulevard, Suite 1240A
Chicago, Illinois 60604
Direct Line: (630) 735-3319

This e-mail, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information that is confidential and it may be protected by the attorney/client or other privileges. This e-mail, including attachments, consituites non-public information intended to be conveyed only to the designated recipients. If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at 630-735-3300. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.

**From:** Ariel Olstein <Ariel@ChanenOlstein.com>
**Sent:** Monday, September 23, 2024 9:09 PM
**To:** Jeffrey C. Grossich <JGrossich@jsotoslaw.com>; Kevin Kirk <kckirk@obertsgalasso.com>; Stuart Chanen <Stuart@ChanenOlstein.com>; Krystal Gonzalez <kgonzalez@borkanscahill.com>
**Cc:** elena@borkanscahill.com <elena@borkanscahill.com>; Deborah McClain <Admin@ChanenOlstein.com>; s-tenenbaum@law.northwestern.edu <s-tenenbaum@law.northwestern.edu>; Bill Oberts <wboberts@obertsgalasso.com>; Eileen E. Rosen <erosen@rfclaw.com>; agrill@rfclaw.com <agrill@rfclaw.com>; Austin Rahe <arahe@rfclaw.com>; Catherine M. Barber <cbarber@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; lferrise@rfclaw.com <lferrise@rfclaw.com>; Theresa B. Carney <tcarney@rfclaw.com>; Kara Hutson <khutson@rfclaw.com>; Jim Sotos <JSotos@jsotoslaw.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Lisa Meador <LMeador@jsotoslaw.com>; Caroline P. Golden <CGolden@jsotoslaw.com>; Alexis M. Gamboa <AGamboa@jsotoslaw.com>; Elise A. Lindsley <elindsley@jsotoslaw.com>; David A. Brueggen <DBrueggen@jsotoslaw.com>; tscahill@borkanscahill.com <tscahill@borkanscahill.com>; eschnidt@borkanscahill.com <eschnidt@borkanscahill.com>; kellie@kmlltdlaw.com <kellie@kmlltdlaw.com>; Matthew J. Daley <mdaley@omfmlaw.com>; Mike McGrath <mmcgrath@omfmlaw.com>; DAVID ADELMAN <David.Adelman@cookcountysao.org>
**Subject:** Re: Cruz v. Guevara, et al

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Jeff,

I also tried to reach out to Mr. Rios today but received no response.

Given the travel involved, and Mr. Rios telling Alexis he won't be in Tampa, I don't think it makes sense to proceed with this deposition unless you can reach Mr. Rios early tomorrow morning and get confirmation that he will be at the deposition.

So, please let us know tomorrow, as early as possible, whether you were able to reach Rios and confirm his attendance.

If we get through, we will let you know the same.


Best,
Ariel
C: 847-361-3526


Please excuse typos. Sent via mobile phone.

Sent from my T-Mobile 5G Device
Get Outlook for Android

---

**From:** Jeffrey C. Grossich <JGrossich@jsotoslaw.com>
**Sent:** Monday, September 23, 2024 5:23:43 PM
**To:** Kevin Kirk <kckirk@obertsgalasso.com>; Ariel Olstein <Ariel@ChanenOlstein.com>; Stuart Chanen <Stuart@ChanenOlstein.com>; Krystal Gonzalez <kgonzalez@borkanscahill.com>
**Cc:** elena@borkanscahill.com <elena@borkanscahill.com>; Deborah McClain <Admin@ChanenOlstein.com>; s-tenenbaum@law.northwestern.edu <s-tenenbaum@law.northwestern.edu>; Bill Oberts <wboberts@obertsgalasso.com>; Eileen E. Rosen <erosen@rfclaw.com>; agrill@rfclaw.com <agrill@rfclaw.com>; Austin Rahe <arahe@rfclaw.com>; Catherine M. Barber <cbarber@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; lferrise@rfclaw.com <lferrise@rfclaw.com>; Theresa B. Carney <tcarney@rfclaw.com>; Kara Hutson <khutson@rfclaw.com>; Jim Sotos <JSotos@jsotoslaw.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Lisa Meador <LMeador@jsotoslaw.com>; Caroline P. Golden <CGolden@jsotoslaw.com>; Alexis M. Gamboa <AGamboa@jsotoslaw.com>; Elise A. Lindsley <elindsley@jsotoslaw.com>; David A. Brueggen <DBrueggen@jsotoslaw.com>; tscahill@borkanscahill.com <tscahill@borkanscahill.com>; eschnidt@borkanscahill.com <eschnidt@borkanscahill.com>; kellie@kmlltdlaw.com <kellie@kmlltdlaw.com>; Matthew J. Daley <mdaley@omfmlaw.com>; Mike McGrath <mmcgrath@omfmlaw.com>; DAVID ADELMAN <David.Adelman@cookcountysao.org>
**Subject:** Re: Cruz v. Guevara, et al

