IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE CRUZ, ) | |
| ) | Case No. 23-cv-4268 |
| Plaintiff, ) | |
| ) | Honorable Judge Alexakis |
| v. ) | Magistrate Judge Fuentes |
| ) | |
| FORMER DETECTIVE REYNALDO ) | |
| GUEVARA, et al., ) | |
| ) | |
| Defendants. ) | |

**CRUZ'S SUPPLEMENT TO THE PARTIES' CONSOLIDATED FILING REGARDING EXTENSION OF TIME TO COMPLETE ORAL FACT DISCOVERY**

Cruz apologizes, but he omitted one important fact in his rushed response. Mr. Chanen and Mr. Olstein will be in a jury trial in November before the Honorable Cook County Judge Thomas More Donnelly, in *McAvoy v. G/O Media Inc.*, 2024 L 5858. Motions in limine are due October 16; the Pretrial Order is due October 30; the pretrial conference is November 7; and the trial will be November 12 -20 (seven trial days). Because this is a retrial of a January 2023 jury trial (and was assigned a new docket number after being returned from the Illinois Appellate Court and Supreme Court), it is a "definite go" trial. These dates were in part chosen because this Court had ordered discovery in the Cruz case closed by September 27. In addition, Mr. Chanen will be out of the country November 22 through December 3.

Defendants' requested extension is for November 11. This falls one day before the trial, and the discovery Defendants propose will be most active throughout the preparation of the McAvoy motions in limine, the Pretrial Order, and Chanen & Olstein's trial preparation. If, on the other hand, discovery is permitted to bleed into December, it will likely not be finished before the holidays, turning the extension into more than three months.

For all these reasons and those stated in the joint document, Cruz requests the Court to maintain the September 27 deadline, with certain specific exceptions for certain specific discovery.

Respectfully submitted,

JOSE CRUZ

/s/ *Ariel Olstein*

Chanen & Olstein LLP
8822 Niles Center Road
Skokie, IL 60077
847-644-3003
Ariel@chanenolstein.com