UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Jose Cruz
                              Plaintiff,

v.                                                    Case No.: 1:23−cv−04268
                                                                        Honorable Georgia N Alexakis

Reynaldo Guevara, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 26, 2024:

       MINUTE entry before the Honorable Gabriel A. Fuentes: Presentation hearing held on the Defendant Guevara's motion to compel subpoena compliance by journalist Margaret Byrne (doc. #[246]). The Court did not hear argument on this motion but only discussed when and how it will be heard. Movant's counsel has been in contact with attorney Healey (on Byrne's behalf) and apparently with attorney(s) for other journalists who received similar subpoenas, including Maite Amborebrieta. The Court directed movants' counsel to coordinate with the attorneys for these subpoena recipients and any other recipients who received subpoenas concerning their newsgathering or journalistic activities, so that a uniform briefing and hearing schedule may be set by the Court. Any such news media counsel are invited to file limited appearances. Movant's counsel is ordered to serve this order on any such counsel of whom she is aware. The Court further clarified that it has yet to rule on whether any such document or deposition subpoenas will be enforced, only that Guevara was permitted to serve them after 8/31/24 (doc. #[209]). The Court further clarified that briefing and argument concerning the substantive issues presented by these subpoenas should address the question of burden, under Rule 45, relating to the recipients' protected First Amendment activities, including the burden involved in hiring counsel to litigate such subpoenas on their behalf. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.