UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Jose Cruz
                           Plaintiff,

v.                                              Case No.: 1:23−cv−04268
                                                Honorable Georgia N Alexakis

Reynaldo Guevara, et al.
                           Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 2, 2024:

MINUTE entry before the Honorable Gabriel A. Fuentes: On Defendant Guevara's motion to compel subpoena responses from third−party news media members and others (doc. #[246]), the Court appreciates Guevara's status report (doc. #[264]), and per that report, the following briefing schedule is set for objections on the Byrne and Amborebrieta subpoenas: third−party subpoena recipients' response to the motion to compel due 10/9/24, Guevara's reply due 10/16/24. If these two third parties wish, they may file a consolidated response, or one may join in the opposition advanced by the other. Counsel Healey and Leith kindly are requested to file limited appearances so they receive ECF notices of court actions on this motion. As for the status report's recitation of the status of compliance with the subpoenas on Duncan, Segura, Burdick, and Hernandez, Guevara's counsel is kindly directed to advise those third parties and their counsel immediately that the Court has quashed those subpoenas unequivocally (doc. #[260]), so that further efforts by those respondents to comply with the subpoenas, and the further incurring of attorney or other expenses by Duncan, Segura, Burdick, and Hernandez to respond to those subpoenas, should stop. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.