**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOSE CRUZ, ) | |
| ) | Case No. 23-cv-4268 |
| Plaintiff, ) | |
| ) | District Judge Georgia Alexakis |
| v. ) | Magistrate Judge Gabriel Fuentes |
| ) | |
| FORMER DETECTIVE REYNALDO ) | |
| GUEVARA, et al., ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO AMEND BRIEFING SCHEDULE**

Defendant, Reynaldo Guevara, ("Defendant") by and through his undersigned counsel, Borkan and Scahill, Ltd., and nonparty respondent Margaret Byrne, through her undersigned counsel, Brendan Healey, (collectively "Movant") pursuant to this Honorable Court's order (Dckt. 265), move this Honorable Court pursuant to Federal Rule of Civil Procedure 6(b) for an amendment to the briefing schedule, to complete the proposed briefing schedule and subsequent hearing. In support thereof, the Movants state:

1. The current schedule is as follows, Byrne to provide their response by October 9, 2024. Defendant Guevara to reply by October 16th. A hearing to follow either during the week of October 21st or October 28th.

2. Due to need for additional time, it is necessary to amend the current briefing schedule to ensure both Movants have adequate time to prepare their briefs.

3. The proposed new briefing schedule is as follows, Plaintiff to provide their response by October 16, 2024. Defendant Guevara to reply by October 23. A hearing to follow either during the week of October 28th.

4. The Movants are mindful of this Court's interests in moving this case forward. This request is not sought for purposes of delay and will not prove prejudicial to Plaintiff.

WHEREFORE, the Movants respectfully request that the Court grant their Motion to Amend Briefing Schedule, and for such other relief as the Court deems appropriate.

Date: October 8, 2024

Respectfully submitted,

/s/Andrea Checkai
    ANDREA F. CHECKAI
*One of the Attorneys for Defendant Guevara*

Steven B. Borkan
Timothy P. Scahill
Graham P. Miller
Emily E. Schnidt
Molly Boekeloo
Whitney Hutchinson
Mischa Itchhaporia
Andrea Checkai
Krystal Gonzalez
Borkan & Scahill, Ltd.
20 S. Clark St., Suite 1700
Chicago, Illinois 60603
P: (312) 580-1030
kgonzalez@borkanscahill.com
eschnidt@borkanscahill.com

/s/ Brendan J. Healey

Brendan J. Healey (ARDC #6243091)
BARON HARRIS HEALEY
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
(312) 741-1030
bhealey@bhhlawfirm.com

*Counsel for Nonparty Respondent Margaret Byrne*

## **CERTIFICATE OF SERVICE**

I certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that October 8, 2024, I electronically filed the foregoing **Joint Motion to Amend Briefing Schedule** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed in the below service list.

### *Attorneys for Plaintiff*
Stuart J. Chanen (Stuart@ChanenOlstein.com)
Ariel Olstein (Ariel@ChanenOlstein.com)
CHANEN & OLSTEIN LLP
7373 Lincoln Ave., Suite 100
Lincolnwood, IL 60712
P: 847-469-4669

Jack Samuel Tenenbaum
Northwestern Pritzker School of Law
375 E. Chicago Ave., Suite 411
Chicago, IL 60611
P: 312-503-4808
s-tenenbaum@law.northwestern.edu

### *Attorneys for the City of Chicago*
Eileen E. Rosen (erosen@rfclaw.com)
Andrew J. Grill (agrill@rfclaw.com)
Austin G. Rahe (arahe@rfclaw.com)
Catherine M. Barber (cbarber@rfclaw.com)
Jessica Zehner (jzehner@rfclaw.com)
Lauren M. Ferrise (lferrise@rfclaw.com)
Theresa B. Carney (tcarney@rfclaw.com)
Rock, Fusco & Connelly
333 West Wacker Drive, 19th Floor
Chicago, IL 60606
P: (312) 494-1000

### *Attorneys for Reynaldo Guevara*
Steven B. Borkan (Sborkan@borkanscahill.com)
Timothy P. Scahill (tscahill@borkanscahill.com)
Graham P. Miller (gmiller@borkanscahill.com)
Emily E. Schnidt (eschnidt@borkanscahill.com)
Molly Boekeloo (mboekeloo@borkanscahill.com)
Whitney Hutchinson (whutchinson@borkanscahill.com)
Mischa Itchhaporia mitchhaporia@borkanscahill.com)

Andrea F. Checkai (acheckai@borkanscahill.com)
Krystal Gonzalez (kgonzalez@borkanscahill.com)
Borkan & Scahill