# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Jose Cruz

               Plaintiff,

v.                                                  Case No.: 1:23−cv−04268
                                                              Honorable Georgia N Alexakis

Reynaldo Guevara, et al.

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 9, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: The third−party CCSAO's motion to quash the Officer Defendants' deposition subpoena upon State's Attorney Foxx (doc. #[223]) is granted in part and denied in part as set forth in the accompanying memorandum opinion and order. Enter Memorandum Opinion and Order. The deposition may proceed for no longer than 60 minutes exclusive of breaks, on the sole subject of the State's Attorney's conversation(s) with Plaintiff as discussed in the Memorandum Opinion and Order. A status report from the Officer Defendants on the scheduling or completion of the deposition is set for noon on 10/23/24. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.