# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Jose Cruz
          Plaintiff,

v.                                                  Case No.: 1:23−cv−04268
                                                     Honorable Georgia N Alexakis

Reynaldo Guevara, et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 15, 2024:

       MINUTE entry before the Honorable Gabriel A. Fuentes: The Court has received correspondence (10/14/24 Leith Letter) from counsel for third−party journalist Amorebieta/NBC Universal concerning the Court's 10/2/24 order (doc. #[265]), which the Court entered on review of Guevara's 10/1/24 status report stating that counsel for Guevara already had engaged in Local Rule 37.2 discussions addressing the witness's Rule 45 objections. Enter 10/14/24 Leith Letter. However, on further review of the docket, including Guevara's pending motion to compel (doc. #[246]), the Court notes that the motion is addressed only at witness Byrne, and not witness Amorebrieta or NBCUniversal. Any such motion directed at Amorebrieta or NBCUniversal will need to comply with Rule 45(c) and (d), but in the meantime, the Court is considering the impact of the time that now will be needed to resolve any such motion, apparently upon the need to have it filed and adjudicated in another judicial district, a fact not previously disclosed or known to the Court. For now, Amorebrieta, NBCUniversal, and Leith are relieved from all obligations under the Court's 10/2/24 Order. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.