| | | |
|---|---|---|
| Amanda M Leith<br>Vice President, Legal<br>NBCUniversal News Group | 30 Rockefeller Plaza<br>New York, NY  10112-0002 | (212) 664.5718 (T)<br>amanda.leith@nbcuni.com |



October 14, 2024

<u>Via Electronic Mail</u>

Honorable Gabriel A. Fuentes
Magistrate Judge
U.S. District Court for the Northern District of Illinois
Via Lauren_Knight@ilnd.uscourts.gov

**FILED
10/15/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

      *Re:*  *Cruz v. Guevara, et al.* **Case:** *1:23-cv-04268*

Dear Judge Fuentes:

  I am counsel for NBC News journalist Maite Amorebieta, who has been issued a *subpoena duces tecum* by counsel for Defendant Reynaldo Guevara seeking to compel her to produce unpublished newsgathering material. On Friday, October 11, I became aware of the Court's October 2, 2024 Minute Order (Dkt. #265) directing that I file a limited appearance in this matter. I write to alert you that I am not admitted to this Court or to the bar in Illinois, and am therefore unable to enter an appearance.

  The October 2 Minute Order also sets a briefing schedule for a motion to compel Ms. Amorebieta's compliance with the subpoena. We have not been served with any such motion, but I note that Ms. Amorebieta is a resident of New Jersey (where she was served with the subpoena) and works in New York. Any motion to compel would therefore have to be filed in either the District of New Jersey or the Southern District of New York. Fed. R. Civ. P. 45(c)(2)(A) & 45(d)(2)(B); *see Dou v. Carillon Tower/Chicago LP*, 2020 WL 5502345, at *1-*2 (N.D. Ill. Sept. 11, 2020) (holding that motion to compel had to be filed in non-party's home district because "to require non-parties to litigate disputes in a distant forum, would defeat [Rule 45's] protective purpose").

  Should the Court have any questions, I can be reached at 212-664-5718 or amanda.leith@nbcuni.com.

              Sincerely,

              */s/ Amanda M. Leith*

              Amanda M. Leith
              Vice President, Legal, NBCUniversal News Group

NBCUniversal:9178829v1

Honorable Gabriel A. Fuentes
Magistrate Judge
U.S. District Court for the Norther District of Illinois
Via Lauren_Knight@ilnd.uscourts.gov
Page 2

cc: Steven Blair Borkan
Borkan & Scahill, Ltd.
sborkan@borkanscahill.com

Andrea F. Checkai
Borkan & Scahill, Ltd.
acheckai@borkanscahill.com
*Counsel for Defendant Reynaldo Guevara*

Stuart Jay Chanen
Chanen & Olstein LLP
stuart@chanenolstein.com

James G Sotos
The Sotos Law Firm, P.C.
jsotos@jsotoslaw.com

William Bradley Oberts
Oberts Galasso Law Group
wboberts@obertsgalasso.com

Eileen Ellen Rosen
Rock, Fusco & Connelly
erosen@rfclaw.com

NBCUniversal:9178829v1