**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOSE CRUZ, | ) | |
| | ) | Case No. 23-cv-4268 |
| Plaintiff, | ) | |
| | ) | Honorable Judge Daniel |
| v. | ) | Magistrate Judge Fuentes |
| | ) | |
| GUEVARA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STATUS REPORT

Defendants Stephen Gawrys, Robert Rutherford, Anthony Riccio, Edward Mingey, Anthony Wojcik, Robert Boris, and Geri Lynn Yanow as special representative for Ernest Halvorsen, deceased (collectively herein referred to as "Officer Defendants") by their attorneys, The Sotos Law Firm, P.C., submit this status report pursuant to Judge Fuentes' October 9, 2024 Order (Dkt. 277) on the scheduling or completion of State's Attorney Foxx's deposition. Based on the availability of the witness and all counsel, the deposition of State's Attorney Kim Foxx is scheduled to take place on October 29, 2024 at 11:00 a.m.

Date: October 23, 2024

Respectfully submitted,

/s/ Lisa M. Meador
LISA M. MEADOR, Atty No. 6270259
*Special Assistant Corporation Counsel for*
*Defendant Officers*

James G. Sotos
Josh M. Engquist
Lisa M. Meador
Jeffrey R. Grossich
Alexis M. Gamboa
The Sotos Law Firm, P.C
141 W. Jackson Blvd, Suite 1240A
Chicago, IL 60604
LMeador@jsotoslaw.com

## <u>CERTIFICATE OF SERVICE</u>

I certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that October 23, 2024, I electronically filed the foregoing **Officer Defendants' Status Report** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed in the below service list.

***<u>Attorneys for Plaintiff</u>***
Stuart J. Chanen (Stuart@ChanenOlstein.com)
Ariel Olstein (Ariel@ChanenOlstein.com)
CHANEN & OLSTEIN LLP
8822 Niles Center Rd., Suite 100
Skokie, IL 60077
P: 847-469-4669

Jack Samuel Tenenbaum
Northwestern Pritzker School of Law
375 E. Chicago Ave., Suite 411
Chicago, IL 60611
P: 312-503-4808
s-tenenbaum@law.northwestern.edu

***<u>Attorneys for the City of Chicago</u>***
Eileen E. Rosen (erosen@rfclaw.com)
Andrew J. Grill (agrill@rfclaw.com)
Austin G. Rahe (arahe@rfclaw.com)
Catherine M. Barber (cbarber@rfclaw.com)
Lauren M. Ferrise (lferrise@rfclaw.com)
Theresa B. Carney (tcarney@rfclaw.com)
Kelly A. Krauchun (kkrauchun@rfclaw.com)
Rock, Fusco & Connelly
333 West Wacker Drive, 19th Floor
Chicago, IL 60606
P: (312) 494-1000

***<u>Attorneys for Reynaldo Guevara</u>***
Steven B. Borkan (Sborkan@borkanscahill.com)
Timothy P. Scahill (tscahill@borkanscahill.com)
Graham P. Miller (gmiller@borkanscahill.com)
Emily E. Schnidt (eschnidt@borkanscahill.com)
Molly Boekeloo (mboekeloo@borkanscahill.com)
Whitney Hutchinson (whutchinson@borkanscahill.com)
Mischa Itchhaporia (mitchhaporia@borkanscahill.com)
Krystal Gonzalez (kgonzalez@borkanscahill.com)
Andrea F. Checkai (acheckai@borkanscahill.com)
Borkan & Scahill
20 S. Clark Street, Suite 1700

Chicago, IL 60603
P: (312)-580-1030

***Attorneys for Edward Maloney***
William B. Oberts (wboberts@obertsgalasso.com)
Kevin C. Kirk (kckirk@obertsgalasso.com)
Oberts Galasso Law Group
161 N. Clark Street, Suite 1600
Chicago, IL 60601
P: (312) 741-1024

/s/ Lisa M. Meador
LISA M. MEADOR, Atty No. 6270259