**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOSE CRUZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 2023 CV 04268 |
| | ) |
| FORMER DETECTIVES REYNALDO | ) |
| GUEVARA, et al., | ) |
| | ) |
| Defendants. | ) |

**<u>NOTICE OF FILING</u>**

To:     Attorneys of Record

YOU ARE HEREBY NOTIFIED that on October 23, 2024, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Defendant's Reply in Support of Motion to Compel Third Party Witness to Comply with Document Subpoena, a copy of which is attached hereto.

Steven B. Borkan (6193463)                /s/ Borkan & Scahill, Ltd.
Timothy P. Scahill (6287296)              BORKAN & SCAHILL, LTD.
BORKAN & SCAHILL, LTD.
Two First National Plaza
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030

I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on October 23, 2024.

/s/ Krystal Gonzalez
    Krystal Gonzalez
    Special Assistant Corporation Counsel