**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Jose Cruz

                                    Plaintiff,

v.                                                          Case No.: 1:23−cv−04268
                                                            Honorable Georgia N Alexakis

Reynaldo Guevara, et al.

                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 30, 2024:

        MINUTE entry before the Honorable Gabriel A. Fuentes: The Officer Defendants'
motion to strike (doc. #[295]), directed as it is at a general objection to a set of contention
interrogatories propounded upon plaintiff, is denied. Motions to strike in this district are
generally disfavored and infrequently granted because they potentially serve only to create
delay. See Zaitzeff v. Peregrine Fin. Group, Inc., No 08 C 4053, 2010 WL 439158, at *4
(N.D. Ill. Feb. 1, 2010) (citing cases). Plainly the movants filed the motion to strike as an
act of posturing with respect to the pending motion by all defendants for additional
deposition time with plaintiff (doc. #[288]), as if plaintiff's assertion of a general
attorney−client privilege objection to contention interrogatories would have any impact at
all on decision of the attorney−client privilege waiver issues disputed in that motion. It
will not. Denial of the motion to strike is without any prejudice to the motion for
additional deposition time with plaintiff and should not be cited in support of or
opposition to that motion. The Court is denying the motion to strike in its broad discretion
(Jones v. City of Elkhart, Ind., 737 F.3d 1107, 1115 (7th Cir. 2013)) to manage discovery
and promote efficiencies in discovery. Fed. R. Civ. P. 1. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.