IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE CRUZ, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | |
| | ) | |
| REYNALDO GUEVARA, | ) | No. 23-cv-4268 |
| ERNEST HALVORSEN, | ) | |
| ANTHONY WOJCIK, | ) | The Honorable Georgia N. Alexakis |
| ROBERT RUTHERFORD, | ) | |
| ANTHONY RICCO, | ) | The Honorable Gabriel Fuentes |
| ROBERT BORIS, | ) | |
| STEPHEN GAWRYS, | ) | |
| EDWARD MINGEY, | ) | |
| FORMER ASA EDWARD MALONEY, | ) | |
| and THE CITY OF CHICAGO, | ) | |
| | ) | |
| *Defendants.* | ) | |

## JOINT STATUS REPORT

The parties, by and through their undersigned counsel, and pursuant to this Honorable Court's October 22, 2024 order (Dkt. 287), submit the following Joint Status Report regarding progress toward the completion of fact discovery:

**Progress of Discovery:**

  A. Since the last report on the progress of discovery, the parties have completed the following depositions:

    1. Cook County State's Attorney Kimberly Foxx

    2. Ivan Rios

    3. Jose Mejias

    4. Keith Fleming

  B. The parties have completed Plaintiff's collection of ink samples from the Chicago Police Department.

      C.      Plaintiff Cruz has provided responses to all five sets of Defendants' contention interrogatories. . The City plans to file a motion to compel Plaintiff to provide substantive and complete answers to its interrogatories.

      D.      The City has responded to Plaintiff's Second Set of Requests for Admission. Plaintiff plans to file a motion to have the City's answers to the request deemed admitted.

      E.      Based on the October 29, 2024 deposition testimony of State's Attorney Kim Foxx, City Defendants are seeking additional documents not produced by the Cook County State's Attorney's Office in response to subpoenas, and may seek leave to depose Assistant State's Attorney Carol Rogala. Cruz opposes any such motion.

      F.      Defendants' Motion for Additional Time to Depose Plaintiff Jose Cruz (Dkt. 288) is still pending.

      G.      Defendant Guevera's Motion to Compel Third Party Witness Margaret Byrne is fully briefed and awaits ruling or a hearing date by this Court. Depending on this ruling and any documents produced, some limited additional follow up discovery may be necessary.

| /s/ Catherine M. Barber | /s/ Jeffrey C. Grossich |
|---|---|
| *Special Assistant Corporation Counsel for Defendant City of Chicago* | *One of the Attorneys for Defendants Halvorsen, Wojcik, Rutherford, Riccio, Boris, Gawrys, and Mingey* |
| Eileen E. Rosen<br>Austin G. Rahe<br>Catherine M. Barber<br>Theresa Berousek Carney<br>Lauren Ferrise<br>ROCK FUSCO & CONNELLY, LLC<br>333 W. Wacker, 19th Floor<br>Chicago, IL 60606<br>(312) 494-1000<br>erosen@rfclaw.com<br>cbarber@rfclaw.com | Josh M. Engquist<br>Lisa A. Meador<br>Alexis M. Gamboa<br>Jeffrey C. Grossich<br>THE SOTOS LAW FIRM, P.C.<br>141 W. Jackson Blvd, Suite 1240A<br>Chicago, IL 60604<br>(630) 735-3300<br>jengquist@jsotoslaw.com<br>jgrossich@jsotoslaw.com |

/s/Andrea F. Checkai
Andrea F. Checkai
*One of the Attorneys for Reynaldo Guevara*

Steven B. Borkan
Timothy P. Scahill
Emily E. Schnidt
Misha Itchhaporia
Andrea F. Checkai
Special Assistant Corporation Counsel
BORKAN & SCAHILL, LTD
20 S. Clark Street, Suite 1700
Chicago, IL 60603
(312)580-1030
sborkan@borkanscahill.com
tscahill@borkanscahill.com
eschnidt@borkanscahill.com
mitchhaporia@borkanscahill.com
acheckai@borkanscahill.com

s/ William B. Oberts
*One of the Attorneys for Defendant,*
*Judge Edward Maloney*

William B. Oberts - #6244723
Kevin C. Kirk - #6329937
Tribler Orpett & Meyer, P.C.
225 W. Washington, Suite 2550
Chicago, IL 60606
(312) 201-6400
wboberts@tribler.com
kckirk@tribler.com
docket@tribler.com