# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Jose Cruz
                          Plaintiff,

v.                                             Case No.: 1:23−cv−04268
                                                          Honorable Georgia N Alexakis

Reynaldo Guevara, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 22, 2024:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Defendant Guevara's motion to compel third−party witness Byrne (doc. #[246]) is denied, for the reasons stated in the accompanying memorandum opinion and order. Enter Memorandum Opinion and Order. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.