IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jose Cruz, | ) | |
| Plaintiff, | ) | No. 23 C 4268 |
| v. | ) | |
| | ) | Judge George Alexakis |
| Reynaldo Guevara, et al. | ) | |
| | ) | Magistrate Judge Gabriel A. Fuentes |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO SET A TRIAL DATE[1]**

Plaintiff Jose Cruz respectfully moves this Honorable Court to set a firm trial date for this case. In support of this Motion, Cruz states as follows:

1. On July 4, 2023, Cruz filed his Complaint.

2. On September 26, 2024, fact discovery closed generally, although at the request of Defendants, Judge Fuentes permitted specific exceptions to extend until Dec. 3, 2024, at which time fact discovery closed in its entirety. Dkts. 258, 260.

3. On August 21, 2025, Plaintiff took the final expert deposition, and expert discovery is now also closed. *See* Dkt.393. Although the actual date for the close of expert discovery is September 17, 2025, *Id*., Plaintiff chose not to identify a rebuttal gang expert and therefore there are no more expert reports to issue and no more experts to be deposed.

4. This case is replete with factual disputes and therefore not appropriate for summary judgment. Indeed, Plaintiff respectfully submits that the contested factual issues revealed by the extensive discovery taken make the granting of such a motion impossible. *See* https://www.ilnd.uscourts.gov/judge_display.php?LastName=Alexakis (Summary Judgment) (checked Aug. 21, 2025).

---

[1] Pursuant to the Court's Standing Order, on Thursday, August 21, 2025, Plaintiff's counsel sent a draft of this motion to defense counsel, asking if they agreed with or opposed this Motion, and also asking them to join it. Counsel also pointed out that Plaintiff was required to identify the motion as Agreed, Unopposed, or Opposed. No defense counsel responded to the inquiry.

Nevertheless, if the Court will permit summary judgment to be filed, Plaintiff requests the Court to conduct its in-chambers conference in that regard as soon as possible and to set a firm briefing schedule for any summary judgment motion Defendants intend to file.

For these reasons, Plaintiff respectfully requests this Court to set a three-week trial for the earliest possible date on the Court's calendar.

In addition, Plaintiff requests the Court to set an in-chambers conference at the earliest possible date for the Court to explore the parties' respective positions on summary judgment, consistent with the procedures stated on the Court's website and thereafter, to set a firm summary judgment briefing schedule.

Dated: August 25, 2025

Respectfully submitted,

*Plaintiff Jose Cruz*

By: <u>Stuart J. Chanen</u>

Stuart J. Chanen
Ariel Olstein
Chanen & Olstein, LLP
8822 Niles Center Rd. Suite 100
Skokie, IL 60077
847-469-4669
stuart@chanenolstein.com
ariel@chanenolstein.com