**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Jose Cruz
                Plaintiff,

v.                                          Case No.: 1:23−cv−04268
                                                Honorable Georgia N. Alexakis

Reynaldo Guevara, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 22, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Defendants' response to the motion to quash is due by September 29, 2025. The referral to Judge Kim is expanded to include the motion to quash the Rule 30(b)(6) subpoena filed by the Respondent Cook County State's Attorney's Office. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.