**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOSE CRUZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 23-cv-4268 |
| REYNALDO GUEVARA, | ) | |
| ERNEST HALVORSEN, | ) | |
| ANTHONY WOJCIK, | ) | |
| ROBERT RUTHERFORD, | ) | Honorable Georgia N. Alexakis |
| ANTHONY RICCIO, | ) | |
| ROBERT BORIS, | ) | |
| STEPHEN GAWRYS, | ) | |
| EDWARD MINGEY, | ) | **JURY TRIAL DEMANDED** |
| FORMER ASA EDWARD MALONEY, | ) | |
| and THE CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**OFFICER DEFENDANTS' JOINT
LOCAL RULE 56.1 STATEMENT OF UNCONTESTED MATERIAL FACTS**

**Exhibit List**

Exhibit 1    Jose Cruz Deposition Transcript (September 18, 2024)

Exhibit 2    12/13/1995 Cruz Criminal Trial Transcript

Exhibit 3    10/6/1993 General Offense Case Report

Exhibit 4    Pedro Jaramillo Deposition (June 3, 2024)

Exhibit 5    10/10/1993 Supplementary Report

Exhibit 6    Keith Fleming Deposition (October 4, 2024)

Exhibit 7    Anthony Wojcik Deposition (July 29, 2024)

Exhibit 8    Robert Boris Deposition (February 28, 2024)

Exhibit 9    Robert Rutherford Deposition (April 24, 2024)

Exhibit 10     Kevin Byrne Deposition (August 30, 2024)

Exhibit 11     Ivan Rios Deposition (October 28, 2024)

Exhibit 12     10/6/1993 General Progress Report

Exhibit 13     10/10/1993 Cleared-Open Supplementary Report

Exhibit 14     10/9/93 Property Inventory Report - Photo Array

Exhibit 15     10/7/1993 Chicago Tribune Article

Exhibit 16     Jose Cruz Gang Photobook Picture

Exhibit 17     Jose Cruz Photo Array Picture

Exhibit 18     Luis Rodriguez Deposition (September 11, 2025)

Exhibit 19     10/9/1993 Jose Cruz Arrest Report

Exhibit 20     Photo of Jose Cruz in Kings Jacket

Exhibit 21     Photo of Jose Cruz Flashing Gang Sign

Exhibit 22     Latin King Constitution

Exhibit 23     Anthony Riccio Deposition (June 24, 2024)

Exhibit 24     Pedro Jaramillo Deposition (June 4, 2024)

Exhibit 25     Edward Maloney Deposition (July 31, 2024)

Exhibit 26     10/9/1993 Felony Review Folder

Exhibit 27     10/9/1993 Lineup Report

Exhibit 28     Lineup Photo

Exhibit 29     Gregory Swygert Deposition (September 13, 2024)

Exhibit 30     Pedro Jaramillo Handwritten Statement

Exhibit 31     Maria Maher Deposition (June 21, 2024)

Exhibit 32     Luis Rodriguez Handwritten Statement

Exhibit 33     Indictment of Jose Cruz

Exhibit 34     10/27/1993 Grand Jury Transcript

Exhibit 35     2/27/1995 Jose Cruz's Motion to Exclude

Exhibit 36     3/13/1995 Jose Cruz Motion to Suppress

Exhibit 37     12/12/1995 Jose Cruz Criminal Trial Transcript

Exhibit 38     12/14/1995 Jose Cruz Criminal Trial Transcript

Exhibit 39     3/31/1998 Jose Cruz Direct Appeal Opinion

Exhibit 40     1/18/1996 Jose Cruz Motion for New Trial

Exhibit 41     1/30/1996 Jose Cruz Sentencing Hearing Transcript

Exhibit 42     Edward Mingey Deposition Transcript (July 25, 2024)

Exhibit 43     2/12/1998 Petition for Leave to Appeal Denial

Exhibit 44     6/2/1999 Jose Cruz's Pro Se Petition for Post-Conviction Relief

Exhibit 45     7/14/1999 Order on Jose Cruz's Post-Conviction Petition

Exhibit 46     8/2/2018 Jose Cruz Successive Post-Conviction Petition

Exhibit 47     Fred Cohn ARDC search (deceased)

Exhibit 48     Charles Odegard Obituary

Exhibit 49     Vernon Meadors Obituary

Exhibit 50     Cruz Crime Scene Photo 1

Exhibit 51     Cruz Crime Scene Photo 2

Exhibit 52     5/27/1993 Blue Boys Cleared & Closed Supplementary Report

Exhibit 53     Blue Boys Shooting Indictment

Exhibit 54     11/16/1994 Jose Cruz Criminal Transcript (Blue Boys Guilty Plea)

Exhibit 55     Jose Cruz's Response to Borris and Riccio Contention Interrogatories

Exhibit 56     10/9/1993 Property Inventory – Gang sign Photo and King Constitution

Exhibit 57     People's Exhibit 3

Exhibit 58     People's Exhibit 5J

Exhibit 59     People's Exhibit 6

Exhibit 60     Plaintiff's Contention Interrogatory Responses to Defendant Guevara

Exhibit 61     Jaramillo Cook County State's Attorney's Office Interview