**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Jose Cruz, | ) | |
| | ) | |
| *Plaintiff,* | ) | No. 23 cv 4268 |
| | ) | |
| v. | ) | Honorable Judge Alexakis |
| | ) | |
| Former Detective Reynaldo Guevara, et al. | ) | Magistrate Judge Fuentes |
| | ) | |
| *Defendants.* | ) | |

**EXHIBIT INDEX TO DEFENDANT CITY OF CHICAGO'S
RULE 56.1 STATEMENT OF FACTS**

| Exhibit No. | Description |
|---|---|
| 1 | Plaintiff's Second Amended Complaint (Dkt. 327) |
| 2 | Plaintiff's Second Amended Response to Defendant City of Chicago's First Set of Interrogatories to Plaintiff |
| 3 | Defendant City of Chicago's Contention Interrogatories served on July 31, 2024 |
| 4 | Dkt. 260, 325, 333 |
| 5 | Deposition of Edward Mingey, *Cruz v. Guevara*, 23-CV-4268, dated 7/25/24 |
| 6 | Longo Report in *Cruz* |
| 7 | CPD General Order 93-3, RFC-Cruz 77810-77889 |
| 8 | Deposition of Lt. Joseph Bird, in the consolidated cases of *Reyes v. Guevara*, N.D. Ill. 18-CV-1028, *Solache v. Guevara*, N.D. Ill. 18-CV-2312, dated 12/22/21 |
| 9 | CPD General Order 83-3, RFC-Cruz 77937-40 |
| 10 | Noble Report |
| 11 | Deposition of James Hickey, *Kluppelberg v. Burge,* N.D. Ill. 13-CV-03963, (part I dated 7/29/14) |
| 12 | Detective Division Notice 82-2, RFC-Cruz 77742 |
| 13 | Deposition of James Hickey, *Rivera v. Guevara*, 12-CV-4428, (part I dated 5/6/14) |
| 14 | S.O. 83-1, RFC-Cruz 77935-36 |
| 15 | SO 83-2, Cruz 22897-901 |

| 16 | S.O. 86-3, RFC-Cruz 78284-78286 |
|---|---|
| 17 | Amended Notice of Rule 30(b)(6) Deposition, *Sierra v.* Guevara, 18-CV-3029, RFC-Cruz 77945-57 |
| 18 | Deposition of Lt. John Foster, one of the City's Federal Rule of Civil Procedure 30(b)(6) witnesses, from multiple Guevara cases, including *Sierra v. Guevara*, 18-CV-3029, dated 6/29/22 |
| 19 | Amended Notice of Rule 30(b)(6) Deposition, *Reyes v. Guevara*, 18-CV-1028 and *Solache v. City of Chicago*, 18-CV-2312 |
| 20 | Deposition of Commander Eric Winstrom, in consolidated cases of *Reyes v. Guevara*, 18-CV-1028 and *Solache v. City of Chicago*, 18-CV-2312, dated 12/17/2021 |
| 21 | CPD Detective Division Standard Operating Procedures from 1988, RFC-Cruz 78249-83 |
| 22 | CPD Detective Division Standard Operating Procedures from 1992 (hereinafter "1992 SOP"), RFC-Cruz 11541-752 |
| 23 | G.O. 88-18, RFC-Cruz 78021-22 |
| 24 | Detective Division Training Materials from 1988-1996 (hereinafter "Training Materials"), RFC-Cruz 77998-78005 |
| 25 | Deposition of Timothy Longo, *Cruz v. Guevara,* 23-CV-4268, dated 5/6/25 |
| 26 | Plaintiff's Initial 26(a)(1) Disclosures and supplements thereto |
| 27 | 11/2/90 Shines Letter to Martin, Cruz 16321 |
| 28 | Sanders Report, Cruz 16348-419 |
| 29 | Goldston Report, Cruz 16325-46 |
| 30 | An Analysis of Methods Employed in the Preparation of the Goldston Report (hereinafter "Police Foundation Report"), Cruz 26401-26411 |
| 31 | Deposition of Jose Cruz, *Cruz v. Guevara*, 23-CV-4268, dated 9/18/24 |
| 32 | Cruz 017106-017107, 017132-017138, 017191-017197, 017204-017211 |
| 33 | Agreed Motion to Voluntarily Dismiss, *Rivera v. Guevara, et al.*, No. 19-3045 (7th Cir. Apr. 6, 2020) |
| 34 | Cruz 016169-016173, 016183-016188, 016192-016198 |
| 35 | Defendant City of Chicago's Response to Plaintiff Jose Cruz's Second Set of Rule 36 Requests to Admit |
| 36 | City's Response to Plaintiff's Interrogatories to Mayor Emmanuel, *LaPorta v. City of Chicago*, No. 14-CV-9665, RFC-Cruz 78553 |
| 37 | City's Response to Plaintiff's Sixth Request for Documents |
| 38 | City's Response to Plaintiff's Seventh Request for Documents |

| 39 | Longo's List of Materials Reviewed |
|----|-----------------------------------|
| 40 | Plaintiff Jose Cruz's Rule 36 Supplemented Requests to Admit Directed to Defendant City of Chicago |
| 41 | Plaintiff Jose Cruz's Second Set of Rule 36 Requests to Admit Directed to Defendant City of Chicago |
| 42 | City of Chicago's Answers to Plaintiff Jose Cruz's Rule 36 Supplemented Requests to Admit |
| 43 | Defendant City of Chicago's Response to Plaintiff Jose Cruz's Second Set of Rule 36 Requests to Admit |
| 44 | August 26, 2024 email correspondence |
| 45 | October 11, 2024 email correspondence |