**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Jose Cruz,                                          )
                              Plaintiff,            )         No.  23 C 4268
                                                   )
v.                                                 )
                                                   )         Judge George Alexakis
Reynaldo Guevara, et al.                           )
                                                   )         Magistrate Judge Gabriel A. Fuentes
                              Defendants.           )


**TABLE OF PLAINTIFF'S SUMMARY JUDGMENT EXHIBITS**


| | |
|---|---|
| PX 1 | 2023-08-09 Jose Cruz Certificate of Innocence ("COI") |
| PX 2 | 2018-07-24 Cruz' Successive Post-Conviction Petition (without exhibits) |
| PX 3 | 2022-07-11 Cruz Order of Dismissal |
| PX 4 | RESERVED |
| PX 5 | 2023-08-09 Cruz COI Hearing Transcript |
| PX 6 | 1996-01-30 Cruz Sentencing Order |
| PX 7 | 1993-10-06 Odegard / Fleming General Offense Case Report ("GOCR") – Version 1 |
| PX 8 | 1993-10-06 Odegard / Fleming General Offense Case Report ("GOCR") – Version 1 |
| PX9 | 1996-01-30  Cruz Sentencing Statement (Excerpt from Trial Transcript M-41:10-13) |
| PX 10 | 1993-10-06 CPD Crime Scene Processing Report_ Bembynista & Ferrari |

| PX 11 | All CPD Inventory Reports |
|---|---|
| PX 12 | CPD Evidence Reports |
| PX 13 | CPD Crime Lab Reports & Fingerprint Card (combined) |
| PX 14 | 2024-08-30 Defendant Guevara's Responses to Cruz's Rule 36 Requests to Admit |
| PX 15 | 2017-11-30 Affidavit of Pedro Jaramillo |
| PX 16 | 2018-01-18 Affidavit of Ivan Rios |
| PX 17 | 2025-02-10 Expert Report of Police Chief Thomas Tiderington (Police Practices)("Tiderington Expert Report") |
| PX 18 | All-Hispanic, CPD 21-Photo Array |
| PX 19 | 202-01-22 Expert Report of Dr. Brian Cutler (Eyewitness Identification) |
| PX 20 | 202 5-03-20 Deposition of Dr. Brian Cutler, Plaintiff's Eyewitness Identification Expert |
| PX 21 | 2024-03-08 Deposition of Reynaldo Guevara (*Cruz v. Guevara*) |
| PX 22 | 202-03-27 Deposition of Thomas J. Tiderington, Plaintiff's Police Practices Expert |
| PX 23 | 2024-03-04 Deposition of Stephen Gawrys (*Cruz v. Guevara*) CONFIDENTIAL |
| PX 24 | 2017-05-25 Pedro Jaramillo Interview by Swygert Investigator(translated to English) |
| PX 25 | CCSAO "Synopsis of Facts" ("One alibi witness blocked") (CCSAO_000015). |
| PX 26 | CCSAO Note ("1:00 p.m. Contact Danny + Tito (break alibi)"). (CCSAO_000394) |
| PX 27 | 1995-12-12 CCSAO Note ("Alibi Blocked") (CCSAO_000014) |

| PX 28 | 2025-08-21 Deposition Defense Expert Stefan Bjes (*Cruz v. Guevara*) |
|---|---|
| PX 29 | 2024-06-03 Deposition of Francisco Valverde (*Cruz v. Guevara*) |
| PX 30 | 2018-07-11 Affidavit of Francisco Valverde (*Cruz v. Guevara*) |
| PX 31 | 1993-10-06 Portions of GOCR Magnified ("GOCR Magnifications") |
| PX 32 | UNDATED_ Robert Rutherford Handwritten GPR re Rios |
| PX 33 | 2024-04-19 Eruby Abrego COI |
| PX 34 | 2017-11-20 Roberto Almodovar COI |
| PX 35 | 2022-08-09 Carlos Andino Dismissal Order |
| PX 36 | 2018-02-14 Ariel Gomez Dismissal Order |
| PX 37 | 2022-08-09 Alfredo Gonzalez Dismissal Order |
| PX 38 | 2017-11-15 Jose Maysonet Dismissal Order |
| PX 39 | 2018-03-27 Ricardo Rodriguez Dismissal Order |
| PX 40 | RESERVED |
| PX 41 | 2024-04-19 Jeremiah Cain COI |
| PX 42 | 2022-11-18 David Gecht COI |
| PX43 | 2023-05-31 Juan Hernandez COI |
| PX 44 | 2023-05-31 Rosendo Hernandez COI |
| PX 45 | 2022-06-08 Geraldo Iglesias COI |
| PX 46 | 2023-10-18 Richard Kwil COI |
| PX 47 | 2023-07-11 Madeline Mendoza COI |
| PX 48 | 2016-11-02 Jose Montanez COI |

