IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jose Cruz, | ) | |
| Plaintiff, | ) | No. 23 C 4268 |
| v. | ) | |
| | ) | Judge Georgia Alexakis |
| Reynaldo Guevara, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE CITY AND OFFICER DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff Jose Cruz respectfully moves for a 48-hour extension, through Wednesday, February 11, 2026, to file his Combined Opposition Brief in response to the motions for summary judgment filed by Defendants City of Chicago, the Officer Defendants, and Defendant Reynaldo Guevara. [459], [463], and [465]. In support of the Motion, Cruz states,

1. On Sunday, February 8, Cruz filed his 218 summary judgment exhibits and accompanying table of exhibits. [478-483]

2. On Monday, February 9, Cruz will meet the Court's prior Order [473] and will timely file his two LR 56.1(b)(2) Responses, one to the Individual Defendant/Guevara Statement of Facts (PR-DSOF), and the other to the City's Statement of Facts (PR-CSOF). On Monday, February 9, Cruz will also timely file his consolidated Statement of Additional Facts ("PSOAF").

3. Notwithstanding his best efforts to also complete his Combined Opposition Brief by tomorrow, February 9, as ordered by the Court [456], Cruz's counsel now sees that he needs an additional 48 hours to complete that opposition. Cruz apologizes to the Court and Counsel for not foreseeing earlier that he would require such an extension.

1

      4.      This is Cruz's first request for additional time to file his Combined Opposition Brief, and it is not interposed for purposes of delay, but so counsel can complete the Opposition Brief in a thorough, careful, and professional manner.

      5.      Cruz's counsel communicated with the City's counsel, who indicated that the City does not object to the requested extension. Cruz's counsel also emailed the Officer Defendants' and Defendant Guevara's counsel, seeking their position on this motion, but has not yet received a response (only the communication was only moments ago on a Sunday night).

      6.      If the Court grants this motion, Cruz has no objection to the Court also extending the deadline for all City Defendants to file their respective summary judgment reply briefs (and LR Statements) from March 9, 2026, to March 11, 2026.

For foregoing reasons, Plaintiff Cruz respectfully requests the Court to extend his time to file his Opposition Memorandum only from February 9 to February 11.

Dated: February 8, 2026                              Respectfully submitted,

                                                           *Plaintiff Jose Cruz*

                                                           By: /s/ *Ariel Olstein*

CHANEN & OLSTEIN LLP
8822 Niles Center Rd., Suite 100
Skokie, IL 60077
847-469-4669
stuart@chanenolstein.com
ariel@chanenolstein.com