IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE CRUZ, | ) | |
|     Plaintiff, | ) | |
| v. | ) | Case No. 23-cv-4268 |
| | ) | Honorable Judge Georgia N. Alexakis |
| REYNALDO GUEVARA, et al. | ) | |
| | ) | |
|     Defendants. | ) | |

**PLAINTIFF JOSE CRUZ's RULE 41(a)(2) MOTION TO DISMISS**
**DEFENDANT EDWARD MALONEY WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Jose Cruz respectfully moves to dismiss this case against Defendants Edward Maloney without prejudice. Cruz further requests this Court to deny Maloney's Motion for Summary Judgment [445] as moot. In support of this motion, Cruz states that earlier today, Cruz finalized a settlement with Cook County, which includes the dismissal of Defendant Maloney from this lawsuit. Although it will take some additional time to finalize a signed agreement, obtain Cook County Board approval, and receive payment, in order to keep the Court informed and to clarify the docket, Cruz moves to dismiss Defendant Maloney without prejudice. Each side has agreed to bear its own fees and costs.

Once payment is received, Cruz will move to dismiss Defendant Maloney with prejudice.

Wherefore, Plaintiff Cruz respectfully requests this Court to dismiss Defendant Maloney without prejudice, with each party bearing his own fees and costs. Cruz further respectfully requests the Court to deny Maloney's Motion for Summary Judgment [445] as moot.

Dated: February 20, 2026

                                            Respectfully submitted,
                                            PLAINTIFFF JOSE CRUZ

                          By:    _Stuart J. Chanen_

CHANEN & OLSTEIN LLP
8822 Niles Center Rd., Suite 100
Skokie, IL 60077
847-469-4669
stuart@chanenolstein.com
ariel@chanenolstein.com