**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jose Cruz

Plaintiff,

v.

Case No.: 1:23−cv−04268
Honorable Georgia N. Alexakis

Reynaldo Guevara, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 17, 2026:

MINUTE entry before the Honorable Georgia N. Alexakis: Motion hearing held on 9/17/2026. For the reasons reflected on the record, Plaintiff's motion to resolve a legal issue related to Cruz's time incarcerated for the October 1993 offenses [561] is granted, pursuant to Federal Rule of Civil Procedure 56, to the following extent: the Court treats as established fact that Plaintiff spent 7.5 years in IDOC custody in connection with the May 1993 offenses and, therefore, that Plaintiff spent 21.4 years in IDOC custody in connection with the October 1993 offenses. The Court also heard argument regarding Defendants' renewed motion to bifurcate trial [537]. The parties are directed to simultaneously exchange witness lists by 9/23/2026. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.