Good Evening,

Today, Alexis Gamboa from our firm spoke with Ivan Rios on the phone. Mr. Rios said he is out of town and will not be back in the Tampa area until 9:30 PM on Wednesday. Obviously, that would mean his deposition would not go forward.

I called Mr. Rios and left a message and sent him a text but have receive no response.

As of right now, I'm still planning on traveling to Tampa tomorrow evening and being present at the Hilton Garden Inn on Wednesday. If those plans change, I will let you know.

Jeff


**Jeffrey C. Grossich**
The Sotos Law Firm, P.C.
141 W. Jackson Boulevard, Suite 1240A
Chicago, Illinois 60604
Direct Line: (630) 735-3319

This e-mail, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information that is confidential and it may be protected by the attorney/client or other privileges. This e-mail, including attachments, consitutes non-public information intended to be conveyed only to the designated recipients. If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at 630-735-3300. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.

**From:** Kevin Kirk <kckirk@obertsgalasso.com>
**Sent:** Monday, September 23, 2024 11:50 AM
**To:** Jeffrey C. Grossich <JGrossich@jsotoslaw.com>; Ariel Olstein <Ariel@ChanenOlstein.com>; Stuart Chanen <Stuart@ChanenOlstein.com>; Krystal Gonzalez <kgonzalez@borkanscahill.com>
**Cc:** elena@borkanscahill.com <elena@borkanscahill.com>; Deborah McClain <Admin@ChanenOlstein.com>; s-tenenbaum@law.northwestern.edu <s-tenenbaum@law.northwestern.edu>; Bill Oberts <wboberts@obertsgalasso.com>; Eileen E. Rosen <erosen@rfclaw.com>; agrill@rfclaw.com <agrill@rfclaw.com>; Austin Rahe <arahe@rfclaw.com>; Catherine M. Barber <cbarber@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; lferrise@rfclaw.com <lferrise@rfclaw.com>; Theresa B. Carney <tcarney@rfclaw.com>; Kara Hutson <khutson@rfclaw.com>; Jim Sotos <JSotos@jsotoslaw.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Lisa Meador <LMeador@jsotoslaw.com>; Caroline P. Golden <CGolden@jsotoslaw.com>; Alexis M. Gamboa <AGamboa@jsotoslaw.com>; Elise A. Lindsley <elindsley@jsotoslaw.com>; David A. Brueggen <DBrueggen@jsotoslaw.com>; tscahill@borkanscahill.com <tscahill@borkanscahill.com>; eschnidt@borkanscahill.com <eschnidt@borkanscahill.com>; kellie@kmlltdlaw.com <kellie@kmlltdlaw.com>; Matthew J. Daley <mdaley@omfmlaw.com>; Mike McGrath <mmcgrath@omfmlaw.com>; DAVID ADELMAN <David.Adelman@cookcountysao.org>
**Subject:** RE: Cruz v. Guevara, et al

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Hi Jeff,

On a related topic, can you forward the zoom info for Rio's deposition for those of us not traveling to Tampa?

Kevin C. Kirk
Associate



Oberts Galasso Law Group
161 N. Clark St. Suite 1600
Chicago, IL  60601
kckirk@obertsgalasso.com

PLEASE NOTE:
Service Per IL Sup Ct Rule 11
Is accepted at docket@obertsgalasso.com