| PX 49 | 2024-11-21 Marilyn Mulero COI |
|---|---|
| PX 50 | 2023-03-13 Reynaldo Munoz COI |
| PX 51 | 2017-11-20 William Negron COI |
| PX 52 | 2012-09-05 Jacques Rivera COI |
| PX 53 | 2016-11-02 Armando Serrano COI |
| PX 54 | 2022-02-10 Thomas Sierra COI |
| PX 55 | 2022-11-14 Gabriel Solache COI |
| PX 56 | 2016-04 Chicago Police Accountability Task Force Report (the "CPATF Report") |
| PX 57 | Incomplete Chart Listing 118 Men Tortured at Areas 2 and 3 By Burge & Associates |
| PX 58 | List of 31 Burge-tied Murder Exonerations with citations |
| PX 59 | List of 54 Guevara-tied wrongful murder convictions (with supporting citations) |
| PX 60 | National Registry of Exonerations 2022 Annual Report |
| PX 61 | 1992-01-22 City Memorandum before Chicago Police Board |
| PX 62 | 1995-07-13 Incomplete Amended Answer (*Wilson v. City of Chicago*) |
| PX 63 | Compilation of City Admissions & Resolutions re Burge Era Misconduct |
| PX 64 | 2007-05-23 City Council Resolution |
| PX 65 | 2007-07-19 City Council Resolution |
| PX 66 | 2007-09-24 Transcript of Police and Fire Committee Hearing |
| PX 67 | 2007-09-20 Aldermanic Letter to U.S. Attorney |

| PX 68 | 2008-03-12 City Council Resolution Condemning Police Torture |
|---|---|
| PX 69 | 2012-01-12 Transcript of Human Relations Committee Hearing |
| PX 70 | 2012-01-18 City Council Resolution_ Torture-Free Zone |
| PX 71 | 2013-09-12 Chicago Tribune - Mayor Emanuel Sorry for Burge Torture |
| PX 72 | 2015-05-06 City Council Reparations Ordinance & Substitute Resolution |
| PX 73 | 2015-05-06 Chicago Sun-Times - City Council approves $5.5 million in reparations for Burge torture victims |
| PCX 74 | 2016-01-05 Mayor Emanuel Press Release |
| PX 75 | 2002-04-24 Memorandum Opinion & Order Appointing Special Prosecutor Egan and Boyle |
| PX 76 | 2006-07-19 Egan and Boyle Special Grand Jury Report |
| PX 77 | 2015-12-01 Mayor Rahm Emanuel Press Release |
| PX 78 | 2017 -01-13 United States Dept. of Justice Report re Investigation of CPD |
| PX 79 | Compilation of Government Sanctioned Investigative Findings re Burge Era |
| PX 80 | 2013-12-10 Transcript of Oral Ruling by Judge Richard Walsh (*People v. Wrice*) |
| PX 81 | 2018-06-20 Order of Judge Wm Hooks (*People v. Jackie Wilson*) |
| PX 82 | Compilation of Federal & State Court Decisions re Pattern of Misconduct by Burge |
| PX 83 | 2006-09-25 Deposition of LeRoy Martin (*Orange v. Burge*) |