**From:** Jeffrey C. Grossich <JGrossich@jsotoslaw.com>
**Sent:** Monday, September 23, 2024 11:43 AM

**To:** Ariel Olstein <Ariel@ChanenOlstein.com>; Stuart Chanen <Stuart@ChanenOlstein.com>; Krystal Gonzalez <kgonzalez@borkanscahill.com>
**Cc:** Kevin Kirk <kckirk@obertsgalasso.com>; elena@borkanscahill.com; Deborah McClain <Admin@ChanenOlstein.com>; s-tenenbaum@law.northwestern.edu; Bill Oberts <wboberts@obertsgalasso.com>; Eileen E. Rosen <erosen@rfclaw.com>; agrill@rfclaw.com; Austin Rahe <arahe@rfclaw.com>; Catherine M. Barber <cbarber@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; lferrise@rfclaw.com; Theresa B. Carney <tcarney@rfclaw.com>; Kara Hutson <khutson@rfclaw.com>; Jim Sotos <JSotos@jsotoslaw.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Lisa Meador <LMeador@jsotoslaw.com>; Caroline P. Golden <CGolden@jsotoslaw.com>; Alexis M. Gamboa <AGamboa@jsotoslaw.com>; Elise A. Lindsley <elindsley@jsotoslaw.com>; David A. Brueggen <DBrueggen@jsotoslaw.com>; tscahill@borkanscahill.com; eschnidt@borkanscahill.com; kellie@kmlltdlaw.com; Matthew J. Daley <mdaley@omfmlaw.com>; Mike McGrath <mmcgrath@omfmlaw.com>; DAVID ADELMAN <David.Adelman@cookcountysao.org>
**Subject:** Re: Cruz v. Guevara, et al

Great, thank you.

**Jeffrey C. Grossich**
The Sotos Law Firm, P.C.
141 W. Jackson Boulevard, Suite 1240A
Chicago, Illinois 60604
Direct Line: (630) 735-3319

This e-mail, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information that is confidential and it may be protected by the attorney/client or other privileges. This e-mail, including attachments, consitutes non-public information intended to be conveyed only to the designated recipients. If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at 630-735-3300. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.

---

**From:** Ariel Olstein <Ariel@ChanenOlstein.com>
**Sent:** Monday, September 23, 2024 11:31 AM
**To:** Jeffrey C. Grossich <JGrossich@jsotoslaw.com>; Stuart Chanen <Stuart@ChanenOlstein.com>; Krystal Gonzalez <kgonzalez@borkanscahill.com>
**Cc:** Kevin Kirk <kckirk@obertsgalasso.com>; elena@borkanscahill.com <elena@borkanscahill.com>; Deborah McClain <Admin@ChanenOlstein.com>; s-tenenbaum@law.northwestern.edu <s-tenenbaum@law.northwestern.edu>; Bill Oberts <wboberts@obertsgalasso.com>; Eileen E. Rosen <erosen@rfclaw.com>; agrill@rfclaw.com <agrill@rfclaw.com>; Austin Rahe <arahe@rfclaw.com>; Catherine M. Barber <cbarber@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; lferrise@rfclaw.com <lferrise@rfclaw.com>; Theresa B. Carney <tcarney@rfclaw.com>; Kara Hutson <khutson@rfclaw.com>; Jim Sotos <JSotos@jsotoslaw.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Lisa Meador <LMeador@jsotoslaw.com>; Caroline P. Golden <CGolden@jsotoslaw.com>; Alexis M. Gamboa <AGamboa@jsotoslaw.com>; Elise A. Lindsley <elindsley@jsotoslaw.com>; David A. Brueggen <DBrueggen@jsotoslaw.com>; tscahill@borkanscahill.com <tscahill@borkanscahill.com>; eschnidt@borkanscahill.com <eschnidt@borkanscahill.com>; kellie@kmlltdlaw.com <kellie@kmlltdlaw.com>; Matthew J. Daley <mdaley@omfmlaw.com>; Mike McGrath <mmcgrath@omfmlaw.com>; DAVID ADELMAN <David.Adelman@cookcountysao.org>
**Subject:** Re: Cruz v. Guevara, et al

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Jeff,

We have no objection to you participating by phone and I believe Stuart will also need to participate by phone, although I have not had a chance yet to confirm that with him.