| PX 84 | 2006-08-19 Expert Report of Anthony Bouza (*Orange v. Burge*) |
|---|---|
| PX 85 | 2005-10-05 Waller Opinion (*Hobley v. Burge*) |
| PX 86 | National Registry of Exonerations Chart of Guevara-Related Exonerations |
| PX 87 | Affidavit of Reynaldo Munoz |
| PX 88 | 2022-02-22 Munoz Order of Dismissal |
| PX 89 | 2022-11-04 Reynaldo Munoz's verified COI Petition |
| PX 90 | 2018-06-15 Rivera Post-Trial Motion Transcript |
| PX 91 | 2018-06-12 Rivera Trial Transcript |
| PX 92 | 2018-06-21 Rivera Trial Transcript |
| PX 93 | 2018-06-26 Rivera Trial Transcript |
| PX 94 | 1988-09-16 Supplementary Report_Gawrys, Guevara (Felix Valentin Homicicde Investigation) |
| PX 95 | 1988-09-01 Supplementary Report_ McLaughlin, Leonard (Felix Valentin Homicicde Investigation) |
| PX 96 | 2011-02-23 Rivera Amended Petition for Post-Conviction Relief Based on Actual Innocence. |
| PX 97 | 2011-05-23 Rivera PC Hearing Transcript |
| PX 98 | 2011-09-13 Order Granting Rivera New Trial |
| PX 99 | 2012-09-05 Rivera COI |
| PX 100 | 2018-08-03 Rivera Civil Rights Judgment |
| PX 101 | 2004-02-20 Trial Testimony of Samuel Perez (*People v. Johnson*) |
| PX 102 | 2009-06-19 Jury Verdict (*Johnson v. Guevara*) |
| PX 103 | 2013-12-23 Deposition of Reynaldo Guevara (*Rivera v. Guevara*) |

| PX 104 | 2022-08-10 Jaime Rios Petition for a Certificate of Innocence (with supporting affidavits and exhibits) |
|---|---|
| PX 105 | 2023-02-23 Hearing Transcript of Issuance of Jaime Rios COI |
| PX 106 | 2023-02-23 Jaime Rios COI |
| PX 107 | National Exoneration Registry Summary_Jaime Rios |
| PX 108 | 1998-06-02 Affidavits of Efrain & Julio Sanchez (*People v. Colon*) |
| PX 109 | 2022-07-08 Colon Order of Dismissal & New Trial, Judge Sophia Atcherson (*People v. Colon*) |
| PX 110 | 2016-12-30 Expert Report of Michael D. Brasfield (*Rivera v. Guevara*) |
| PX 111 | 2024-01-29 Expert Report of Anthony Finnell (*Sierra v. Guevara*) |
| PX 112 | Chart of Defendant Guevara's Known CRs |
| PX 113 | Chart of Defendant Wojick's Known CRs |
| PX 114 | Chart of Defendant Halvorsen's Known CRs |
| PX 115 | Defendant Guevara CR No. 223928 CONFIDENTIAL |
| PX 116 | Defendant Guevara CR No. 251502 CONFIDENTIAL |
| PX 117 | Defendant Wojick CR No. 162148 CONFIDENTIAL |
| PX 118 | Defendant Wojick CR No. 211634 CONFIDENTIAL |
| PX 119 | Defendant Wojick CR No. 162909 CONFIDENTIAL |
| PX 120 | Defendant Guevara & Halvorsen's CR No. 270916 CONFIDENTIAL |
| PX 121 | 2001-06-23 FBI Report on Miedzianowski |

| | |
|---|---|
| PX 122 | 2016-05-19 Deposition of Commander Robert Klimas (with Rule 30(b)(6) notice attached) (*Rivera*) |
| PX 123 | 2022-07-06 Deposition of Commander Levester Denham (with Rule 30(b)(6) notice attached) (*Sierra*) |
| PX 124 | 2021-08-26 Deposition of Commander Timothy Moore (with Rule 30(b)(6) notice attached)  (*Velez*) |
| PX 125 | 2014-12-12 Lassar Report_Solache and Reyes |
| PX 126 | 2015-02-09 Lassar Report Almodovar |
| PX 127 | 2015-03-03 Lassar Report Bouto |
| PX 128 | 2015-03-03 Lassar Report_Serrano and Montanez |
| PX 129 | 2021-03-10 Civilian Office of Police Accountability's Report ("COPA Report") |
| PX 130 | 1989-10-11 City Council Hearing Transcript Excerpt Martin Code of Silence |
| PX 131 | 1983-03-31 Judge Milton Shadur's Order in Palmer (the "Shadur Order") (*Palmer v. City of Chicago*) |
| PX 132 | 2014-05-06 Deposition of James Hickey (Rivera v. Guevara) |
| PX 133 | 201-11-23 Trial Testimony of James Hickey (*Fields v. City of Chicago)* |
| PX 134 | 2018-06-18 RiveraTrial Transcript |
| PX 135 | 2014-04-10 Trial Testimony of Hickey (*Fields*) |
| PX 136 | 2012-05-30 30(b)(6) Deposition of James Hickey Rule (*Fields*) |
| PX 137 | 2018-06-22 Trial Testimony of Hickey/Spratte (*Rivera v. Guevara*) |
| PX 138 | 2015-03-10 Deposition of Sgt. Kathleen Loughran (*Taylor*) |
| PX 139 | Compilation of the City's Code of Silence Admissions |