Thanks,
Ariel

Sent from my T-Mobile 5G Device
Get Outlook for Android

---

**From:** Jeffrey C. Grossich <JGrossich@jsotoslaw.com>
**Sent:** Monday, September 23, 2024 11:22:59 AM
**To:** Stuart Chanen <Stuart@ChanenOlstein.com>; Krystal Gonzalez <kgonzalez@borkanscahill.com>
**Cc:** Kevin Kirk <kckirk@obertsgalasso.com>; elena@borkanscahill.com <elena@borkanscahill.com>; Ariel Olstein <Ariel@ChanenOlstein.com>; Deborah McClain <Admin@ChanenOlstein.com>; s-tenenbaum@law.northwestern.edu <s-tenenbaum@law.northwestern.edu>; Bill Oberts <wboberts@obertsgalasso.com>; Eileen E. Rosen <erosen@rfclaw.com>; agrill@rfclaw.com <agrill@rfclaw.com>; Austin Rahe <arahe@rfclaw.com>; Catherine M. Barber <cbarber@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; lferrise@rfclaw.com <lferrise@rfclaw.com>; Theresa B. Carney <tcarney@rfclaw.com>; Kara Hutson <khutson@rfclaw.com>; Jim Sotos <JSotos@jsotoslaw.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Lisa Meador <LMeador@jsotoslaw.com>; Caroline P. Golden <CGolden@jsotoslaw.com>; Alexis M. Gamboa <AGamboa@jsotoslaw.com>; Elise A. Lindsley <elindsley@jsotoslaw.com>; David A. Brueggen <DBrueggen@jsotoslaw.com>; tscahill@borkanscahill.com <tscahill@borkanscahill.com>; eschnidt@borkanscahill.com <eschnidt@borkanscahill.com>; kellie@kmlltdlaw.com <kellie@kmlltdlaw.com>; Matthew J. Daley <mdaley@omfmlaw.com>; Mike McGrath <mmcgrath@omfmlaw.com>; DAVID ADELMAN <David.Adelman@cookcountysao.org>
**Subject:** Re: Cruz v. Guevara, et al

Stuart,

Regarding the hearing before Judge Fuentes on Thursday morning, Alexis Gamboa from our office will likely be attending in person. However, I would also like to attend via phone as I will be in Tampa for the Rios deposition. Do you have any objection to that?

Jeff

**Jeffrey C. Grossich**
The Sotos Law Firm, P.C.
141 W. Jackson Boulevard, Suite 1240A
Chicago, Illinois 60604
Direct Line: (630) 735-3319

This e-mail, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information that is confidential and it may be protected by the attorney/client or other privileges. This e-mail, including attachments, consitutes non-public information intended to be conveyed only to the designated recipients. If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender

Case: 1:23-cv-04268 Document #: 239-1 Filed: 09/25/24 Page 13 of 16 PageID #:3427

by mail, e-mail, or at 630-735-3300. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.

**From:** Stuart Chanen <Stuart@ChanenOlstein.com>
**Sent:** Tuesday, September 17, 2024 12:33 PM
**To:** Krystal Gonzalez <kgonzalez@borkanscahill.com>
**Cc:** Kevin Kirk <kckirk@obertsgalasso.com>; elena@borkanscahill.com <elena@borkanscahill.com>; Ariel Olstein <Ariel@ChanenOlstein.com>; Deborah McClain <Admin@ChanenOlstein.com>; s-tenenbaum@law.northwestern.edu <s-tenenbaum@law.northwestern.edu>; Bill Oberts <wboberts@obertsgalasso.com>; Eileen E. Rosen <erosen@rfclaw.com>; agrill@rfclaw.com <agrill@rfclaw.com>; Austin Rahe <arahe@rfclaw.com>; Catherine M. Barber <cbarber@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; lferrise@rfclaw.com <lferrise@rfclaw.com>; Theresa B. Carney <tcarney@rfclaw.com>; Kara Hutson <khutson@rfclaw.com>; Jim Sotos <JSotos@jsotoslaw.com>; Josh M. Engquist <JEngquist@jsotoslaw.com>; Lisa Meador <LMeador@jsotoslaw.com>; Caroline P. Golden <CGolden@jsotoslaw.com>; Alexis M. Gamboa <AGamboa@jsotoslaw.com>; Jeffrey C. Grossich <JGrossich@jsotoslaw.com>; Elise A. Lindsley <elindsley@jsotoslaw.com>; David A. Brueggen <DBrueggen@jsotoslaw.com>; tscahill@borkanscahill.com <tscahill@borkanscahill.com>; eschnidt@borkanscahill.com <eschnidt@borkanscahill.com>; kellie@kmlltdlaw.com <kellie@kmlltdlaw.com>; Matthew J. Daley <mdaley@omfmlaw.com>; Mike McGrath <mmcgrath@omfmlaw.com>; DAVID ADELMAN <David.Adelman@cookcountysao.org>
**Subject:** Re: Cruz v. Guevara, et al

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Krystal,

We are not free for Carol's deposition that day for three reasons.