| PX 140 | 2022-04-07 City's Responses to Request for Production and Requests to Admit *(Iglesias)* |
| PX 141 | 2020-06 City's Office of Inspector General ("OIG") Report |
| PX 142 | 2021-09 OIG Follow-Up Report |
| PX 143 | Fields Street File |
| PX 144 | Rivera Street File |
| PX 145 | Rivera Permanent Retention File |
| PX 146 | 2013-08-05 Kluppelberg COI |
| PX 147 | Brasfield's Summary of Voluminous Records *(Rivera v. Guevara)* |
| PX 148 | 2016-11-29 Fields Trial Transcript |
| PX 149 | 2024-03-01 Report of Thomas Tiderington, Police Practices Expert *(Sierra v. Guevara)* |
| PX 150 | Fields Final Jury Instructions |
| PX 151 | 2016-12-15 Fields Verdict Summary |
| PX 152 | 2016-12-16 Fields Judgment |
| PX 153 | 2018-06-28 Rivera Final Jury Instructions |
| PX 154 | 2018-07-03 Rivera Verdict |
| PX 155 | 2021-05-27 Deposition of Edward Mingey *(Sierra v. Guevara)* |
| PX 156 | 2008-01-26 Affidavit of Leshurn Hunt *(People v. Solache & Reyes)* |
| PX 157 | 1986-02-28 Letter from Leshurn Hunt to OPS |
| PX 158 | 1988-04-06 & 04-07 Trial Testimony of Leshurn Hunt *(Hunt v. Jaglowski)* |
| PX 159 | 1988-04-06 Trial Testimony of Graciela Flores & Anna Flores *(Hunt v Jaglowski)* |

| | |
|---|---|
| PX 160 | 1988-04-06 Trial Testimony of Melvin Warren (*Hunt v. Jaglowsk*i) |
| PX 161 | 2023-11-17 City's Response to Cruz's First Set of Requests to Produce |
| PX 162 | Almarie Lloyd CR-125360 (CRUZ-017106-17108) |
| PX 163 | Almarie Lloyd testimony in *Hunt v. Jaglowski*, 85-cv-1976 (N.D. Ill.) |
| PX 164 | 1982-08-17 Annie Turner CR-124631, medical records redacted (CRUZ-017132-17190) |
| PX 165 | Compilation of the City's Rule 36 Admissions under Judge Fuentes' Order Dkt. 322 |
| PX 166 | Melvin Warren CR-150473 (CRUZ-017191-1720) |
| PX 167 | Rafael Garcia CR-152902 (CRUZ-017279-17300). CONFIDENTIAL |
| PX 168 | 2021-06-10 John McMurray Deposition (*Sierra v. Guevara*) |
| PX 169 | 2022-08-11 Deposition of Anthony Wojcik (*Sierra v. Guevara*) |
| PX 170 | 2021-07-08 Deposition of Robert Biebel (*Sierra v. Guevara*) |
| PX 171 | Combined Officer Defendants' Training Histories Produced by City |
| PX 172 | 1986-07-14 Trial Testimony of Daniel Pena, Armador Rivera, and Jamie Velez (*People v. Pena*) |
| PX 173 | 2007-12-20 Affidavit of Victor Vera (*People v. Solache & Reyes*) |
| PX 174 | 19994-08-05 Affidavit of Virgilio Muniz. (*People v. Manuel Rivera*) |
| PX 175 | 1999-09-8 Affidavit of Virgilio Calderon Muniz |
| PX176 | 2017-11-15_Tribune: Prosecutors Drop Murder Charges after 5 Ex-Chicago Cops Plan to Take the 5th,(Crepeau), |