One, we are literally not free that day.

Two, fact discovery closes September 27.

Three, there is no reasonable basis to extend ASA Rogala's dep after that date. No serious effort was made to take her deposition during the 14 months of discovery; there is no reasonable basis to take it after.

If you seek Court approval, which we will oppose, but the Court nevertheless permits her deposition after the close of discovery (which we will know by the 27th), we will then identify all the dates in October that Ariel or I are available for her deposition.

Thanks Krystal.

Stuart

Sent from my iPhone. Please excuse typos.

> On Sep 17, 2024, at 10:18 AM, Krystal Gonzalez <kgonzalez@borkanscahill.com> wrote:

Stuart,

Please advise if your office is available October 21, 2024, for ASA Carol Rogala's deposition. I cc'd her attorney, Matt Daley, to this email.

**From:** Krystal Gonzalez
**Sent:** Thursday, August 29, 2024 9:47 AM
**To:** Stuart Chanen <Stuart@ChanenOlstein.com>; Kevin Kirk <kckirk@obertsgalasso.com>; Elena Favela <Elena@borkanscahill.com>; Ariel Olstein <Ariel@ChanenOlstein.com>; Deborah McClain <Admin@ChanenOlstein.com>; s-tenenbaum@law.northwestern.edu; Bill Oberts <wboberts@obertsgalasso.com>; Eileen Rosen <erosen@rfclaw.com>; Andrew Grill <agrill@rfclaw.com>; Austin Rahe <arahe@rfclaw.com>; Catherine M. Barber <cbarber@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; lferrise@rfclaw.com; tcarney@rfclaw.com; khutson@rfclaw.com; jsotos@jsotoslaw.com; Josh M. Engquist <jengquist@jsotoslaw.com>; Lisa Meador <lmeador@jsotoslaw.com>; Caroline P. Golden <cgolden@jsotoslaw.com>; Alexis M. Gamboa <agamboa@jsotoslaw.com>; Jeffrey C. Grossich <jgrossich@jsotoslaw.com>; Elise A. Lindsley <elindsley@jsotoslaw.com>; dbrueggen@jsotoslaw.com; Mike McGrath <mmcgrath@omfmlaw.com>
**Cc:** Tim Scahill <TScahill@borkanscahill.com>; Emily Schnidt <eschnidt@borkanscahill.com>; Kellie Voss <Kellie@kmlltdlaw.com>
**Subject:** RE: Cruz v. Guevara, et al

Hi all,

Counsel Mike McGrath from Odelson, Murphey, Frazier, & McGrath, Ltd, will be appearing with Mr. Byrne tomorrow. I've cc'd him to this email.

B&S has no objection to starting tomorrow at 9:00 a.m. Mike and Kevin are also available to start at 9:00 a.m. Is Sotos or counsel for the city available to start at that time? Please advise.

-Krystal

**From:** Stuart Chanen <Stuart@ChanenOlstein.com>
**Sent:** Wednesday, August 28, 2024 2:18 PM
**To:** Kevin Kirk <kckirk@obertsgalasso.com>; Elena Favela <Elena@borkanscahill.com>; Ariel Olstein <Ariel@ChanenOlstein.com>; Deborah McClain <Admin@ChanenOlstein.com>; s-tenenbaum@law.northwestern.edu; Bill Oberts <wboberts@obertsgalasso.com>; Eileen Rosen <erosen@rfclaw.com>; Andrew Grill <agrill@rfclaw.com>; Austin Rahe <arahe@rfclaw.com>; Catherine M. Barber <cbarber@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; lferrise@rfclaw.com; tcarney@rfclaw.com; khutson@rfclaw.com; jsotos@jsotoslaw.com; Josh M. Engquist <jengquist@jsotoslaw.com>; Lisa Meador <lmeador@jsotoslaw.com>; Caroline P. Golden <cgolden@jsotoslaw.com>; Alexis M. Gamboa <agamboa@jsotoslaw.com>; Jeffrey C. Grossich <jgrossich@jsotoslaw.com>; Elise A. Lindsley <elindsley@jsotoslaw.com>; dbrueggen@jsotoslaw.com
**Cc:** Tim Scahill <TScahill@borkanscahill.com>; Emily Schnidt <eschnidt@borkanscahill.com>; Krystal Gonzalez <kgonzalez@borkanscahill.com>; Kellie Voss <Kellie@kmlltdlaw.com>
**Subject:** RE: Cruz v. Guevara, et al

I have no objection to 9 a.m.