| | |
|---|---|
| PX 177 | Alfredo Gonzalez, National Registry of Exonerations |
| PX 178 | 2017-09-12 Johnny Flores Amended Successive Post-Conviction Petition |
| PX 179 | Johnny Flores, Flores' National Registry of Exonerations Webpage |
| PX 180 | 2008-02-22 Affidavit of David Rivera (*People v. Solache & Reyes*) |
| PX 181 | 2008-03-25 Affidavit of Daniel Rodriguez (*People v. Solache & Reyes)* |
| PX 182 | 2023-03-08 Expert Jennifer Dysart Report (*Johnson v. Guevara*) |
| PX 183 | Testimony of Wilfredo Rosario (*People v. Arcos*) |
| PX 184 | 1993-02-04 Trial Testimony of David Velazquez (*People v. Velazquez)* |
| PX 185 | 1995-03-31 Suppression Hearing Testimony of Eliezar Cruzado, (*People v. Cruzado*) |
| PX 186 | 2008-03-10 Affidavit of Adolfo Frias Munoz (*People v. Solache & Reyes)* |
| PX 187 | Affidavit of Rey Lozada (*People v. Bouto*) |
| PX 188 | 2008-06-07 Affidavit of Carl Richmond (*People v. Solache & Reyes)* |
| PX 189 | 2004-05-26 Affidavit of Francisco Vicente  (*People v. Serrano & Montanez)* |
| PX 190 | 2012-04-03 Trial Testimony of Timothy Rankins  (*People v. Serrano)* |
| PX 191 | 2004-08-24 Jose Montanez PC Petition, 2004 |
| PX 192 | Armando Serrano Supplemental PC Petition (*People v. Serrano & Montanez)* |

| PX 193 | 2013-06-17 Testimony of Reynaldo Guevara *(People v. Serrano & Montanez)* |
|---|---|
| PX 194 | 2008-06-10 Affidavit of Adrian Duta (*People v. Solache & Reyes*) |
| PX195 | 1996-02-09 Affidavit of Melinda Power |
| PX 196 | Post-Trial Testimony of Kennelly Saez (*People v. Negron*) |
| PX 197 | 2017-04-14 Negron Dismissal Order  (*People v.Negron*) |
| PX 198 | 199-12-01 Affidavit of Edwin Davila |
| PX 199 | 2008-07-02 Deposition of Evelyn Diaz (*Johnson v. Guevara*) |
| PX 200 | Trial Testimony of Luis Figueroa, (*People v. Diaz*) |
| PX 201 | 2008-02-19 Deposition of Gloria Ortiz Bordoy, (*Johnson v. Guevara*) |
| PX 202 | 2002-12-04 Affidavit of Rodolfo Zaragoza |
| PX 203 | 2008-04-30 Suppression Hearing Testimony of Maria Rivera, (*People v. Solache* and *People v. Johnson*) |
| PX 204 | 2008-02-20 Affidavit of Jed Stone (*People v. Solache*) |
| PX 205 | 2014-12-12 Ariel Gomez Post-Conviction Petition (*People v. Gomez*) |
| PX 206 | 1998-09-02 Testimony of Robert Ruiz, (*People v. Santiago & Santiago*) |
| PX 207 | Suppression Hearing Testimony of Gabriel Solache, (*People v. Solache & Reyes)* |
| PX 208 | Suppression Hearing Testimony of Arturo Reyes (*People v. Solache & Reyes)* |
| PX 209 | 2000-06-19 Suppression Hearing Testimony of Rosauro Mejia, (*People v. Solache & Reyes*) |

| | |
|---|---|
| PX 210 | 2000-03-30 Suppression Hearing Testimony of Adriana Mejia, (*People v. Solache & Reyes*) |
| PX 211 | 2022-05-22 Gecht Court of Claims Order (*People v. Gecht*) |
| PX 212 | RESERVED |
| PX 213 | 2022-05-22 Order Granting Gecht New Trial (*People v. Gecht*) |
| PX 214 | 2017-12 Solache Dismissal Order (Judge Obbish, *People v. Solache, DeLeon-Reyes)* |
| PX 215 | 2013-09-05 Trial Testimony of Guevara (*People v. Arturo Reyes & Gabriel Solache)* |
| PX 216 | Investigative File Inventory (*People v.Cruz*) |
| PX 217 | 2022-05-11 Deposition of Officer Ron Malczyk, ,(*Sierra v Guevara*) |
| PX 218 | Trial Testimony of William Dorsch (*People v. Serrano & Montanez)* |

Jose Cruz

By: */s/Ariel Olstein*
Ariel Olstein

Stuart Chanen
Ariel Olstein
CHANEN & OLSTEIN, LLP
8822 Niles Center Rd., Suite 100
Skokie, IL 60077
847-469-4669
stuart@chanenolstein.com
ariel@chanenolstein.com