Do you know if Mr. Byrne is represented by counsel, and if so, please share that counsel's name with me.

Stuart Chanen

**From:** Kevin Kirk <kckirk@obertsgalasso.com>
**Sent:** Wednesday, August 28, 2024 9:08 AM
**To:** Elena Favela <Elena@borkanscahill.com>; Stuart Chanen <Stuart@ChanenOlstein.com>; Ariel Olstein <Ariel@ChanenOlstein.com>; Deborah McClain <Admin@ChanenOlstein.com>; s-tenenbaum@law.northwestern.edu; Bill Oberts <wboberts@obertsgalasso.com>; Eileen Rosen <erosen@rfclaw.com>; Andrew Grill <agrill@rfclaw.com>; Austin Rahe <arahe@rfclaw.com>; Catherine M. Barber <cbarber@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; lferrise@rfclaw.com; tcarney@rfclaw.com; khutson@rfclaw.com; jsotos@jsotoslaw.com; Josh M. Engquist <jengquist@jsotoslaw.com>; Lisa Meador <lmeador@jsotoslaw.com>; Caroline P. Golden <cgolden@jsotoslaw.com>; Alexis M. Gamboa <agamboa@jsotoslaw.com>; Jeffrey C. Grossich <jgrossich@jsotoslaw.com>; Elise A. Lindsley <elindsley@jsotoslaw.com>; dbrueggen@jsotoslaw.com
**Cc:** Tim Scahill <TScahill@borkanscahill.com>; Emily Schnidt <eschnidt@borkanscahill.com>; Krystal Gonzalez <kgonzalez@borkanscahill.com>; Kellie Voss <Kellie@kmlltdlaw.com>
**Subject:** RE: Cruz v. Guevara, et al

Hi all,

I was wondering if there is any interest starting ASA Kevin Bryne deposition on Friday earlier? Maybe 9am?

With the holiday weekend, it might be nice to finish up a little earlier.

Kevin C. Kirk
Associate



Oberts Galasso Law Group
161 N. Clark St. Suite 1600
Chicago, IL 60601
kckirk@obertsgalasso.com

PLEASE NOTE:
Service Per IL Sup Ct Rule 11
Is accepted at docket@obertsgalasso.com

**From:** Elena Favela <Elena@borkanscahill.com>
**Sent:** Thursday, July 25, 2024 3:10 PM
**To:** Stuart Chanen <stuart@chanenolstein.com>; Ariel Olstein <ariel@chanenolstein.com>; Deborah McClain <admin@chanenolstein.com>; s-tenenbaum@law.northwestern.edu; Bill Oberts <wboberts@obertsgalasso.com>; Kevin Kirk <kckirk@obertsgalasso.com>; Eileen Rosen <erosen@rfclaw.com>; Andrew Grill <agrill@rfclaw.com>; Austin Rahe <arahe@rfclaw.com>; Catherine M. Barber <cbarber@rfclaw.com>; Jessica Zehner <jzehner@rfclaw.com>; lferrise@rfclaw.com; tcarney@rfclaw.com; khutson@rfclaw.com; jsotos@jsotoslaw.com; Josh M. Engquist <jengquist@jsotoslaw.com>; Lisa Meador <lmeador@jsotoslaw.com>; Caroline P. Golden

<cgolden@jsotoslaw.com>; Alexis M. Gamboa <agamboa@jsotoslaw.com>; Jeffrey C. Grossich <jgrossich@jsotoslaw.com>; Elise A. Lindsley <elindsley@jsotoslaw.com>; dbrueggen@jsotoslaw.com
**Cc:** Tim Scahill <TScahill@borkanscahill.com>; Emily Schnidt <eschnidt@borkanscahill.com>; Krystal Gonzalez <kgonzalez@borkanscahill.com>; Kellie Voss <Kellie@kmlltdlaw.com>
**Subject:** Cruz v. Guevara, et al

Good afternoon,

Please see attached.

Thank you,

Elena Favela
Legal Assistant
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603
P: (312) 580-1030
F: (312) 263-0128